IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:06-cv-1150 |
| BOTTLER, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned counsel of record for NAWA USA, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

                                                    Respectfully submitted,

                                                    /s/ Richard E. Hagerty
                                          Richard E. Hagerty
                                          Troutman Sanders LLP
                                          1660 International Drive, Suite 600
                                          McLean, VA 22102
                                          (703) 734-4334
                                          (703) 734-4340 (facsimile)

                                          Counsel for NAWA USA, Inc.

Dated: June 27, 2006

These representations are made in order that judges of this court may determine the need for recusal.

#293584