# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_NAWA USA Inc._
Plaintiff(s)

vs.

Civil Action No.: 1:06 CV01150 RMC

_Dr. Hans Georg Bottler, et al._
Defendant(s)  6 defendants

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

by: (check one)
- [x] registered mail, return receipt requested
- [ ] DHL

pursuant to the provisions of: (check one)
- [x] FRCP 4(f)(2)(C)(ii)
- [ ] 28 U.S.C. § 1608(a)(3)
- [ ] 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): _Switzerland and Germany_, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_Stephen A. Weitzman_
(Signature)

4950 Reedy Brook Lane
Columbia MD 21044
301 596 5564
(Name and Address)