CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NAWA USA, INC.
_____
Plaintiff(s)

vs.                                           Civil Action No.: 06-1150 (RMC)

BOTTLER, et al.
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __30th__ day of __October__, 20 __06__, I mailed:

1. ☒ One copy of the summons and complaint by registered mail, return receipt requested, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☐ One copy of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

NANCY MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk

| Registered No. RB843315009US | Date Stamp |
|---|---|
| Reg. Fee $7.90 | 0216 |
| Handling Charge $0.00 / Return Receipt $1.85 | 05 |
| Postage $10.40 / Restricted Delivery $0.00 | 10/30/06 |
| Received by | Domestic insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ $0.00 — With Postal Insurance / Without Postal Insurance | |

**OFFICIAL USE**

FROM: U.S. DISTRICT COURT FOR D.C.
333 CONSTITUTION AVE., NW
WASHINGTON, DC 20001

TO: Bernstern
DE [Gaythe]lhamer Strasse 20
94486 Osterhofen
German

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

---

CASE NUMBER 1:06CV01150
JUDGE: Rosemary M. Collyer
DECK TYPE: Contract
DATE STAMP: 06/23/2006

| Registered No. RB843314927US | Date Stamp |
|---|---|
| Reg. Fee $7.90 | 0216 |
| Handling Charge $0.00 / Return Receipt $1.85 | 05 |
| Postage $10.40 / Restricted Delivery $0.00 | 10/30/06 |
| Received by | Domestic insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ $0.00 — With Postal Insurance / Without Postal Insurance | |

**OFFICIAL USE**

FROM: U.S. DISTRICT COURT FOR D.C.
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

TO: Dr. Hans Georg Bottlen
Krückauweg 3
25335 Elmshorn
German

**Registered No.** RB843315012US

| | | | | Date Stamp |
|---|---|---|---|---|
| Reg. Fee $ | $7.90 | Special Delivery $ | | 0216 |
| Handling Charge $ | $0.00 | Return Receipt $ | $1.85 | 05 |
| Postage $ | $10.40 | Restricted Delivery $ | $0.00 | 10/30/06 |

Received by

Customer Must Declare Full Value $ $0.00
[ ] With Postal Insurance
[ ] Without Postal Insurance

Domestic Insurance is Limited To $25,000; International Indemnity is Limited (See Reverse)

FROM: U.S. District Court DC
~~Ann Koelstone 13~~
333 Constitution Ave Wash DC 20001

TO: Peter Kanzlsperger
Armin-Knabstrasse 13
94474 ~~Deckendorf~~ Vilshofen Germany

PS Form 3806, February 1995    Receipt for Registered Mail  (Customer Copy)
(See Information on Reverse)

---

**Registered No.** RB843315114US

| | | | | Date Stamp |
|---|---|---|---|---|
| Reg. Fee | $7.9 | | | 0216 |
| Handling Charge | $0.00 | Return Receipt | $0.00 | 05 |
| Postage | $10.40 | Restricted Delivery | $0.00 | 10/30/06 |

Received by

Customer Must Declare Full Value $ $0.00
[ ] With Postal Insurance
[ ] Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM: CLERKS OFFICE
U.S. DISTRICT COURT FOR D.C.
333 CONSTITUTION AVE, NW
WASHINGTON DC 20001

TO: Fredy Egli
~~Frohliterberg~~ Frohburgberg Weg 5
9240 UZWIL SWITZERLAND

PS Form 3806, May 2004 (7530-02-000-9051)    Receipt for Registered Mail   Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

CASE NUMBER: 1:06CV01150
JUDGE: Rosemary M. Collyer
DECK TYPE: Contract
DATE STAMP: 06/23/2006

**Receipt 1:**

Registered No. RB843315128US

| | | | |
|---|---|---|---|
| Reg. Fee | | | Date Stamp |
| Handling Charge | $0.00 | Return Receipt | 0216 |
| Postage | $7.90 | Restricted Delivery | $1.85 |
| Received by | $0.00 | | $0.00 |
| | | | 05 |
| | | | 10/30/06 |

Customer Must Declare Full Value $ 0

OFFICIAL USE

FROM: U.S. DISTRICT COURT FOR D.C.
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

TO: NAWA VERTRIEBS-GMBH
Ziegelhoehe 8
92361 Berngau, Germany

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)

---

**Receipt 2:**

Registered No. RB843315026US

| | | | |
|---|---|---|---|
| Reg. Fee | $7.90 | | Date Stamp |
| Handling Charge | $0.00 | Return Receipt | $1.85 |
| Postage | $10.40 | Restricted Delivery | $0.00 |
| Received by | | | |

0216
05
10/30/06

Customer Must Declare Full Value $ $0.00

OFFICIAL USE

FROM: U.S. DISTRICT COURT FOR D.C.
333 CONSTITUTION AVE, NW
WASHINGTON, DC 20001

TO: Alexander Gruter
Pruefeninger Strasse 35
93049 Regensburg, Germany

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)

CASE NUMBER 1:06CV01150
JUDGE: Rosemary M. Collyer
DECK TYPE: Pro Se General
DATE STAMP: 11/17/2006