| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | Printed Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery (Envoi à livraison attestée) | Express ☐ Mail international |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | | | Article Number RB 843 314 927 US | |
| Office of Mailing (Bureau de dépôt) | | | | | Date of Posting (Date de dépôt) | |

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Dr. Hans George Bottler

Street and No. (Rue et No.)
Krockauweg 3

Place and Country (Localité et pays)
25335 Elmshorn Germany

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur).

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire) (Bottler)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form 2865, February 1997 (Reverse)