UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC. | ) |
| Plaintiff | ) ) ) |
| v. | ) Case No. 06CV01150 (RMC) |
| DR. HANS-GEORG BOTTLER, *et al.* | ) ) ) |
| Defendants | ) ) |

**PLAINTIFF'S MOTION TO ENLARGE TIME
FOR OPPOSING DEFENDANTS' MOTIONS TO DISMISS**

NAWA USA, Inc., Plaintiff, by its attorneys, and pursuant to Fed. R. Civ. Pro. 6(b)(1) and LCvR 7, moves this honorable Court for the entry of an Order enlarging to and including January 22, 2007 the time within which the Plaintiff must file opposing points and authorities in response to the Motions to Dismiss filed by the Defendants, and in support of this Motion states as follows:

1. This is a civil action that was initiated on June 23, 2006 with the filing of a Complaint for Breach of Employment Contract, Fraud and Deceit, Theft and Conversion, Unfair Competition, Breach of Fiduciary Duty, Injunctive and Declaratory Relief, and an Accounting (the "Complaint").

2. The Defendants are all either adult citizens of foreign countries or corporations organized and existing under the laws of foreign countries.

3. On December 28, 2006 the Defendants, acting *pro se*, filed what purport to be Motions to Dismiss the Complaint (docket entries nos. 9-14). Although none of these Motions included a certificate of service, pursuant to Part V.B.1 of the Clerk's Office General Information & Civil Filing Procedures, service of these Motions on undersigned counsel for the Plaintiff was deemed effective as of December 28, 2006.

4. Pursuant to LCvR 7(b), unless the deadline is extended Plaintiff's opposing points and authorities must be filed by January 8, 2007.

5. Plaintiff is in the process of substituting Stephen A. Weitzman, Esquire as counsel in this case. Because Mr. Weitzman's son was tragically killed in a motorcycle accident in Cape Town, South Africa on December 30, 2006, Mr. Weitzman is unavailable to deal with this case at the present time. In addition, Mr. Weitzman is not scheduled to be sworn into the bar of this court until the admission ceremony scheduled for January 9, 2007.

6. For all of these reasons, Plaintiff seeks a two week extension of the deadline for opposing Defendants' Motions to Dismiss in order to permit Mr. Weitzman to enter his appearance, move to strike undersigned counsel's appearance, and file opposing points and authorities.

7. Pursuant to LCvR 7(m) undersigned counsel has requested Defendants' consent to this Motion by e-mail addressed to Defendant, Alexander Grüter, a copy of which is attached.

8. As of the filing of this Motion Mr. Grüter has not responded to counsel's e-mail.

9. The Defendants would not be prejudiced by enlarging the deadline as requested, nor would enlarging the deadline unduly delay the resolution of this case.

10. Pursuant to LCvR 7(a) Plaintiff includes its statement of points and authorities in the body of its Motion.

WHEREFORE, the Plaintiff, NAWA USA, Inc., moves this honorable Court for the entry of an order enlarging to and including January 22, 2007 the deadline for opposing the Defendants' Motions to Dismiss; and for such other and further relief as may be proper.

Respectfully submitted,

/s/ Richard E. Hagerty
Richard E. Hagerty, #411858
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4326
(703) 448-6540 (facsimile)
richard.hagerty@troutmansanders.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January, 2007, I caused a copy of the foregoing Motion and accompanying proposed Order to be served by e-mail to Alexander Grüter, Defendant, at alexander.grueter@gleichenstein-und-koll.de.

I FURTHER CERTIFY that on the same date I caused copies to be mailed via Air Mail, postage prepaid, to the following:

Dr. Hansgeorg Bottler
Krueckauweg 3
25335 Elmshorn
Germany

Bernd Stern
Muelhamer Strasse 20
94486 Osterhofen
Germany

Alexander Grüter
Pruefeninger Strasse 35
93049 Regensburg
Germany

Ferdy Egli
Freudenbergweg 5
9240 Uzwil
Switzerland

Peter Kanzlsperger
Armin-Knab Strasse 13
94474 Vilshofen
Germany

NAWA Vertriebs-GmBH
Ziegelhöhe 8
92361 Berngau
Germany


                                               /s/ Richard E. Hagerty
                                             Richard E. Hagerty

## Hagerty, Richard E.

**From:** Hagerty, Richard E.
**Sent:** Tuesday, January 02, 2007 3:14 PM
**To:** 'Grüter, Alexander'
**Cc:** 'Stephen Weitzman'
**Subject:** NAWA USA, Inc. v. Bottler, et al.; Case No. 06CV01150, U.S. District Court for the District of Columbia

Dear Mr. Grüter:

On December 28, 2006 you and the other defendants filed what purport to be motions to dismiss the complaint filed in this action. Although none of these motions included a certificate of service, as required by LCvR 5.3, I received electronic confirmation of filing on December 28, 2006. I have, therefore, calculated the due date for my client's response to these motions pursuant to LCvR 7(b) as January 8, 2007.

Because Mr. Stephen Weitzman, who is copied on this e-mail, will be substituting his appearance for mine in this case as soon as he is admitted to the bar of this court (currently scheduled for January 9, 2007), I intend to ask the court for a 2 week extension of the time for opposing the defendants' motions. Pursuant to LCvR 7(m) I am required to seek your consent to a nondispositive motion like this. Accordingly, I hereby request your consent, and that of the other defendants, to a 2 week extension of the deadline for filing oppositions to the defendants' motions to dismiss. If agreed to, this extension would make January 22, 2007 the new deadline for opposing these motions.

Please inform me by 5:00 p.m. EST tomorrow, January 3, 2007, of the defendants' position on this request for extension. Please note that if I do not hear from you by 5:00 p.m. tomorrow I will assume that the defendants do not consent and file the motion as contested.


Richard E. Hagerty
Troutman Sanders LLP
703-734-4326
703-448-6520 (fax)
mailto:richard.hagerty@troutmansanders.com
www.troutmansanders.com

1/2/2007