UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC. | ) |
|     Plaintiff | ) ) ) |
| v. | )   Case No. 06CV01150 (RMC) |
| DR. HANS-GEORG BOTTLER, *et al.* | ) ) ) |
|     Defendants | ) ) |

**ORDER ENLARGING TIME
FOR OPPOSING DEFENDANTS' MOTIONS TO DISMISS**

This matter is before the Court on the Motion to Enlarge Time for Opposing Defendants' Motions to Dismiss. The Court having read and considered the Plaintiff's Motion; and it appearing that the relief requested therein is proper; it is, by the United States District Court for the District of Columbia;

**ORDERED**, that the Plaintiff's Motion be, and the same is hereby, GRANTED; and it is further

**ORDERED**, that the deadline by which the Plaintiff must file a statement of points and authorities opposing the Defendants' Motions to Dismiss is hereby enlarged to and including January 22, 2007.

_____
Date

_____
Rosemary M. Collyer
United States District Judge

Copies to:

Richard E. Hagerty, Esquire
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
richard.hagerty@troutmansanders.com
*Counsel for Plaintiff*

Dr. Hansgeorg Bottler
Krueckauweg 3
25335 Elmshorn
Germany

Bernd Stern
Muelhamer Strasse 20
94486 Osterhofen
Germany

Alexander Grüter
Pruefeninger Strasse 35
93049 Regensburg
Germany

Ferdy Egli
Freudenbergweg 5
9240 Uzwil
Switzerland

Peter Kanzlsperger
Armin-Knab Strasse 13
94474 Vilshofen
Germany

NAWA Vertriebs-GmBH
Ziegelhöhe 8
92361 Berngau
Germany

313661-1                                    2