UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC. )<br>)<br>       Plaintiff )<br>)<br>  v. )<br>)<br>DR. HANS-GEORG BOTTLER, *et al.* )<br>)<br>       Defendants )<br>_____ ) | Case No. 06CV01150 (RMC) |

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January, 2007, I caused a copy of the foregoing Motion and accompanying proposed Order to be served by e-mail to Alexander Grüter, Defendant, at alexander.grueter@gleichenstein-und-koll.de.

I FURTHER CERTIFY that on the 4th day of January, 2007 I caused copies to be mailed via Air Mail, postage prepaid, to the following:

    Dr. Hansgeorg Bottler
    Krueckauweg 3
    25335 Elmshorn
    Germany

    Bernd Stern
    Muelhamer Strasse 20
    94486 Osterhofen
    Germany

    Alexander Grüter
    Pruefeninger Strasse 35
    93049 Regensburg
    Germany

Ferdy Egli
Freudenbergweg 5
9240 Uzwil
Switzerland

Peter Kanzlsperger
Armin-Knab Strasse 13
94474 Vilshofen
Germany

NAWA Vertriebs-GmBH
Ziegelhöhe 8
92361 Berngau
Germany

      /s/ Richard E. Hagerty
Richard E. Hagerty

#314014

2