3IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

NAWA USA, INC.,                        )
   a Delaware Corporation              )
                                       )
          Plaintiff               )
                                       )
        v.                          )   Civil No.  06-01150 (RMC)
                                       )
DR. HANS-GEORG BOTTLER, et. al.        )   Judge Collyer
                                       )
          Defendants              )

<u>NOTICE OF ENTRY OF APPEARANCE OF COUNSEL</u>

MADAM CLERK:

Please enter the appearance of STEPHEN A. WEITZMAN, ESQUIRE, as counsel for the Plaintiff in the above captioned case.

STEPHEN A. WEITZMAN
D.C. Bar No. 15602
Attorney for Plaintiff
4950 Reedy Brook Lane
Columbia, Maryland 21045
(301) 596-5564
saw5198@earthlink.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I mailed first class, postage prepaid, a copy of the foregoing Notice of Entry of Appearance of Counsel to Defendant DR. HANS-GEORG BOTTLER, Krueckauweg 3, 25335 Elmshorn, Germany, and Defendant FERDY EGLI, Freudenbergweg 5, 9240 Uzwil, Switzerland, and Defendant BERND STERN, Mulhamer Strasse 20, 94486 Osterhofen, Germany, and Defendant PETER KANZLSPERGER, Armin-Knab Strasse 13, 94474 Visholfen, Germany, and Defendant NAWA VERTRIEBS-GMBH, a German Corporation, Ziegelhoehe 8, 92361 Berngau, Germany, and Defendant ALEXANDER GRUTER, Pruefeninger Strasse 35, 93049 Regensburg, Germany, this 22nd day of January, 2007.

STEPHEN A. WEITZMAN
D.C. Bar No. 15602
Attorney for Plaintiff
4950 Reedy Brook Lane
Columbia, Maryland 21045
(301) 596-5564
saw5198@earthlink.net