IN THE UNITED STATES DISTRICT
                    COURT FOR THE DISTRICT OF COLUMBIA

NAWA USA, INC.,                    )
    a Delaware Corporation         )
                                   )
            Plaintiff               )
                                   )
        v.                         )   Civil No.  06-01150 (RMC)
                                   )
DR. HANS-GEORG BOTTLER, <u>et. al.</u>  )   Judge Collyer
                                   )
            Defendants              )

           PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES
              IN OPPOSITION TO THE SEVERAL MOTIONS OF
           DEFENDANTS, DR. HANS-GEORG BOTTLER, FERDY EGLI,
         BERND STERN, PETER KANZLSPERGER, NAWA VERTRIEBS-GMBH,
          A GERMAN CORPORATION, AND ALEXANDER GRUTER, TO DISMISS
                PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE,
             <u>TO QUASH SERVICE OF PROCESS UPON ALL DEFENDANTS</u>

    Plaintiff, NAWA USA, INC., by and through its attorneys, RICHARD E. HAGERTY and STEPHEN A. WEITZMAN, hereby submits its Memorandum of Points and Authorities in Opposition to the several Motions of the Defendants, DR. HANS-GEORG BOTTLER, FERDY EGLI, BERND STERN, PETER KANZLSPERGER, NAWA VERTRIEBS-GMBH, a German corporation, and ALEXANDER GRUTER, to dismiss Plaintiff's Complaint or, in the alternative, to quash service of process upon all Defendants.  In support of its opposition to the several motions of the Defendants, Plaintiff, NAWA USA, INC., states as follows:

    1.  Initially, with respect to the motion purportedly filed by Defendant NAWA VERTRIEBS-GMBH, a German corporation, to dismiss Plaintiff's Complaint or, in the alternative, to quash

                                    1

service of process upon Defendant NAWA VERTRIEBS-GMBH, this motion is improperly filed on its face and therefore should be denied on the grounds that it is not filed in compliance with both the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Columbia. Defendant NAWA VERTRIEBS-GMBH, as a corporation, can only file pleadings and motions by and through an attorney who is a member of the bar of this Court. The motion purportedly filed by Defendant NAWA VERTRIEBS-GMBH is signed by Defendant PETER KANZLSPERGER, who is not an attorney and is certainly not a member of the bar of this Court. While Defendant KANZLSPERGER, in his individual capacity, as well as the four other individual Defendants, is certainly permitted to appear pro se in the instant case, and file his own individual pleadings and motions, Defendant NAWA VERTRIEBS-GMBH may not do so. For this reason alone, the motion of Defendant NAWA VERTRIEBS-GMBH to dismiss Plaintiff's Complaint or, in the alternative, to quash service of process must be denied.

2. With respect to each and every one of the several identical Motions of the Defendants, DR. HANS-GEORG BOTTLER, FERDY EGLI, BERND STERN, PETER KANZLSPERGER, NAWA VERTRIEBS-GMBH, a German corporation, and ALEXANDER GRUTER, to dismiss Plaintiff's Complaint or, in the alternative, to quash service of process upon all Defendants, these motions are improperly filed

and not in compliance with Rule 7(a) and Rule 7(c) of the Local Rules of the United States District Court for the District of Columbia. None of these motions include or are accompanied by a statement of the specific points of law and authority that support the motions, nor do they include any specific facts or affidavits in support of the motions, as required by Rule 7(a) of the Local Rules of the United States District Court for the District of Columbia. None of these motions are accompanied by a proposed order, as required by Rule 7(c) of the Local Rules of the United States District Court for the District of Columbia.

For these reasons alone, the Motions of the Defendants, DR. HANS-GEORG BOTTLER, FERDY EGLI, BERND STERN, PETER KANZLSPERGER, NAWA VERTRIEBS-GMBH, a German corporation, and ALEXANDER GRUTER, to dismiss Plaintiff's Complaint or, in the alternative, to quash service of process upon all Defendants must be denied.

