IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC.,<br>    a Delaware Corporation   )<br>                                            )<br>            Plaintiff       )<br>                                            )<br>         v.                         )<br>                                            )<br>DR. HANS-GEORG BOTTLER, <u>et. al.</u>  )<br>                                            )<br>            Defendants     ) | Civil No.  06-01150 (RMC)<br><br>Judge Collyer |

<u>ORDER</u>

Upon consideration of the several Motions of the Defendants, DR. HANS-GEORG BOTTLER, FERDY EGLI, BERND STERN, PETER KANZLSPERGER, NAWA VERTRIEBS-GMBH, a German corporation, and ALEXANDER GRUTER, to dismiss Plaintiff's Complaint or, in the Alternative, to Quash Service of Process upon All Defendants, Plaintiff's Memorandum of Points and Authorities in Opposition to the several Motions of the Defendants, DR. HANS-GEORG BOTTLER, FERDY EGLI, BERND STERN, PETER KANZLSPERGER, NAWA VERTRIEBS-GMBH, a German corporation, and ALEXANDER GRUTER, to dismiss Plaintiff's Complaint or, in the Alternative, to Quash Service of Process upon All Defendants, Plaintiff's Complaint filed in this matter, and the entire record herein, it is by the United States District Court for the District of Columbia, this _____ day of _____, 2007,

ORDERED that the several Motions of the Defendants, DR. HANS-GEORG BOTTLER, FERDY EGLI, BERND STERN, PETER KANZLSPERGER, NAWA VERTRIEBS-GMBH, a German corporation, and ALEXANDER GRUTER, to dismiss Plaintiff's Complaint or, in the Alternative, to Quash Service of Process upon All Defendants be, and the same hereby are, DENIED, and it is

FURTHER ORDERED that all Defendants answer or otherwise respond to Plaintiff's Complaint within thirty (30) days from the date of this Order, and it is

FURTHER ORDERED that Defendant NAWA VERTRIEBS-GMBH, a German corporation, cause an appearance to be entered on its behalf by a member of the bar of this Court, pursuant to the Local Rules of the United States District Court of the District of Columbia.

 

ROSEMARY COLLYER
UNITED STATES DISTRICT JUDGE

Copies to:

RICHARD E. HAGERTY, Esquire
Attorney for Plaintiff
Troutman Sanders LLP
1660 International Drive
Suite 600
McLean, Virginia 22102

STEPHEN A. WEITZMAN, Esquire
Attorney for Plaintiff
4950 Reedybrook Lane
Columbia, Maryland 21045

DR. HANS-GEORG BOTTLER
Defendant
Krueckauweg 3
25335 Elmshorn, Germany

FERDY EGLI
Defendant
Freudenbergweg 5
9240 Uzwil, Switzerland

BERND STERN
Defendant
Mulhamer Strasse 20
94486 Osterhofen, Germany

PETER KANZLSPERGER
Defendant
Armin-Knab Strasse 13
94474 Visholfen, Germany

NAWA VERTRIEBS-GMBH
      a German Corporation
Defendant
Ziegelhoehe 8
92361 Berngau, Germany

ALEXANDER GRUTER
Defendant
Pruefeninger Strasse 35
93049 Regensburg, Germany