UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC. )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>DR. HANS-GEORG BOTTLER, *et al.* )<br>)<br>    Defendants )<br>_____ ) | Case No. 06CV01150 (RMC) |

**RICHARD E. HAGERTY'S AND TROUTMAN SANDERS LLP'S
<u>MOTION TO WITHDRAW APPEARANCE</u>**

Richard E. Hagerty and Troutman Sanders LLP, counsel for Plaintiff, NAWA USA, Inc., and pursuant to LCvR 7 and 83.6(c), move this honorable Court for the entry of an Order striking their appearance as counsel for the Plaintiff, and in support of this Motion states as follows:

1. This is a civil action that was initiated on June 23, 2006 with the filing of a Complaint for Breach of Employment Contract, Fraud and Deceit, Theft and Conversion, Unfair Competition, Breach of Fiduciary Duty, Injunctive and Declaratory Relief, and an Accounting (the "Complaint").

2. The Defendants are all either adult citizens of foreign countries or corporations organized and existing under the laws of foreign countries.

3. On February 26, 2007 this Court entered its Memorandum Opinion and Order striking Defendant, NAWA Vertriebs-GMBH's Motion to Dismiss, and denying the Motions to Dismiss

filed by the individual Defendants (Docket No. 19).  To date none of the Defendants has filed an answer or otherwise pleaded in response to Plaintiff's Complaint.

4. Since the entry of the Court's Opinion and Order Stephen A. Weitzman, Esquire has entered his appearance as counsel for the Plaintiff, pursuant to a long-standing plan to substitute Mr. Weitzman as counsel for Plaintiff (see Docket No. 20).  Because Mr. Weitzman is now counsel of record there is no need for Richard E. Hagerty or Troutman Sanders LLP to remain as counsel, and they respectfully request leave to be stricken as counsel in this case.

5. Granting this Motion would not prejudice any party or delay the resolution of this matter, since the case is not at issue and Plaintiff is now represented by Mr. Weitzman, a member of the bar of this Court.

6. Pursuant to LCvR 7(a) Movants include their statement of points and authorities in the body of this Motion.

WHEREFORE, Richard E. Hagerty and Troutman Sanders LLP move this honorable Court for the entry of an order granting them leave to withdraw their appearance as counsel for the Plaintiff, and striking their appearance; and for such other and further relief as may be proper.

Respectfully submitted,

/s/ Richard E. Hagerty
Richard E. Hagerty, #411858
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4326
(703) 448-6540 (facsimile)
richard.hagerty@troutmansanders.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of April, 2007, pursuant to LCvR 5.4(d)(1), a copy of the foregoing Motion was served electronically on the following counsel of record for the Plaintiff:

>Stephen A. Weitzman
>4950 Reedy Brook Lane
>Columbia, MD 21045
>saw5198@earthlink.net

I FURTHER CERTIFY that pursuant to LCvR 5.4(d)(2) on the same date I caused copies to be served via Air Mail, postage prepaid, to the following:

>Dr. Hansgeorg Bottler
>Krueckauweg 3
>25335 Elmshorn
>Germany
>
>Bernd Stern
>Muelhamer Strasse 20
>94486 Osterhofen
>Germany
>
>Alexander Grüter
>Pruefeninger Strasse 35
>93049 Regensburg
>Germany
>
>Ferdy Egli
>Freudenbergweg 5
>9240 Uzwil
>Switzerland
>
>Peter Kanzlsperger
>Armin-Knab Strasse 13
>94474 Vilshofen
>Germany

NAWA Vertriebs-GmBH
Ziegelhöhe 8
92361 Berngau
Germany

                                                         /s/ Richard E. Hagerty
                                             Richard E. Hagerty