UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC. | ) |
|       Plaintiff | ) ) ) |
| v. | )   Case No. 06CV01150 (RMC) |
| DR. HANS-GEORG BOTTLER, *et al.* | ) ) ) |
|       Defendants | ) ) |

**ORDER STRIKING APPEARANCE OF
RICHARD E. HAGERTY AND TROUTMAN SANDERS LLP
<u>AS COUNSEL FOR PLAINTIFF</u>**

This matter is before the Court on the Motion to Withdraw Appearance filed by Richard E. Hagerty and Troutman Sanders LLP ("Movants"). The Court having read and considered the Motion; and it appearing that Stephen E. Weitzman has entered his appearance as counsel for the Plaintiff, that the Plaintiff has consented to the withdrawal of Richard E. Hagerty and Troutman Sanders LLP, and that granting the Motion to Withdraw would not unduly delay trial of this case, or be unfairly prejudicial to any party; it is, by the United States District Court for the District of Columbia;

**ORDERED**, that the Motion to Withdraw Appearance be, and the same is hereby, GRANTED; and it is further

**ORDERED**, that the appearance of Richard E. Hagerty and Troutman Sanders LLP as counsel for the Plaintiff is hereby stricken.

_____                       _____
Date                                                      Rosemary M. Collyer
                                                                United States District Judge

Copies to:

Richard E. Hagerty, Esquire
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
richard.hagerty@troutmansanders.com

Stephen A. Weitzman
4950 Reedy Brook Lane
Columbia, MD 21045
saw5198@earthlink.net

Dr. Hansgeorg Bottler
Krueckauweg 3
25335 Elmshorn
Germany

Bernd Stern
Muelhamer Strasse 20
94486 Osterhofen
Germany

Alexander Grüter
Pruefeninger Strasse 35
93049 Regensburg
Germany

Ferdy Egli
Freudenbergweg 5
9240 Uzwil
Switzerland

Peter Kanzlsperger
Armin-Knab Strasse 13
94474 Vilshofen
Germany

NAWA Vertriebs-GmBH
Ziegelhöhe 8
92361 Berngau
Germany