# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **NAWA USA, Inc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-1150 (RMC)** |
| | ) | |
| **HANS-GEORG BOTTLER, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Plaintiff NAWA USA, Inc. is a corporation that researches, develops, manufactures, markets, and distributes medical devices, drugs, and cosmetics. Plaintiff brought this suit in diversity alleging that Defendants misappropriated Plaintiff's funds, property, and intellectual property for the use of a German company, NAWA Vertriebs-GMBH. Named as Defendants are NAWA Vertriebs-GMBH as well as the following five Individual Defendants, all foreign residents: Dr. Hans-Georg Bottler, Mr. Ferdy Egli, Mr. Bernd Stern, Mr. Peter Kanzlesperger, and Mr. Alexander Gruter.[1]  Dr. Bottler and Messrs. Egli, Stern, and Kanzlesperger are former directors of Plaintiff, and Mr. Gruter is an attorney who allegedly assisted them in the alleged unlawful conduct described in the Complaint. The Complaint alleges seven counts:

Count I – Breach of Employment Contract;

Count II – Fraud and Deceit;

---

[1] All of the Individual Defendants are residents of Germany, with the exception of Mr. Egli who is a resident of Switzerland. Plaintiff alleges that it is a corporation organized under the laws of Delaware, with its principal place of business in the District of Columbia. Defendants contend that Plaintiff's main place of business is in Germany.

Count III – Theft and Conversion;

Count IV – Unfair Competition;

Count V – Breach of Fiduciary Duty;

Count VI – Injunctive and Declaratory Relief; and

Count VII – Accounting.

All of the Defendants have proceeded pro se and have filed a joint pleading titled, "Reply to the Civil Law Subpoena of the U.S. District Court of the District of Columbia." *See* pleading filed Apr. 30, 2007 [Dkt. # 23]. Based on the content of the pleading, the Court determines that the pleading is not an answer but is a motion to dismiss that was erroneously docketed as an answer. The motion to dismiss alleges, among other things, lack of subject matter jurisdiction, lack of personal jurisdiction, and improper venue. As explained below, the Court will strike the motion to dismiss [Dkt. # 23] with regard to NAWA Vertriebs-GMBH only and will order Plaintiff to show cause why the motion to dismiss should not be granted.

The Corporate Defendant has attempted to proceed pro se in this action. The statute that allows parties to proceed pro se, 28 U.S.C. § 1654, does not allow corporations to appear in federal court pro se. *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993). A corporation can appear only through a licensed attorney. *Id*. "It has been the law for the better part of two centuries, for example, that a corporation may appear in the federal courts only through licensed counsel." *Id*. at 201-02; *see also Diamond Ventures, LLC v. Barreto*, 452 F.3d 892, 900 (D.C. Cir. 2006) (corporation cannot appear pro se or in forma pauperis). Accordingly, it is hereby

**ORDERED** that the motion to dismiss [Dkt. #23] jointly filed by all of the Defendants is **STRICKEN with regard to the Corporate Defendant NAWA Vertriebs-GMBH**

**only**.  The Court will not accept any pleading from NAWA Vertriebs-GMBH unless it is filed by an

attorney licensed to practice in this jurisdiction.  NAWA Vertriebs-GMBH **shall file an answer or**

**other response to the Complaint in this matter, through its attorney, no later than June 19,**

**2007**.  In the event that NAWA Vertriebs-GMBH fails to do so, the Court may enter default and

default judgment against it under Federal Rule of Civil Procedure 55; and it is

        **FURTHER ORDERED** that Plaintiff shall file a response to the motion to dismiss

[Dkt. # 23] no later than June 4, 2007, addressing the issues of subject matter jurisdiction, personal

jurisdiction, venue, and all other issues presented in such motion.

        **SO ORDERED**.


Date:   May 4, 2007                                        _____/s/_____
                                                           ROSEMARY M. COLLYER
                                                           United States District Judge