UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, Inc., ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HANS-GEORG BOTTLER, et al., ) <br> ) <br> ) <br>     Defendants. ) <br> ) | Civil Action No. 06-1150 (RMC) |

## ORDER

Plaintiff NAWA USA, Inc. filed a complaint in this matter on June 23, 2006, and on October 26, 2006, Plaintiff requested the Clerk to effect service upon NAWA Vertriebs-GMBH, a German company (the "Corporate defendant").[1] The Corporate Defendant filed a motion to dismiss, attempting to proceed pro se. Because corporations may only proceed through a licensed attorney, the Court struck the motion to dismiss with regard to the Corporate Defendant and ordered the Corporate Defendant to file an answer or otherwise respond to the Complaint no later than June 19, 2007. See Order issued May 4, 2007. The Corporate Defendant has not done so. There has been no activity in this case since the Court's May 4, 2007 Order. Accordingly, it is hereby

**ORDERED** that, no later than July 20, 2007, Plaintiff shall **SHOW CAUSE** why the Court should not dismiss this action pursuant to Local Rule 83.23 for failure to prosecute.

**SO ORDERED**.

Date: June 20, 2007  
_____/s/_____  
ROSEMARY M. COLLYER  
United States District Judge

---

[1] The docket does not show a return of service/affidavit for the Corporate Defendant.