IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC.,  ) | |
|    a Delaware Corporation  ) | |
| ) | |
|       Plaintiff  ) | |
| ) | |
|    v.  ) | Civil No. 06-1150 (RMC) |
| ) | |
| DR. HANS-GEORG BOTTLER, <u>et. al.</u>  ) | Judge Collyer |
| ) | |
|       Defendants  ) | |

PLAINTIFF'S MOTION FOR RECONSIDERATION OF
THIS COURT'S MINUTE ENTRY ORDER OF JUNE 20, 2007,
DISMISSING PLAINTIFF'S COMPLAINT AGAINST
DEFENDANTS DR. HANS-GEORG BOTTLER, FERDY EGLI,
BERND STERN, PETER KANZLSPERGER, AND ALEXANDER GRUTER

Plaintiff, NAWA USA, INC., by and through its attorney, STEPHEN A. WEITZMAN, hereby submits its Motion for Reconsideration of this Court's Minute Entry Order of June 20, 2007, dismissing Plaintiff's Complaint against Defendants DR. HANS-GEORG BOTTLER, FERDY EGLI, BERND STERN, PETER KANZLSPERGER, and ALEXANDER GRUTER. Accompanying this Motion for Reconsideration is a Memorandum of Points and Authorities in support of its position.

WHEREFORE, Plaintiff, NAWA USA, INC., hereby respectfully requests that this Honorable Court reconsider its Minute Entry Order of June 20, 2007, dismissing Plaintiff's Complaint against the individual Defendants, DR. HANS-GEORG BOTTLER, FERDY EGLI, BERND STERN, PETER KANZLSPERGER, and ALEXANDER GRUTER, and deny the Motions of the individual Defendants, DR. HANS-GEORG BOTTLER, FERDY EGLI, BERND STERN, PETER KANZLSPERGER, and ALEXANDER GRUTER, to dismiss Plaintiff's Complaint and order that the individual Defendants, DR. HANS-GEORG BOTTLER, FERDY

EGLI, BERND STERN, PETER KANZLSPERGER, and ALEXANDER GRUTER, formally answer or otherwise respond to Plaintiff's Complaint within thirty (30) days of the date of the Order of this Court denying their Motions to Dismiss.

                                _____
STEPHEN A. WEITZMAN
D.C. Bar No. 15602
Attorney for Plaintiff
4950 Reedy Brook Lane
Columbia, Maryland 21045
(301) 596-5564

saw5198@earthlink.net

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I mailed first class, postage prepaid, a copy of the foregoing Plaintiff's Motion for Reconsideration of this Court's Minute Entry Order of June 20, 2007, Dismissing Plaintiff's Complaint Against Defendants Dr. Hans-Georg Bottler, Ferdy Egli, Bernd Stern, Peter Kanzlsperger, and Alexander Gruter to Defendant DR. HANS-GEORG BOTTLER, Krueckauweg 3, 25335 Elmshorn, Germany, and to Defendant FERDY EGLI, Freudenbergweg 5, 9240 Uzwil, Switzerland, and to Defendant BERND STERN, Mulhamer Strasse 20, 94486 Osterhofen, Germany, and to Defendant PETER KANZLSPERGER, Armin-Knab Strasse 13, 94474 Visholfen, Germany, and to Defendant NAWA VERTRIEBS-GMBH, a German Corporation, Ziegelhoehe 8, 92361 Berngau, Germany, and to Defendant ALEXANDER GRUTER, Pruefeninger Strasse 35, 93049 Regensburg, Germany, this 2nd day of July 2007___, 2007, and by email tm Mr. Alexander Gruter, July 2, 2007.

                                       // Stephen A. Weitzman//
                                       _____
                                       STEPHEN A. WEITZMAN
                                       D.C. Bar No. 15602
                                       Attorney for Plaintiff