IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC., ) | |
|    a Delaware Corporation ) | |
| ) | |
|        Plaintiff ) | |
| ) | |
|     v. ) | Civil No. 06-01150 (RMC) |
| ) | |
| DR. HANS-GEORG BOTTLER, <u>et. al.</u> ) | Judge Collyer |
| ) | |
|       Defendants ) | |

<u>ORDER</u>

Upon consideration of Plaintiff's Motion for Reconsideration of this Court's Minute Entry Order of June 20, 2007, dismissing Plaintiff's Complaint against Defendants DR. HANS-GEORG BOTTLER, FERDY EGLI, BERND STERN, PETER KANZLSPERGER, and ALEXANDER GRUTER, and Entry of a Default Judgment against Defendant Corporation, the Memorandum of Points and Authorities in Support thereof, and Plaintiff's Response to this Court's Show Cause Order of June 20, 2007, and Plaintiff's Complaint filed in this matter, and the entire record herein, it is by the United States District Court for the District of Columbia, this _____ day of _____, 2007,

ORDERED that Plaintiff's Motion for Reconsideration of this Court's Minute Entry Order of June 20, 2007, dismissing Plaintiff's Complaint against Defendants DR. HANS-GEORG BOTTLER, FERDY EGLI, BERND STERN, PETER KANZLSPERGER, and ALEXANDER GRUTER be, and the same hereby is, GRANTED, and the dismissal entered Vacated; and it is

1

FURTHER ORDERED that the Reply of Defendants DR. HANS-GEORG BOTTLER, FERDY EGLI, BERND STERN, PETER KANZLSPERGER, and ALEXANDER GRUTER be deemed an answer on the merits;

and the Defendant Corporation's default entered is Vacated provided U.S. Counsel is properly appears and on the Corporation's behalf and contacts by July 15, 2007 Plaintiff's Counsel to set a status hearing before this Court;

IN THE ALTERNATIVE IF THE REPLY IS DEEMED A MOTION TO DISMISS:

It is further ORDERED that Plaintiff has an additional 60 days from the date of this order to respond to Defendants' motion (allowing for time to translate documents)

FURTHER ORDERED that Defendants DR. HANS-GEORG BOTTLER, FERDY EGLI, BERND STERN, PETER KANZLSPERGER, and ALEXANDER GRUTER answer or otherwise respond to Plaintiff's Complaint within thirty (30) days from the date of this Order, and it is

FURTHER ORDERED that Plaintiff's Request for an Order of Default against Defendant NAWA VERTRIEBS-GMBH, a German corporation, pursuant to Rule 55, Federal Rules of Civil Procedure, be reinstated and the same hereby is, GRANTED, and it is

Dated:

_____
ROSEMARY COLLYER
UNITED STATES DISTRICT JUDGE

Copies to:

STEPHEN A. WEITZMAN, Esquire
Attorney for Plaintiff
4950 Reedy Brook Lane
Columbia, Maryland 21045

DR. HANS-GEORG BOTTLER
Defendant
Krueckauweg 3
25335 Elmshorn, Germany

FERDY EGLI
Defendant
Freudenbergweg 5
9240 Uzwil, Switzerland

BERND STERN
Defendant
Mulhamer Strasse 20
94486 Osterhofen, Germany

PETER KANZLSPERGER
Defendant
Armin-Knab Strasse 13
94474 Visholfen, Germany

NAWA VERTRIEBS-GMBH
    a German Corporation
Defendant
Ziegelhoehe 8
92361 Berngau, Germany

ALEXANDER GRUTER
Defendant
Pruefeninger Strasse 35
93049 Regensburg, Germany