IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NAWA USA, INC., <br>     a Delaware Corporation | ) <br> ) <br> ) | |
| Plaintiff | ) <br> ) | |
| v. | ) <br> ) | Civil No.  06-1150 (RMC) |
| DR. HANS-GEORG BOTTLER, <u>et. al.</u> | ) <br> ) | Judge Collyer |
| Defendants | ) | |

PLAINTIFF'S RESPONSE TO THIS COURT'S SHOW CAUSE ORDER
OF JULY 6, 2007, AND PLAINTIFF'S REQUEST FOR AN
<u>ORDER OF DEFAULT AGAINST DEFENDANT NAWA VERTRIEBS-GMBH</u>

Plaintiff, NAWA USA, INC., by and through its attorney, STEPHEN A. WEITZMAN, hereby submits its Response to this Court's Show Cause Order of July 6, 2007, as well as its Request for an Order of Default against Defendant NAWA VERTRIEBS-GMBH, a German corporation, pursuant to Rule 55, Federal Rules of Civil Procedure.  By and for its response to this Court's Show Cause Order of July 6, 2007, as well as its Request for an Order of Default against Defendant NAWA VERTRIEBS-GMBH, a German corporation, Plaintiff, NAWA USA, INC., states as follows:

    1.  On May 4, 2007, this Court entered an Order requiring Defendant NAWA VERTRIEBS-GMBH, a German corporation, to file an answer or other response to Plaintiff's Complaint, <u>by and through an attorney licensed to practice in the District of Columbia</u>, no later than June 19, 2007.  Defendant NAWA VERTRIEBS-GMBH, a German corporation, failed to do so, and to the best of Plaintiff's knowledge, has failed to do so as of the date of the filing of this pleading.  On June 20, 2007, this Court entered an

Order indicating and confirming the failure of Defendant NAWA VERTRIEBS-GMBH, a German corporation, to comply with the Court Order of May 4, 2007. The remedy for this failure of the corporate Defendant to properly file an answer or other response to Plaintiff's Complaint, as noted in the Court Order of May 4, 2007, is the entry of an Order of Default against Defendant NAWA VERTRIEBS-GMBH, a German corporation, pursuant to Rule 55, Federal Rules of Civil Procedure.

2. On July 6, 2007, this Court entered an Order requiring Plaintiff, no later than July 20, 2007, to Show Cause why the Court should not dismiss this action against Defendant NAWA VERTRIEBS-GMBH, a German corporation, for failure to prosecute, pursuant to Local Rule 83.23, as the docket does not reflect service upon the corporate Defendant and the Plaintiff had not requested the entry of an Order of Default against the corporate Defendant. Plaintiff submits that it has, as will be shown below, properly effected service upon the corporate Defendant, that the corporate Defendant has effectively waived any objections to service of process (if any valid objections in fact exist, which Plaintiff vigorously disputes) and Plaintiff is now, by way of this pleading, requesting that this Court enter an Order of Default against Defendant NAWA VERTRIEBS-GMBH, a German corporation, pursuant to Rule 55, Federal Rules of Civil Procedure.

3. With respect to service of process upon Defendant NAWA VERTRIEBS-GMBH, a German corporation, the relevant chronology of

events is as follows: The complaint in this case was filed on June 23, 2006. On October 26, 2006, Plaintiff, by and through counsel, requested the Clerk of this Court to effect service of one copy of the Summons and Complaint upon the corporate Defendant (as well as all other Defendants), by registered mail, return receipt requested, pursuant to Rule 4(f)(2)(C)(ii), Federal Rules of Civil Procedure. This request was accompanied by sufficient certified copies of a German translation of the Summons and Complaint. On November 17, 2006, the Clerk of this Court filed a Certificate indicating that she had complied with this request.

4. The return receipt from the corporation has not been received. The receipt of Peter Kanzlsperger the admitted managing director of the corporation and founder of the corporation (Reply at page 9) was received albeit unsigned, by the Clerk of this Court on December 5, 2006. On December 28, 2006, Defendant NAWA VERTRIEBS-GMBH, a German corporation, filed a Motion to Dismiss. Nowhere in this Motion to Dismiss did Defendant NAWA VERTRIEBS-GMBH contend that it did not receive the copy of the Summons and Complaint nor did it contend that it was unaware of the nature and substance of the facts and allegations stated in Plaintiff's Complaint.

5. On February 26, 2007, this Court, Honorable Rosemary M. Collyer, Judge, struck the Motion to Dismiss filed by Defendant NAWA VERTRIEBS-GMBH, a German corporation, on the grounds that it was not filed by and through an attorney licensed to practice in

the District of Columbia, as required by the Local Rules of this Court.

6. On April 30, 2007, Defendant NAWA VERTRIEBS-GMBH, a German corporation, filed a document entitled "Reply" which was originally construed by Plaintiff to be an "Answer", but which was, on May 4, 2007, considered by this Court to be a second Motion to Dismiss. However, also on May 4, 2007, the Court struck the second Motion to Dismiss filed by Defendant NAWA VERTRIEBS-GMBH, likewise on the grounds that it was not filed by and through an attorney licensed to practice in the District of Columbia, as required by the Local Rules of this Court. The Court then ordered the corporate Defendant to file a response in compliance with the Local Rules of this Court no later than June 19, 2007. As previously noted, Defendant NAWA VERTRIEBS-GMBH has failed to do so.

