IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

NAWA USA, INC., )
a Delaware Corporation )
 )
    Plaintiff )
    v. )
DR. HANS-GECRG BOTTLER, et. al. )
 )
    Defendants ) Civil No. 06-1 15 0 (RMC)
 ) Judge Collyer

MOTION FOR MODIFICATION OF THE ORDER OF 9/04/2007 FOR EXTENSION
OF TIME

AND PLAINTIFF'S INTERIM REPORT TO THE COURT IN RESPONSE TO
THE MINUTE ORDER OF 09/04/2007

Plaintiff, NAWA USA, INC., by and through its attorney, STEPHEN A. WEITZMAN, hereby submits this report regarding personal service in accordance with procedures of the Hague Convention.

1. A MINUTE ENTRY ORDER was issued September 4, 2007, granting Plaintiff's request for additional time to serve summons and complaint upon all Defendants, as set forth in Docket # 35 Plaintiff's August 20, 2007, response to show cause requiring service upon all Defendants no later than September 30, 2007. New Summonses were issued on September 5, 2007. The Oder was originally requested in Plaintiff's reply to Defendants' Motion to Dismiss Docket # 33, July 26, 2007.

2. The request for allowing new service was made on July 19, 2007, but because Plaintiff may not have properly noted its request for an order (which was included in the response of July 19, 2007), the matter was called to the attention of

chambers on August 31, 2007.

3. Plaintiff hereby submits proof of express delivery by Federal Express of the proper documents including the translations of the new summons, complaint and all exhibits, to the proper German and Swiss Central Authorities responsible for compliance with the Hague Convention on September 12, 2007, (when all document translations were completed by legal Language Services). Receipt by those Central Authorities of Bavaria, (4 Defendants) Schleswig-Holstein, (1) [Germany] and the Canton of St. Gallen (1) [Switzeland] delivered on September 14,2007, was confirmed by FedEx as follows:

| Single piece shipments | | | | | | |
|---|---|---|---|---|---|---|
| Tracking number | Status | Date/Time | Destination | Service | Signature Proof Image | View |
| 791761629478 | Delivered | Sep 14, 2007 11:39 AM | MUNCHEN DE | FedEx Express | Yes | ☑ |
| 799713938881 | Delivered | Sep 14, 2007 12:05 PM | KIEL DE | FedEx Express | No | ☐ |
| 791387186333 | Delivered | Sep 14, 2007 11:24 AM | ST. GALLEN CH | FedEx Express | Yes | ☑ |

4. Legal Language Services has informed Plaintiff that actual service may not occur for 6 more weeks. This is standard because of complexities in those countries.

5. Personal service by other than the authorities of the documents in these countries by any other means than through Central Authority is prohibited and invalid.

6. Attached are: FedEx receipts (Attachment A); Hague forms for each Central Authority for Each Defendant with Subpoenas in English and German

(Attachment B); German translation of Complaint with translator certifications (Attachment C); and German translation of Exhibits with translator certifications (Attachment D)./

Plaintiff therefore requests the Court to set October 30, 2007, as a date for reporting on progress of service.

September 27, 2007

Respectfully,

// STEPHEN A. WEITZMAN//
STEPHEN A. WEITZMAN D.C. Bar No. 15602
Attorney for Plaintiff
4950 Reedy Brook Lane Columbia, Maryland 21045 (301) 596-5564
saw5198@earthlink.net

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

NAWA USA, INC.,                              )
a Delaware Corporation                       )
                                             )
    Plaintiff                                )
    vi.                                      )
DR. HANS-GECRG BOTTLER, et. al.    )
    Defendants                               )    Civil No. 06-1 15 0 (RMC)
                                             )         Judge Collyer
                                        ORDER

Upon consideration of the Plaintiffs Response to the Court's Order regarding service on all defendants:

IT IS, THEREFORE, HEREBY ORDERED that the Plaintiff be given until October 30, 2007 to submit proof of service or show good cause for any further delay.


                                    ROSEMARY COLLYER
                                    UNITED STATES DISTRICT JUDGE