# FedEx receipts (Attachment A)

Case 1:06-cv-01150-RMC    Document 36-2    Filed 09/27/2007    Page 1 of 6



**Select format:** ◉ HTML ◯ Text ◯ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Submit

Global Home | Service Info | About FedEx | Investor Relations | Careers | FedEx Mobile | fedex.com Terms of Use | Privacy Policy

This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2007 FedEx



**Select format:** ⦿ HTML  ◯ Text  ◯ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Submit

Global Home | Service Info | About FedEx | Investor Relations | Careers | FedEx Mobile | fedex.com Terms of Use | Privacy Policy

This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2007 FedEx

