# German translation of Complaint (Attachment C)

*Allemanik Translation & Writing Services*

### Translator's Declaration:

The undersigned, Donate von Bredow-Gardner, dba *Allemanik Translation & Writing Services*, declares under penalty of perjury that:

1.  I am fluent in both the German language and the English language;

2.  I am a trained linguist with 31 years of translation experience from German to English and English to German, who translated the attached document named "NAWA Complaint" in re: NAWA USA, Inc. (plaintiff) v. Dr. Hans-Georg Bottler et al (defendants) by human translation; and

3.  That, to the best of my knowledge and belief, the statements in the German language in the attached translation of the NAWA Complaint, consisting of 31 pages of German text, which I have initialed ____, have the same meanings as the statements in the English language in the original document, a copy of which I have examined and fully understood.

### Uebersetzungszertifikat:

Die Unterzeichnete, Donate von Bredow-Gardner, der Firma *Allemanik Translation & Writing Services*, erklaert hiermit unter Strafe des Meineids, folgendes:

1.  Ich beherrsche sowohl die deutsche als auch die englische Sprache fliessend;

2.  Ich bin ausgebildete Linguistin mit 31 Jahren Uebersetzungserfahrung vom Deutschen ins Englische und vom Englischen ins Deutsche, und habe das im Anhang beigefuegte Dokument mit dem Titel "NAWA Complaint" in re: NAWA USA, Inc. (Klaegerin) gegen Dr. Hans-Georg Bottler et al (Beklagte) persoenlich uebersetzt; und

3.  Nach bestem Wissen und Gewissen, haben in der aus 31 deutschen Textseiten bestehenden und von mir mit ____ abgezeichneten beigefuegten Uebersetzung des NAWA Complaints, die Angaben in Deutsch dieselbe Bedeutung wie die im Originaldokument enthaltenen englischen Angaben, welche ich ueberprueft und vollkommen verstanden habe.

Donate von Bredow-Gardner
dba Allemanik Translation & Writing Services

---

### NOTARIZATION/BEGLAUBIGUNG:

I hereby certify that on the 30th day of August, 2007, before me, the subscriber, a Notary Public of the State of Maryland in and for the County of Montgomery, personally appeared Donate von Bredow-Gardner, and made affirmation in due form of law that the matters and facts set forth in the above Translator's Declaration are true.

As witness my hand and notorial seal: _____
Derinda C. Haas, Notary Public
My commission expires: May 1, 2010

*Certification and notarization fee: $50 — Expedited mailing: add $15.00*

P.O. Box 3141, Gaithersburg, MD 20885-3141    email: allemanik@yahoo.com