# German translation of Exhibits with translator certifications (Attachment D)



**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS 66212

Telephone (913) 341-3167
Toll Free (800) 755-5775
Telefax (913) 341-3168
www.legallanguage.com

September 12, 2007
*12. September 2007*

Certification:
*Bestätigung:*

This is to certify that the attached translation from English into German is an accurate representation of the document received by this office. This document is designated as:
*Hiermit wird bestätigt, daß die beigefügte Übersetzung aus der englischen in die deutsche Sprache eine genaue Wiedergabe des von diesem Büro erhaltenen Schriftstücks ist. Das Schriftstück ist wie folgt bezeichnet:*

Request For Service Abroad Of Judicial Or Extrajudicial Documents
*Antrag Auf Zustellung Eines Gerichtlichen Oder Aussergerichtlichen Schriftstücks Im Ausland*

I, Maria Victoria Portuguez, General Manager of this company, hereby certify that Melanie Colman, who translated this document, is fluent in German and standard North American English and qualified to translate. I attest to the following:
*Ich, Maria Victoria Portuguez, Hauptgeschäftsführer/Hauptgeschäftsführerin von dieser Gesellschaft, hiermit bescheinige dass Melanie Colmen, der/die dieses Schriftstück übersetzt hat, ist fließend in den deutschen und englischen Sprachen und qualifiziert für Übersetzungen. Ich attestiere das Folgende:*

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."
*"Nach meinem besten Wissen ist der beiliegende Text eine wahre, vollständige und genaue Übersetzung des angeführten Schriftstücks."*

Signature of Maria Victoria Portuguez
*Unterschrift von Maria Victoria Portuguez*

Subscribed and sworn to before me this September 12, 2007.
*Vor mir unterzeichnet und beeidigt am 12. September 2007.*

Vicki Farron
Notary Public, State of Kansas
Qualified in Johnson County
Commission Expires December 9, 2008

*Vicki Farron
Öffentlicher Notar des Staates Kansas
Qualifiziert in Bezirk Johnson
Ermächtigung läuft am 9.dezember 2008 ab*

Sincerely,
*Hochachtungsvoll,*

Victor J. Hertz
President/*Präsident*