3. With respect to the allegation that a copy of Plaintiff's Complaint in "complete German translation" was not delivered to all Defendants, this allegation is untrue. First, it is instructive to note that none of the Defendants have submitted any affidavits with regard to this issue. Secondly, Plaintiff's Complaint was in fact translated into the German language by a certified translator employed by the attorneys for the Plaintiff and a copy of the German translation was submitted to the Office of the Clerk of the United States District Court

for the District of Columbia for mailing to each of the Defendants, pursuant to Rule 4(f)(2)(C)(ii), Federal Rules of Civil Procedure. Third, on information and belief, a Deputy Clerk of the Office of the Clerk of the United States District Court for the District of Columbia mailed, registered mail, return receipt requested, a copy of the Summons and Complaint, together with the German translation, to each of the Defendants, on October 30, 2006. On further information and belief, the return receipts have been received by the Clerk's Office and are on file in the case jacket. All Defendants have responded to Plaintiff's Complaint in a manner that indicates that they are well aware of the substance of Plaintiff's Complaint. The Motions of the Defendants, DR. HANS-GEORG BOTTLER, FERDY EGLI, BERND STERN, PETER KANZLSPERGER, NAWA VERTRIEBS-GMBH, a German corporation, and ALEXANDER GRUTER, to dismiss Plaintiff's Complaint or, in the alternative, to quash service of process upon all Defendants on this ground must be denied.

4. Defendants misconstrue the jurisdictional allegations upon which the subject matter jurisdiction of this Court is based. The subject matter jurisdiction of this Court is not based upon "federal question" jurisdiction, 28 U.S.C. Section 1331, but rather upon "diversity of citizenship" jurisdiction, 28 U.S.C. Section 1332(a), in as much as Plaintiff corporation is a citizen of both the State of Delaware and the District of

4

Columbia, and Defendants are all citizens of foreign countries. Plaintiff is a corporation duly organized and existing in good standing under the laws of the State of Delaware. Plaintiff has its principal place of business and executive offices located at 1875 I Street, N.W., 5th Floor, Washington, D.C. 20006. This is a civil action under Delaware state statutory and common law, not federal constitutional or statutory law. This Court does have subject matter jurisdiction over this case and the Motions of the Defendants, DR. HANS-GEORG BOTTLER, FERDY EGLI, BERND STERN, PETER KANZLSPERGER, NAWA VERTRIEBS-GMBH, a German corporation, and ALEXANDER GRUTER, to dismiss Plaintiff's Complaint or, in the alternative, to quash service of process upon all Defendants on this ground must be denied.

5. The Defendants are either former directors of Plaintiff corporation, a former officer of Plaintiff corporation, a German corporation which was the unlawful beneficiary of the unlawful actions of the individual Defendants, or the attorney who assisted and counseled the other individual Defendants in their unlawful actions. This Court has personal jurisdiction over the parties to this case in as much as this case arises from activities concerning a corporation whose principal place of business is located in the District of Columbia. All of the individual Defendants voluntarily entered into their positions as either directors, officers, or both, of Plaintiff corporation,

5

thereby voluntarily subjecting themselves to the jurisdiction of the courts of the District of Columbia for all matters arising out of their activities with respect to the Plaintiff corporation. The action of the Defendants complained of were taken with the intent of impacting the Plaintiff corporation which has its principal place of business in the District of Columbia. This Court does in fact have personal jurisdiction over all of the Defendants in this case and the Motions of the Defendants, DR. HANS-GEORG BOTTLER, FERDY EGLI, BERND STERN, PETER KANZLSPERGER, NAWA VERTRIEBS-GMBH, a German corporation, and ALEXANDER GRUTER, to dismiss Plaintiff's Complaint or, in the alternative, to quash service of process upon all Defendants on this ground must be denied.

6. To the extent that Defendants' motions can be construed as raising an issue with regard to the statute of limitations, Plaintiff submits that Defendants' Motions to Dismiss provide absolutely no support for the assertion that the statute of limitations had run prior to the filing of this lawsuit. In any event, Plaintiff strongly asserts that the instant lawsuit was filed well within the time constraints of any applicable statute of limitations, regardless of which jurisdiction's statute would apply. The Motions of the Defendants, DR. HANS-GEORG BOTTLER, FERDY EGLI, BERND STERN, PETER KANZLSPERGER, NAWA VERTRIEBS-GMBH, a German corporation, and ALEXANDER GRUTER, to dismiss

Plaintiff's Complaint or, in the alternative, to quash service of process upon all Defendants on this ground must be denied.