7. It is clear that Plaintiff has complied with the requirements of Rule 4(f)(2)(C)(ii), Federal Rules of Civil Procedure, in attempting to effectuate service of process upon the corporate Defendant. It is clear that the corporate Defendant has consistently, over a period of over six months, thumbed its corporate nose at both the Local Rules of this Court and the specific Orders of this Court. It is clear that Plaintiff effected service on the corporate Defendant in a manner "reasonably calculated to give notice", Rule 4(f)(2), Federal Rules of Civil Procedure; Hilska v. Jones, Civil Action No. 02-1042 (D.D.C. 2003, Urbina, J.). It is clear that the corporate

Defendant has in fact received notice of the action and has attempted to file responsive pleadings, albeit not in compliance with the Local Rules of this Court.  It is also clear that, by its attempts to file the two Motions to Dismiss which have been stricken by this Court, alleging no specific facts to challenge service of process, Defendant NAWA VERTRIEBS-GMBH, has in effect waived any objections to service of process (if any valid objections in fact exist, which Plaintiff vigorously disputes), pursuant to Rule 12(h), Federal Rules of Civil Procedure.  Defendant NAWA VERTRIEBS-GMBH has filed no valid pleadings in this Court in response to Plaintiff's Complaint, has been properly served with process, and has wilfully ignored the Orders of this Court.  Plaintiff, NAWA USA, INC., has properly prosecuted this action against Defendant NAWA VERTRIEBS-GMBH.  At this time, the entry of an Order of Default against Defendant NAWA VERTRIEBS-GMBH, a German corporation, pursuant to Rule 55, Federal Rules of Civil Procedure, is appropriate.  The question of what to do should the corporate Defendant respond with a Motion to Set Aside the Order of Default, filed by a member of the bar of this Court, may need to be addressed at another day, should such a motion in fact ever be filed.

WHEREFORE, Plaintiff, NAWA USA, INC., hereby respectfully requests that this Honorable Court not dismiss this action against Defendant NAWA VERTRIEBS-GMBH, a German corporation, for failure to prosecute, pursuant to Local Rule 83.23, and that this Honorable Court enter an Order of Default against Defendant NAWA

VERTRIEBS-GMBH, a German corporation, pursuant to Rule 55, Federal Rules of Civil Procedure, for failure to answer or otherwise respond to Plaintiff's Complaint by and through a licensed attorney who is a member of the bar of this Court.

_____
STEPHEN A. WEITZMAN
D.C. Bar No. 15602
Attorney for Plaintiff
4950 Reedy Brook Lane
Columbia, Maryland 21045
(301) 596-5564
saw5198@earthlink.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I mailed first class, postage prepaid, a copy of the foregoing Plaintiff's Response to this Court's Show Cause Order of July 6, 2007, and Plaintiff's Request for an Order of Default Against Defendant NAWA VERTRIEBS-GMBH to Defendant DR. HANS-GEORG BOTTLER, Krueckauweg 3, 25335 Elmshorn, Germany, and to Defendant FERDY EGLI, Freudenbergweg 5, 9240 Uzwil, Switzerland, and to Defendant BERND STERN, Mulhamer Strasse 20, 94486 Osterhofen, Germany, and to Defendant PETER KANZLSPERGER, Armin-Knab Strasse 13, 94474 Visholfen, Germany, and to Defendant NAWA VERTRIEBS-GMBH, a German Corporation, Ziegelhoehe 8, 92361 Berngau, Germany, and to Defendant ALEXANDER GRUTER, Pruefeninger Strasse 35, 93049 Regensburg, Germany, this  19th  day of July, 2007.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　STEPHEN A. WEITZMAN
　　　　　　　　　　　　　　　　　　D.C. Bar No. 15602
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

NAWA USA, INC., )
    a Delaware Corporation )
 )
              Plaintiff )
 )
         v. )   Civil No. 06-01150 (RMC)
 )
DR. HANS-GEORG BOTTLER, <u>et. al.</u> )   Judge Collyer
 )
              Defendants )

<u>ORDER</u>

Upon consideration of Plaintiff's Response to this Court's Show Cause Order of July 6, 2007, and Plaintiff's Request for an Order of Default against Defendant NAWA VERTRIEBS-GMBH, a German corporation, pursuant to Rule 55, Federal Rules of Civil Procedure, as a result of the failure of Defendant NAWA VERTRIEBS-GMBH, a German corporation, to answer or otherwise respond to Plaintiff's Complaint by and through a licensed attorney who is a member of the bar of this Court, and the entire record herein, it is by the United States District Court for the District of Columbia, this _____ day of _____, 2007,

ORDERED that this Court's Show Cause Order of July 6, 2007, be, and the same hereby is, deemed SATISFIED and DISCHARGED, and it is hereby

FURTHER ORDERED that Plaintiff's Request for an Order of Default against Defendant NAWA VERTRIEBS-GMBH, a German corporation, pursuant to Rule 55, Federal Rules of Civil Procedure, be, and the same hereby is, GRANTED, and it is

FURTHER ORDERED that the Clerk of this Court enter an Order of Default against Defendant NAWA VERTRIEBS-GMBH, a German

corporation, pursuant to Rule 55, Federal Rules of Civil Procedure.

_____
ROSEMARY COLLYER
UNITED STATES DISTRICT JUDGE

Copies to:

STEPHEN A. WEITZMAN, Esquire
Attorney for Plaintiff
4950 Reedy Brook Lane
Columbia, Maryland 21045

DR. HANS-GEORG BOTTLER
Defendant
Krueckauweg 3
25335 Elmshorn, Germany

FERDY EGLI
Defendant
Freudenbergweg 5
9240 Uzwil, Switzerland

BERND STERN
Defendant
Mulhamer Strasse 20
94486 Osterhofen, Germany

PETER KANZLSPERGER
Defendant
Armin-Knab Strasse 13
94474 Visholfen, Germany

NAWA VERTRIEBS-GMBH
    a German Corporation
Defendant
Ziegelhoehe 8
92361 Berngau, Germany

ALEXANDER GRUTER
Defendant
Pruefeninger Strasse 35
93049 Regensburg, Germany