7.   To the extent that Defendants' motions can be construed as raising an issue with regard to a possible prior settlement or prior adjudication of claims, Plaintiff submits that Defendants' Motions to Dismiss provide absolutely no support for the assertion that their was any prior settlement, accord and satisfaction, or prior adjudication, such that would bar the litigation of the instant Complaint.  The Motions of the Defendants, DR. HANS-GEORG BOTTLER, FERDY EGLI, BERND STERN, PETER KANZLSPERGER, NAWA VERTRIEBS-GMBH, a German corporation, and ALEXANDER GRUTER, to dismiss Plaintiff's Complaint or, in the alternative, to quash service of process upon all Defendants on this ground must be denied.

WHEREFORE, Plaintiff, NAWA USA, INC., hereby respectfully requests that the several Motions of the Defendants, DR. HANS-GEORG BOTTLER, FERDY EGLI, BERND STERN, PETER KANZLSPERGER, NAWA VERTRIEBS-GMBH, a German corporation, and ALEXANDER GRUTER, to dismiss Plaintiff's Complaint or, in the alternative, to quash service of process upon all Defendants be denied in their entirety, and that the Defendants, DR. HANS-GEORG BOTTLER, FERDY EGLI, BERND STERN, PETER KANZLSPERGER, NAWA VERTRIEBS-GMBH, a German corporation, and ALEXANDER GRUTER, be ordered to answer or otherwise respond to Plaintiff's Complaint within thirty (30)

days of the date of the Order of this Court denying their Motions.

                                                */s/ Stephen A. Weitzman*
                                                STEPHEN A. WEITZMAN
                                                D.C. Bar No. 15602
                                                Attorney for Plaintiff
                                                4950 Reedy Brook Lane
                                                Columbia, Maryland 21045
                                                (301) 596-5564
                                                saw5198@earthlink.net

                                                */s/ Richard E. Hagerty*
                                                RICHARD E. HAGERTY
                                                D.C. Bar No. 411858
                                                Attorney for Plaintiff
                                                Troutman Sanders LLP
                                                1660 International Drive
                                                Suite 600
                                                McLean, Virginia 22102
                                                (Voice) (703) 734-4326
                                                (FAX) (703) 448-6520
                                                richard.hagerty
                                                        @troutmansanders.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I mailed first class, postage prepaid, a copy of the foregoing Plaintiff's Memorandum of Points and Authorities in Opposition to the Several Motions of Defendants, DR. HANS-GEORG BOTTLER, FERDY EGLI, BERND STERN, PETER KANZLSPERGER, NAWA VERTRIEBS-GMBH, a German Corporation, and ALEXANDER GRUTER, to Dismiss Plaintiff's Complaint or, in the Alternative, to Quash Service of Process upon All Defendants to Defendant DR. HANS-GEORG BOTTLER, Krueckauweg 3, 25335 Elmshorn, Germany, and Defendant FERDY EGLI, Freudenbergweg 5, 9240 Uzwil, Switzerland, and Defendant BERND STERN, Mulhamer Strasse 20, 94486 Osterhofen, Germany, and Defendant PETER KANZLSPERGER, Armin-Knab Strasse 13, 94474 Visholfen, Germany, and Defendant

NAWA VERTRIEBS-GMBH, a German Corporation, Ziegelhoehe 8, 92361 Berngau, Germany, and Defendant ALEXANDER GRUTER, Pruefeninger Strasse 35, 93049 Regensburg, Germany, this 2nd day of January, 2007.

STEPHEN A. WEITZMAN
D.C. Bar No. 15602
Attorney for Plaintiff
4950 Reedy Brook Lane
Columbia, Maryland 21045
(301) 596-5564
saw5198@earthlink.net