# Hague forms for each Central Authority for Each Defendant with Subpoenas in English and German (Attachment B)

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | CENTRAL AUTHORITY FOR BAVARIA<br>Präsidentin des Oberlandesgerichts München<br>Prielmayerstrasse 5<br>80097 München<br>GERMANY |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -en double exemplaire- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*   Peter KANZLSPERGER, *an individual*

Armin-Knab Strasse 13, 94474 Vilshofen, GERMANY

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*(a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*   Personal service in accordance with your internal
law for service of documents upon persons or entities in your territory.
Delivery in accordance with ZPO 177 & 178 requested.

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*(c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes*-with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte-et de ses annexes-avec l'attestation figurant au verso.*

SERVICE IS REQUESTED PURSUANT TO PUBLIC LAW 97-462 OF FEB. 26, 1983 WHICH AMENDED RULE 4(c)2(a) OF THE U.S. FEDERAL RULES OF CIVIL PROCEDURE.

List of documents
*Enumération des pièces*

| | |
|---|---|
| Executed "Request," in English and German, in duplicate | Done at  Leawood, Kansas, U.S.A., the 12 Sept. 2007 |
| "Certificate" (unexecuted), in English and German, in duplicate | *Fait à _____, le _____* |
| "Summary" with Attachment "A," in English and German, in duplicate | Signature and/or stamp. |
| "Notice," in English and German, in duplicate | *Signature et/ou cachet.* |
| Summons in a Civil Case, in English and German, in duplicate | |
| Complaint with Exhibits A-C, in English and German, in duplicate | *Karina Shf* |

*Delete if inappropriate
Rayer les mentions inutiles.*

1 (Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94
(Est. 11/22/77)

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1) that the document has been served \***
*1. que la demande a été exécutée*

    - the (date)
    - *le (date)* _____

    - at (place, street, number)
    - *à (locatlité, rue numéro)* _____

_____

    - in one of the following methods authorised by article 5-
    *-dans une des formes suivantes prévues à l'article 5:*

       ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.
         *a) selon les formes légales (article 5, alinéa premier, lettre a).*
       ☐ (b) in accordance with the following particular method\*:
         *b) selon la forme particulière suivante :*

_____

       ☐ (c) by delivery to the addressee, who accepted it voluntarily. \*
         *c) par remise simple*
   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*
       -(identity and description of person)
       *-(identité et qualité de la personne)* _____

_____

       -relationship to the addressee (family, business, or other):
       *-liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

_____

**2) that the document has not been served, by reason of the following facts\*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

Done at _____ , the _____
*Fait à* _____ . *le* _____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

**Signature and / or stamp.**
*Signature et / ou cachet.*

_____
_____
_____

\*Delete if inappropriate.
*Rayer les mentions inutiles.*
          2

# SUMMARY OF THE DOCUMENT TO BE SERVED
## *ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
(article 5, fourth paragraph)
*(article 5, alinéa 4)*

| | |
|---|---|
| Name and address of the requesting authority: | Karina Shreefer, Esq. |
| *Nom et adresse de l'autorité requérante :* | LEGAL LANGUAGE SERVICES |
| | 8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A. |
| | Tel. 1.913.341.3167 |

| | |
|---|---|
| Particulars of the parties*: | |
| *Identité des parties :* | NAWA USA, INC., *Plaintiff* |
| | DR. HANS-GEORG BOTTLER; FERDY EGLI; BERND STERN; PETER KANZLSPERGER; |
| | NAWA VERTRIEBS-GMBH and ALEXANDER GRUTER, *Defendants* |

## JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*   To give notice to the Defendant of the commencement of a civil claim against him,
and to summon him to answer or otherwise respond.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige :*   See Attachment "A."

Date and place for entering appearance**:
*Date et lieu de la comparution :*   Defendant is summoned and required to serve on Plaintiff's Attorney (Stephen A. Weitzman, Esq.) an Answer
to the Complaint within twenty (20) days after service of the Summons, exclusive of the day of service. Any Answer the Defendant serves on
the parties to this action must be filed within a reasonable period of time after service with the Clerk of the United States District Court,
District of Colombia located at: E. Barrett Prettyman U.S. Courthouse, 333 Connecticut Avenue, N.W., Washington, District of Columbia
20001, U.S.A.
Court which has given judgment**:
*Juridiction qui a rendu la décision :*   N/A

Date of Judgment**:
*Date de la décision :*   N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*   Defendant is summoned and required to serve on Plaintiff's Attorney (Stephen A. Weitzman, Esq.) an
Answer to the Complaint within twenty (20) days after service of the Summons, exclusive of the day of service. If Defendant fails to do so,
judgment by default will be taken against him for the relief demanded in the Complaint. Any Answer the Defendant serves on the parties to
this action must be filed with the Clerk of the Court within a reasonable period of time after service.

## EXTRAJUDICIAL DOCUMENT**
### *ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*   N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*   N/A

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
*Rayer les mentions inutiles.*

*U.S. Government Printing Office: 1990-262-211/15302

3

**Attachment "A"**
**to "Summary of the Document to be Served"**

Plaintiff NAWA USA, Inc. ("NAWA"), brings this action for breach of employment contract, fraud and deceit, theft and conversion, unfair competition and breach of fiduciary duty against the named Defendants, who are its former directors, a former officer, the German corporation which was the unlawful beneficiary of the allegedly unlawful actions of the individual Defendants, and the attorney who counseled the individual Defendants in their unlawful actions.

On January 1, 2000, Plaintiff NAWA hired Defendant Peter Kanzlsperger as Vice President and Chief Operating Officer of Plaintiff NAWA, USA. The employment contract included restrictions on the disclosure or use by said Defendant of the proprietary information of NAWA. Between January 1, 2000 and May 23, 2003, Defendant NAWA Vertriebs-GmbH was 80% owned by the Plaintiff, and acted as the manufacturing arm for the products of Plaintiff. Plaintiff alleges that prior to May 23, 2003, the individual Defendants planned a deliberate conspiracy to improperly use the funds, property and assets of Plaintiff in order to allow Defendant NAWA Vertriebs-GmbH to improperly utilize these assets for its own benefit. Although Defendants Dr. Hans-Geog Bottler, Ferdy Egli, Bernd Stern, and Peter Kanzlsperger were removed as members of the Plaintiff's Board of Directors in May 2003, and Defendant Kanzlsperger was dismissed from his office in June 2003, the Defendants continued to meet and to pass resolutions as members of the Board, allowing themselves to continue the operation of Defendant NAWA Vertriebs-GmbH to fraudulently manufacture, market, sell and profit from products that rightfully belong to Plaintiff, all to the detriment of Plaintiff and its stockholders.

Plaintiff demands judgment, jointly and severally, against the Defendants for the following relief: compensatory damages; punitive damages; interest at the legal rate from date of judgment; costs, disbursements and expenses of suit; attorneys' fees; equitable, declaratory and injunctive relief; and such other relief as the Court may order.

**NOTICE**
*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

---

Peter KANZLSPERGER, *an individual*
Armin-Knab Strasse 13
94474 Vilshofen
GERMANY

---

TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS.  LES "ÉLÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET.  IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT.  IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
U.S.A.
Tel. 1.202.682.2720

IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS.  THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE.  YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY.  IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
U.S.A.
Tel. 1.202.682.2720



**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS 662712

Telephone  (913) 341-3167
Toll Free   (800) 755-5775
Telefax    (913) 341-3168
www.legallanguage.com

September 12, 2007
*12. September 2007*

**Certification:**
*Bestätigung:*

**This is to certify that the attached translation from English into German is an accurate representation of the document received by this office.  This document is designated as:**
*Hiermit wird bestätigt, daß die beigefügte Übersetzung aus der englischen in die deutsche Sprache eine genaue Wiedergabe des von diesem Büro erhaltenen Schriftstücks ist. Das Schriftstück ist wie folgt bezeichnet:*

**Request For Service Abroad Of Judicial Or Extrajudicial Documents**
*Antrag Auf Zustellung Eines Gerichtlichen Oder Aussergerichtlichen Schriftstücks Im Ausland*

**I, Maria Victoria Portuguez, General Manager of this company, hereby certify that Melanie Colman, who translated this document, is fluent in German and standard North American English and qualified to translate. I attest to the following:**
*Ich, Maria Victoria Portuguez, Hauptgeschäftsführer/Hauptgeschäftsführerin von dieser Gesellschaft, hiermit bescheinige dass Melanie Colmen, der/die dieses Schriftstück übersetzt hat, ist fließend in den deutschen und englischen Sprachen und qualifiziert für Übersetzungen. Ich attestiere das Folgende:*

**"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."**
*"Nach meinem besten Wissen ist der beiliegende Text eine wahre, vollständige und genaue Übersetzung des angeführten Schriftstücks."*

**Signature of Maria Victoria Portuguez**
*Unterschrift von Maria Victoria Portuguez*

**Subscribed and sworn to before me this September 12, 2007.**
*Vor mir unterzeichnet und beeidigt am 12. September 2007.*

**Vicki Farron**
**Notary Public, State of Kansas**
**Qualified in Johnson County**
**Commission Expires December 9, 2008**

*Vicki Farron*
*Öffentlicher Notar des Staates Kansas*
*Qualifiziert in Bezirk Johnson*
*Ermächtigung läuft am 9.dezember 2008 ab*

**Sincerely,**
*Hochachtungsvoll,*

**Victor J. Hertz**
**President/*Präsident***

**ANTRAG**

**AUF ZUSTELLUNG EINES GERICHTLICHEN ODER AUSSERGERICHTLICHEN
SCHRIFTSTÜCKS IM AUSLAND**

**REQUEST**

**FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Übereinkommen über die Zustellung gerichtlicher und aussergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssa-
chen, unterzeichnet in Den Haag am 15. November 1965.

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Bezeichnung und Anschrift der ersuchenden Stelle<br>Identity and address of the applicant<br>*Identité et adresse du requérant* | Anschrift der Bestimmungsbehörde<br>Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| RA Karina Shreefer<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>VEREINIGTE STAATEN VON AMERIKA<br>Tel. 1.913.341.3167 | ZENTRALBEHÖRDE FÜR BAYERN<br>Präsidentin des Oberlandesgerichts München<br>Prielmayerstrasse 5<br>D-80097 München<br>DEUTSCHLAND |

Die ersuchende Stelle beehrt sich, der Bestimmungsbehörde – in zwei Stücken – die unten angegebenen Schriftstücke mit der Bitte zu übersenden, davon nach
Artikel 5 des Übereinkommens ein Stück unverzüglich dem Empfänger zustellen zu lassen, nämlich
(Name und Anschrift)

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -en double exemplaire- à l'autorité destinataire les documents ci-dessous énumérés,
en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)    Peter KANZLSPERGER, eine Einzelperson

Armin-Knab Strasse 13, 94474 Vilshofen, DEUTSCHLAND

☐  (a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a)*
     (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *(a) selon les formes légales (article 5, alinéa premier, lettre a).**

☒  (b) in der folgenden besonderen Form (Artikel 5 Absatz 1 Buchstabe b)* :
     (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :*   Persönliche Zustellung in Übereinstimmung mit Ihren internen
     Gesetzen für die Zustellung von Dokumenten an Personen oder Rechtsträger innerhalb Ihres Staatsgebiets.
     Zustellung in Übereinstimmung mit ZPO 177 und 178 beantragt.

☐  (c) gegebenenfalls durch einfache Übergabe (Artikel 5 Absatz 2)*
     (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *(c) le cas échéant, par remise simple (article 5, alinéa 2)*.*

Die Behörde wird gebeten, der ersuchenden Stelle ein Stück des Schriftstücks – und seiner Anlagen* - mit dem Zustellungszeugnis auf der Rückseite
zurückzusenden oder zurücksenden zu lassen.

The authority is requested to return or to have returned to the applicant a copy of the documents -and of the annexes*- with a certificate
as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte – et de ses annexes -avec l'attestation
figurant au verso.*

ZUSTELLUNG BEANTRAGT GEMÄSS GESETZ 97-462 VOM 26. FEB. 1983, WELCHES REGEL 4(c)2(a) DER U.S.
BUNDESZIVILPROZESSORDNUNG ERGÄNZT.

Verzeichnis der Schriftstücke
List of documents
*Enumération des pièces*

Ausgefüllter „Zustellungsantrag", in Englisch und Deutsch, in doppelter Ausführung

„Bescheinigung" (nicht ausgefüllt), in Englisch und Deutsch, in doppelter    Ausgefertigt in _____, am _____

ZUSTELLUNGSZEUGNIS
**CERTIFICATE**
*ATTESTATION*

Die unterzeichnete Behörde beehrt sich, nach Artikel des Übereinkommens zu bescheinigen,
**The undersigned authority has the honour to c      , in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1. dass der Antrag erledigt worden ist*
**1) that the document has been served ***
*1. que la demande a été exécutée**

- am (Datum)
- **the (date)**
- *le (date)* _____

- in (Ort, Strasse, Nummer)
- **at (place, street, number)**
- *à (locatilté, rue numéro)* _____

- in einer der folgenden Formen nach Artikel 5:
- **in one of the following methods authorised by article 5:**
- *dans une des formes suivantes prévues à l'article 5:*

☐ a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a).*
**(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
*a) selon les formes légales (article 5, alinéa premier, lettre a).* *

☐ b) in der folgenden besonderen Form:*
**(b) in accordance with the following particular method*:**
*b) selon la forme particulière suivante :* * _____

☐ c) durch einfache Übergabe.*
**(c) by delivery to the addressee, who accepted it voluntarily. ***
*c) par remise simple.* *

Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*

-(name und Stellung der Person)
-**(identity and description of person)**
-*(identité et qualité de la personne)* _____

-Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:
-**relationship to the addressee (family, business, or other):**
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

2. dass der Antrag aus folgenden Gründen nicht erledigt werden konnte:*
**2) that the document has not been served, by reason of the following facts*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:**

_____
_____
_____
_____

Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten*.
**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

Anlagen
**Annexes**
*Annexes*
Zurückgesandte Schriftstücke:
**Documents returned:**

ANGABEN ÜBER DEN WESENTLICHEN INHALT DES ZUZUSTELLENDEN SCHRIFTSTÜCKS
## SUMMARY OF THE DOCUMENT TO BE SERVED
### ELEMENTS ESSENTIELS DE L'ACTE

Übereinkommen über die Zustellung gerichtlicher und aussergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssa-
chen, unterzeichnet in Den Haag am 15 November 1965.
**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.**
*Convention relative à la signification et à la notification à l'étranger des actes judiciares et extrajudiciares
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(Artikel 5, Absatz 4)
**(article 5, fourth paragraph)**
*(article 5, alinéa 4)*

---

Bezeichnung und Anschrift der ersuchenden Stelle :
**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante :*   RA Karina Shreefer
LEGAL LANGUAGE SERVICES
8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.
Tel. 1.913.341.3167

---

Bezeichnung der Parteien*:
**Particulars of the parties*:**
*Identité des parties*:*   NAWA USA, INC., *Klägerin*
DR. HANS-GEORG BOTTLER; FERDY EGLI; BERND STERN; PETER KANZLSPERGER;
NAWA VERTRIEBS-GMBH and ALEXANDER GRUTER, *Beklagte*

---

## GERICHTLICHES SCHRIFTSTÜCK**
## JUDICIAL DOCUMENT**
### ACTE JUDICIAIRE**

Art und Gegenstand des Schriftstücks:
**Nature and purpose of the document:**
*Nature et objet de l'acte :*   Benachrichtigung des Beklagten, dass eine Zivilklage gegen ihn angestrengt wurde
und Ladung desselben zur Einreichung einer Klageerwiderung oder anderweitigen Stellungnahme.

---

Art und Gegenstand des Verfahrens, gegebenenfalls Betrag der geltend gemachten Forderung:
**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :*   Siehe Anhang „B"

---

Termin und Ort für die Einlassung auf das Verfahren**:
**Date and place for entering appearance**:**
*Date et lieu de la comparution** :*   Der Beklagte wird vorgeladen und hat dem Anwalt des Klägers (RA Stephen A. Weitzman) innerhalb von
zwanzig (20) Tagen nach Zustellung der Vorladung, den Tag der Zustellung nicht gerechnet, eine Erwiderung auf die Klageschrift
zuzustellen. Jede Erwiderung, die der Kläger den Parteien in diesem Verfahren zustellt, muss innerhalb einer angemessenen Frist nach der
Zustellung auch beim Justizbeamten des Bezirksgerichts der Vereinigten Staaten, District of Columbia, unter der Anschrift E. Barrett
Prettyman U.S. Courthouse, 333 Connecticut Avenue, N,W., Washington, District of Columbia 20001, USA eingereicht werden.
Gericht, das die Entscheidung erlassen hat**:
**Court which has given judgement**:**
*Juridiction qui a rendu la decision** :*   Nicht zutreffend

---

Datum der Entscheidung**:
**Date of judgement**:**
*Date de la décision** :*   Nicht zutreffend

---

Im Schriftstück vermerkte Fristen**:
**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte**:*   Der Beklagte wird vorgeladen und hat dem Anwalt des Klägers (RA Stephen A. Weitzman) innerhalb
von zwanzig (20) Tagen nach Zustellung der Vorladung, den Tag der Zustellung nicht gerechnet, eine Erwiderung auf die Klageschrift
zuzustellen. Falls der Beklagte dem nicht nachkommt, ergeht gegen ihn ein Säumnisurteil, in dem dem Klageantrag stattgegeben wird. Jede
Erwiderung, die der Kläger den Parteien in diesem Verfahren zustellt, muss innerhalb einer angemessenen Frist nach der Zustellung auch beim
Justizbeamten des Gerichts eingereicht werden.

## AUSSERGERICHTLICHES SCHRIFTSTÜCK**
## EXTRAJUDICIAL DOCUMENT**
### ACTE EXTRAJUDICIAIRE**

Art und Gegenstand des Schriftstücks :
**Nature and purpose of the document:**
*Nature et objet de l'acte :*   Nicht zutreffend

Anhang „A"
zu „Zusammenfassung der zuzustellenden Unternehmen"

Der Kläger NAWA USA, Inc. („NAWA") reicht diese Klage wegen des Bruchs eines Anstellungsvertrags, Betrug und Täuschung, Diebstahl und Unterschlagung, unlauterem Wettbewerb und Verstoß gegen Treuepflichten gegen die benannten Beklagten ein, die seine ehemaligen Direktoren waren, gegen einen ehemaligen leitenden Angestellten, gegen ein deutsches Unternehmen, das der widerrechtliche Begünstigte der behauptungsgemäß widerrechtlichen Handlungen der Einzelpersonenbeklagten war, sowie gegen den Anwalt ein, der die Einzelpersonenbeklagen bei ihren widerrechtlichen Handlungen beriet.

Am 1. Januar 2000 stellte der Kläger NAWA den Beklagten Peter Kanzlsperger als Vizepräsident und Chief Operating Officer [A.d.Ü.: etwa: Geschäftsführer für das operative Geschäft] des Klägers NAWA, USA ein. Der Anstellungsvertrag enthielt Beschränkungen hinsichtlich der Weitergabe bzw. Nutzung der unternehmenseigenen Informationen von NAWA seitens des besagten Beklagten. Zwischen dem 1. Januar 2000 und dem 23. Mai 2003 war der Kläger Eigentümer von 80% der Geschäftsanteile des Beklagten NAWA Vertriebs-GmbH und NAWA Vertriebs-GmbH handelte als Fertiger der Produkte des Klägers. Der Kläger behauptet, dass die Einzelpersonen-Beklagten vor dem 23. Mai 2003 eine wohlüberlegte Verschwörung planten, um die Gelder, das Eigentum und Vermögen des Klägers unzulässig zu nutzen, um dem Beklagten NAWA Vertriebs-GmbH zu erlauben, dieses Vermögen unzulässig zu seinem eigenen Vorteil zu nutzen. Obwohl die Beklagten Dr. Hand-Georg Bottler, Ferdy Egli, Bernd Stern und Peter Kanzlsperger im Mai 2003 aus dem Verwaltungsrat des Klägers abberufen wurden und der Beklagte Kanzlsperger im Juni 2006 aus seinem Amt entlassen wurde, trafen sich die Beklagten weiterhin und trafen weiterhin Entscheidungen als Mitglieder des Verwaltungsrats, wodurch sie es sich ermöglichten die Geschäftstätigkeit des Beklagten NAWA Vertriebs-GmbH fortzusetzen, um Produkte betrügerisch herzustellen, zu vermarkten, zu verkaufen und von ihnen zu profitieren, die rechtmäßig dem Kläger gehören, alles zum Nachteil des Klägers und seiner Gesellschafter.

Der Kläger beantragt ein einzel- und gesamtschuldnerisches Urteil gegen die Beklagten auf die folgenden Abhilfen: ausgleichender Schadensersatz; Strafschadensersatz; gesetzlich zulässige Zinsen ab dem Tag der Urteilsverkündung; Kosten, Auslagen und Aufwendungen des Verfahrens; Anwaltshonorare; billigkeitsrechtliche, feststellende und Unterlassungsabhilfen sowie solche anderen Abhilfen, die das Gericht anordnen kann.



## NOTICE

*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

Name und Anschrift des Empfängers
**identity and address of the addressee**
*identité et adresse du destinataire*

---

Peter KANZLSPERGER, *eine Einzelperson*
Armin-Knab Strasse 13
94474 Vilshofen
DEUTSCHLAND

---

### SEHR WICHTIG

DAS BEILIEGENDE SCHRIFTSTÜCK IST RECHTLICHER ART UND KANN IHRE RECHTE UND PFLICHTEN BERÜHREN. DIE "ANGABEN ÜBER DEN WESENTLICHEN INHALT DES ZUZUSTELLENDEN SCHRIFTSTÜCKS" GEBEN IHNEN EINIGE AUSKÜNFTE ÜBER DESSEN NATUR UND GEGENSTAND. ES IST DENNOCH UNERLÄSSLICH, DEN TEXT DES SCHRIFTSTÜCKES SELBER AUFMERKSAM ZU LESEN. ES KANN AUCH NÖTIG SEIN, HIERÜBER EINE RECHTSAUSKUNFT ZU VERLANGEN.

FALLS IHRE FINANZIELLEN MITTEL DAFÜR NICHT AUSREICHEN, ERKUNDIGEN SIE SICH ÜBER DIE MÖGLICHKEITEN DER UNTENTGELTLICHEN RECHTSHILFE UND DER UNENTGELTLICHEN RECHTSBERATUNG, UND ZWAR ENTWEDER IN IHREM LAND ODER IM HERKUNFTSLAND DIESES SCHRIFTSTÜCKS.

AUSKUNFTSBEGEHREN ÜBER DIE MÖGLICHKEITEN DER UNENTGELTLICHEN RECHTSHILFE ODER DER UNTENTGELTLICHEN RECHTSBERATUNG KÖNNEN IM HERKUNFTSLAND DIESES SCHRIFTSTÜCKS GERICHTET WERDEN AN:

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
VEREINIGTE STAATEN VON AMERIKA
Tel. 1.202.682.2720

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
VEREINIGTE STAATEN VON AMERIKA
Tel. 1.202.682.2720

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | CENTRAL AUTHORITY FOR SCHLESWIG-HOLSTEIN<br>Der Justizminister des Landes Schleswig-Holstein<br>Lorentzendamm 35<br>24103 Kiel<br>GERMANY |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (Identity and address)
*Le requérant soussigné a l'honneur de faire parvenir-en double exemplaire-à l'autorité destinataire les documents ci-dessous énumérés,*
*en le priant conformément à l'article 5 de la Convention précité, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*     Dr. Hans-Georg BOTTLER, *an individual*
                     Krueckauweg 3, 25335 Elmshorn, GERMANY

☐   (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *(a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒   (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*   Personal service in accordance with your internal
law for service of documents upon persons or entities in your territory.
    Delivery in accordance with ZPO 177 & 178 requested.

☐   (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
    *(c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes*--with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte-et de ses annexes-avec l'attestation figurant au verso.*

SERVICE IS REQUESTED PURSUANT TO PUBLIC LAW 97-462 OF FEB. 26, 1983 WHICH AMENDED RULE 4(c)2(a) OF THE U.S. FEDERAL RULES OF CIVIL PROCEDURE.

List of documents
*Enumération des pièces*

| | |
|---|---|
| Executed "Request," in English and German, in duplicate | |
| "Certificate" (unexecuted), in English and German, in duplicate | Done at Leawood, Kansas, U.S.A., the 12 Sept. 2007 |
| "Summary" with Attachment "A," in English and German, in duplicate | *Fait à _____, le _____* |
| "Notice," in English and German, in duplicate | Signature and/or stamp. |
| Summons in a Civil Case, in English and German, in duplicate | *Signature et/ou cachet.* |
| Complaint with Exhibits A-C, in English and German, in duplicate | |

*Karina Shf* (signature)

*Delete if inappropriate
Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94
(Est. 11/22/77)

**CERTIFICATE**

*ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1) that the document has been served \***

*1. que la demande a été exécutée*

- **the (date)**
- *le (date)* _____
- **at (place, street, number)**
- *à (locatlité, rue numéro)* _____

- **in one of the following methods authorised by article 5-**
- *-dans une des formes suivantes prévues à l'article 5:*
    - ☐ **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
       *a) selon les formes légales (article 5, alinéa premier, lettre a).*
    - ☐ **(b) in accordance with the following particular method\*:**
       *b) selon la forme particulière suivante :* _____

    - ☐ **(c) by delivery to the addressee, who accepted it voluntarily. \***
       *c) par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*

- **(identity and description of person)**
- *(identité et qualité de la personne)* _____

- **relationship to the addressee (family, business, or other):**
- *-liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

**2) that the document has not been served, by reason of the following facts\*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'execution:*

_____
_____

**Done at** _____ **, the** _____

*Fait à* _____ *, le* _____

**Signature and / or stamp.**
*Signature et / ou cachet.*

## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares*
*en matière civile ou commerciale, signé à La Haye, le 15 Novembre 1965.*
(article 5, fourth paragraph)
*(article 5, alinéa 4)*

| | |
|---|---|
| Name and address of the requesting authority: | Karina Shreefer, Esq. |
| *Nom et adresse de l'autorité requérante :* | LEGAL LANGUAGE SERVICES |
| | 8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A. |
| | Tel. 1.913.341.3167 |

Particulars of the parties*:
*Identité des parties :*   NAWA USA, INC., *Plaintiff*

DR. HANS-GEORG BOTTLER; FERDY EGLI; BERND STERN; PETER KANZLSPERGER;

NAWA VERTRIEBS-GMBH and ALEXANDER GRUTER, *Defendants*

### JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*   To give notice to the Defendant of the commencement of a civil claim against him,
and to summon him to answer or otherwise respond.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige :*   See Attachment "A."

Date and place for entering appearance**:
*Date et lieu de la comparution :*   Defendant is summoned and required to serve on Plaintiff's Attorney (Stephen A. Weitzman, Esq.) an Answer
to the Complaint within twenty (20) days after service of the Summons, exclusive of the day of service.  Any Answer the Defendant serves on
the parties to this action must be filed within a reasonable period of time after service with the Clerk of the United States District Court,
District of Colombia located at: E. Barrett Prettyman U.S. Courthouse, 333 Connecticut Avenue, N.W., Washington, District of Columbia
20001, U.S.A.
Court which has given judgment**:
*Juridiction qui a rendu la décision :*   N/A

Date of judgment**:
*Date de la décision :*   N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*   Defendant is summoned and required to serve on Plaintiff's Attorney (Stephen A. Weitzman, Esq.) an
Answer to the Complaint within twenty (20) days after service of the Summons, exclusive of the day of service.  If Defendant fails to do so,
judgment by default will be taken against him for the relief demanded in the Complaint.  Any Answer the Defendant serves on the parties to
this action must be filed with the Clerk of the Court within a reasonable period of time after service.

### EXTRAJUDICIAL DOCUMENT**
### *ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*   N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*   N/A

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
   *Rayer les mentions inutiles.*

\*U.S. Government Printing Office: 1990-262-311/15302

3

**Attachment "A"**
**to "Summary of the Document to be Served"**

Plaintiff NAWA USA, Inc. ("NAWA"), brings this action for breach of employment contract, fraud and deceit, theft and conversion, unfair competition and breach of fiduciary duty against the named Defendants, who are its former directors, a former officer, the German corporation which was the unlawful beneficiary of the allegedly unlawful actions of the individual Defendants, and the attorney who counseled the individual Defendants in their unlawful actions.

On January 1, 2000, Plaintiff NAWA hired Defendant Peter Kanzlsperger as Vice President and Chief Operating Officer of Plaintiff NAWA, USA. The employment contract included restrictions on the disclosure or use by said Defendant of the proprietary information of NAWA. Between January 1, 2000 and May 23, 2003, Defendant NAWA Vertriebs-GmbH was 80% owned by the Plaintiff, and acted as the manufacturing arm for the products of Plaintiff. Plaintiff alleges that prior to May 23, 2003, the individual Defendants planned a deliberate conspiracy to improperly use the funds, property and assets of Plaintiff in order to allow Defendant NAWA Vertriebs-GmbH to improperly utilize these assets for its own benefit. Although Defendants Dr. Hans-Geog Bottler, Ferdy Egli, Bernd Stern, and Peter Kanzlsperger were removed as members of the Plaintiff's Board of Directors in May 2003, and Defendant Kanzlsperger was dismissed from his office in June 2003, the Defendants continued to meet and to pass resolutions as members of the Board, allowing themselves to continue the operation of Defendant NAWA Vertriebs-GmbH to fraudulently manufacture, market, sell and profit from products that rightfully belong to Plaintiff, all to the detriment of Plaintiff and its stockholders.

Plaintiff demands judgment, jointly and severally, against the Defendants for the following relief: compensatory damages; punitive damages; interest at the legal rate from date of judgment; costs, disbursements and expenses of suit; attorneys' fees; equitable, declaratory and injunctive relief; and such other relief as the Court may order.

**NOTICE**
*(recommended by the Fourteenth Session of*
*Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

---

Dr. Hans-Georg BOTTLER, *an individual*
Krueckauweg 3
25335 Elmshorn
GERMANY

---

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
U.S.A.
Tel. 1.202.682.2720

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
U.S.A.
Tel. 1.202.682.2720

**ANTRAG**
## AUF ZUSTELLUNG EINES GERICHTLICHEN ODER AUSSERGERICHTLICHEN SCHRIFTSTÜCKS IM AUSLAND

**REQUEST**
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
### *AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Übereinkommen über die Zustellung gerichtlicher und aussergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssachen, unterzeichnet in Den Haag am 15. November 1965.

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matierè civile ou commerciale, signé à La Haye, le 15 Novembre 1965.*

| Bezeichnung und Anschrift der ersuchenden Stelle<br>**Identity and address of the applicant**<br>*Identité et adresse du requérant* | Anschrift der Bestimmungsbehörde<br>**Address of receiving authority**<br>*Adresse de l'autorité destinataire* |
|---|---|
| RA Karina Shreefer<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>VEREINIGTE STAATEN VON AMERIKA<br>Tel. 1.913.341.3167 | ZENTRALBEHÖRDE FÜR SCHLESWIG-HOLSTEIN<br>Der Justizminister des Landes Schleswig-Holstein<br>Lorentzendamm 35<br>24103 Kiel<br>DEUTSCHLAND |

Die ersuchende Stelle beehrt sich, der Bestimmungsbehörde – in zwei Stücken – die unten angegebenen Schriftstücke mit der Bitte zu übersenden, davon nach Artikel 5 des Übereinkommens ein Stück unverzüglich dem Empfänger zustellen zu lassen, nämlich

    (Name und Anschrift)

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,

    (Identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -en double exemplaire- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

    *(identité et adresse)*    Dr. Hans-Georg BOTTLER, *eine Einzelperson*

        Krueckauweg 3, 25335 Elmshorn, DEUTSCHLAND

---

☐  ~~(a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a)*.~~
    ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*~~
    ~~(a) selon les formes légales (article 5, alinéa premier, lettre a).*~~

☒  (b) in der folgenden besonderen Form (Artikel 5 Absatz 1 Buchstabe b)* :
    (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :*   Persönliche Zustellung in Übereinstimmung mit Ihren internen
    Gesetzen für die Zustellung von Dokumenten an Personen oder Rechtsträger innerhalb Ihres Staatsgebiets.
    Zustellung in Übereinstimmung mit ZPO 177 und 178 beantragt.

☐  ~~(c) gegebenenfalls durch einfache Übergabe (Artikel 5 Absatz 2)*.~~
    ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.~~
    ~~(c) le cas échéant, par remise simple (article 5, alinéa 2)*.~~

Die Behörde wird gebeten, der ersuchenden Stelle ein Stück des Schriftstücks – und seiner Anlagen* - mit dem Zustellungszeugnis auf der Rückseite zurückzusenden oder zurücksenden zu lassen.

The authority is requested to return or to have returned to the applicant a copy of the documents -and of the annexes*- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte – et de ses annexes -avec l'attestation figurant au verso.*

**ZUSTELLUNG BEANTRAGT GEMÄSS GESETZ 97-462 VOM 26. FEB. 1983, WELCHES REGEL 4(c)2(a) DER U.S. BUNDESZIVILPROZESSORDNUNG ERGÄNZT.**

Verzeichnis der Schriftstücke
List of documents
*Enumération des pièces*

| Ausgefüllter „Zustellungsantrag", in Englisch und Deutsch, in doppelter Ausführung | |
|---|---|
| „Bescheinigung" (nicht ausgefüllt), in Englisch und Deutsch, in doppelter | Ausgefertigt in _____, am |

ZUSTELLUNGSZEUGNIS
**CERTIFICATE**
*ATTESTATION*

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
**The undersigned authority has the honour to ~~r~~, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester con~~ ~~ment à l'article 6 de ladite Convention,*

1. dass der Antrag erledigt worden ist*
**1) that the document has been served ***
*1. que la demande a été exécutée\**

    - am (Datum)
    **- the (date)**
    *- le (date)*   _____

    - in (Ort, Strasse, Nummer)
    **- at (place, street, number)**
    *- à (locatlité, rue numéro)*  _____

    _____

    - in einer der folgenden Formen nach Artikel 5:
    **- in one of the following methods authorised by article 5:**
    *-dans une des formes suivantes prévues à l'article 5:*

        ☐ a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a).*
            **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
            *a) selon les formes légales (article 5, alinéa premier, lettre a).\**

        ☐ b) in der folgenden besonderen Form:*
            **(b) in accordance with the following particular method\*:**
            *b) selon la forme particulière suivante :\**  _____

            _____

        ☐ c) durch einfache Übergabe.*
            **(c) by delivery to the addressee, who accepted it voluntarily. ***
            *c) par remise simple.\**

    Die in dem Antrag erwähnten Schriftst:ucke sind übergeben worden an:
    **The documents referred to in the request have been delivered to:**
    *Les documents mentionnés dans la demande ont été remis à:*

        -(name und Stellung der Person)
        **-(identity and description of person)**
        *-(identité et qualité de la personne)*  _____

        _____

        -Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:
        **-relationship to the addressee (family, business, or other):**
        *-liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*  _____

        _____

2. dass der Antrag aus folgenden Gründen nicht erledigt werden konnte:*
**2) that the document has not been served, by reason of the following facts\*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:\**

_____

_____
_____

Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im
einzelnen angegeben sind, zu zahlen oder zu erstatten*.
**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse
the expenses detailed in the attached statement\*.**
*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le
détail figure au mémoire ci-joint\*.*

Anlagen
**Annexes**
*Annexes*
Zurückgesandte Schriftstücke:
**Documents returned:**
*Piéces renvoyées:*

ANGABEN ÜBER DEN WE. .NTLICHEN INHALT DES ZUZUSTELL. .DEN SCHRIFTSTÜCKS

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ELEMENTS ESSENTIELS DE L'ACTE

Übereinkommen über die Zustellung gerichtlicher und aussergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssa-  
en, unterzeichnet in Den Haag am 15 November 1965.  
Convention on the ..rvice abroad of judicial and extrajudicial documents in .. or commercial  
matters, signed at The Hague, November 15, 1965.  
Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciaires  
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.

(Artikel 5, Absatz 4)  
(article 5, fourth paragraph)  
(article 5, alinéa 4)

Bezeichnung und Anschrift der ersuchenden Stelle :  
Name and address of the requesting authority:  NO  RA Karina Shreefer  
Nom et adresse de l'autorité requérante :  LEGAL LANGUAGE SERVICES  
8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.  
Tel. 1.913.341.3167

Bezeichnung der Parteien*:  
Particulars of the parties*:  
Identité des parties*:  NAWA USA, INC., Klägerin  
DR. HANS-GEORG BOTTLER; FERDY EGLI; BERND STERN; PETER KANZLSPERGER;  
NAWA VERTRIEBS-GMBH and ALEXANDER GRUTER, Beklagte

## GERICHTLICHES SCHRIFTSTÜCK**
### JUDICIAL DOCUMENT**
#### ACTE JUDICIAIRE**

Art und Gegenstand des Schriftstücks:  
Nature and purpose of the document:  
Nature et objet de l'acte :  Benachrichtigung des Beklagten, dass eine Zivilklage gegen ihn angestrengt wurde  
und Ladung desselben zur Einreichung einer Klageerwiderung oder anderweitigen Stellungnahme.

Art und Gegenstand des Verfahrens, gegebenenfalls Betrag der geltend gemachten Forderung:  
Nature and purpose of the proceedings and, where appropriate, the amount in dispute:  
Nature et objet de l'instance, le cas échéant, le montant du litige :  Siehe Anhang „B"

Termin und Ort für die Einlassung auf das Verfahren**:  
Date and place for entering appearance**:  
Date et lieu de la comparution** :  Der Beklagte wird vorgeladen und hat dem Anwalt des Klägers (RA Stephen A. Weitzman) innerhalb von  
zwanzig (20) Tagen nach Zustellung der Vorladung, den Tag der Zustellung nicht gerechnet, eine Erwiderung auf die Klageschrift  
zuzustellen. Jede Erwiderung, die der Kläger den Parteien in diesem Verfahren zustellt, muss innerhalb einer angemessenen Frist nach der  
Zustellung auch beim Justizbeamten des Bezirksgerichts der Vereinigten Staaten, District of Columbia, unter der Anschrift E. Barrett  
Prettyman U.S. Courthouse, 333 Connecticut Avenue, N.W., Washington, District of Columbia 20001, USA eingereicht werden.  
Gericht, das die Entscheidung erlassen hat**:  
Court which has given judgement**:  
Juridiction qui a rendu la décision** :  Nicht zutreffend

Datum der Entscheidung**:  
Date of judgement**:  
Date de la décision** :  Nicht zutreffend

Im Schriftstück vermerkte Fristen**:  
Time limits stated in the document**:  
Indication des délais figurant dans l'acte** :  Der Beklagte wird vorgeladen und hat dem Anwalt des Klägers (RA Stephen A. Weitzman) innerhalb  
von zwanzig (20) Tagen nach Zustellung der Vorladung, den Tag der Zustellung nicht gerechnet, eine Erwiderung auf die Klageschrift  
zuzustellen. Falls der Beklagte dies nicht nachkommt, ergeht gegen ihn ein Säumnisurteil, in dem dem Klageantrag stattgegeben wird. Jede  
Erwiderung, die der Kläger den Parteien in diesem Verfahren zustellt, muss innerhalb einer angemessenen Frist nach der Zustellung auch beim  
Justizbeamten des Gerichts eingereicht werden.

## AUSSERGERICHTLICHES SCHRIFTSTÜCK**
### EXTRAJUDICIAL DOCUMENT**
#### ACTE EXTRAJUDICIAIRE**

Art und Gegenstand des Schriftstücks :  
Nature and purpose of the document:  
Nature et objet de l'acte :  Nicht zutreffend

**Anhang „A"**

**zu „Zusammenfassung der zuzustellenden Unterlagen"**

Der Kläger NAWA USA, Inc. („NAWA") reicht diese Klage wegen des Bruchs eines Anstellungsvertrags, Betrug und Täuschung, Diebstahl und Unterschlagung, unlauterem Wettbewerb und Verstoß gegen Treuepflichten gegen die benannten Beklagten ein, die seine ehemaligen Direktoren waren, gegen einen ehemaligen leitenden Angestellten, gegen ein deutsches Unternehmen, das der widerrechtliche Begünstigte der behauptungsgemäß widerrechtlichen Handlungen der Einzelpersonenbeklagten war, sowie gegen den Anwalt ein, der die Einzelpersonenbeklagen bei ihren widerrechtlichen Handlungen beriet.

Am 1. Januar 2000 stellte der Kläger NAWA den Beklagten Peter Kanzlsperger als Vizepräsident und Chief Operating Officer [A.d.Ü.: etwa: Geschäftsführer für das operative Geschäft] des Klägers NAWA, USA ein. Der Anstellungsvertrag enthielt Beschränkungen hinsichtlich der Weitergabe bzw. Nutzung der unternehmenseigenen Informationen von NAWA seitens des besagten Beklagten. Zwischen dem 1. Januar 2000 und dem 23. Mai 2003 war der Kläger Eigentümer von 80% der Geschäftsanteile des Beklagten NAWA Vertriebs-GmbH und NAWA Vertriebs-GmbH handelte als Fertiger der Produkte des Klägers. Der Kläger behauptet, dass die Einzelpersonen-Beklagten vor dem 23. Mai 2003 eine wohlüberlegte Verschwörung planten, um die Gelder, das Eigentum und Vermögen des Klägers unzulässig zu nutzen, um dem Beklagten NAWA Vertriebs-GmbH zu erlauben, dieses Vermögen unzulässig zu seinem eigenen Vorteil zu nutzen. Obwohl die Beklagten Dr. Hand-Georg Bottler, Ferdy Egli, Bernd Stern und Peter Kanzlsperger im Mai 2003 aus dem Verwaltungsrat des Klägers abberufen wurden und der Beklagte Kanzlsperger im Juni 2006 aus seinem Amt entlassen wurde, trafen sich die Beklagten weiterhin und trafen weiterhin Entscheidungen als Mitglieder des Verwaltungsrats, wodurch sie es sich ermöglichten die Geschäftstätigkeit des Beklagten NAWA Vertriebs-GmbH fortzusetzen, um Produkte betrügerisch herzustellen, zu vermarkten, zu verkaufen und von ihnen zu profitieren, die rechtmäßig dem Kläger gehören, alles zum Nachteil des Klägers und seiner Gesellschafter.

Der Kläger beantragt ein einzel- und gesamtschuldnerisches Urteil gegen die Beklagten auf die folgenden Abhilfen: ausgleichender Schadensersatz; Strafschadensersatz; gesetzlich zulässige Zinsen ab dem Tag der Urteilsverkündung; Kosten, Auslagen und Aufwendungen des Verfahrens; Anwaltshonorare; billigkeitsrechtliche, feststellende und Unterlassungsabhilfen sowie solche anderen Abhilfen, die das Gericht anordnen kann.

**NOTICE**
*(recommended by the Fourteenth Session of*
*Hague Conference of October, 1980)*

 Name und Anschrift des Empfängers
**identity and address of the addressee**
*identité et adresse du destinataire* 

---

Dr. Hans-Georg BOTTLER, *eine Einzelperson*
Krueckauweg 3
25335 Elmshorn
**DEUTSCHLAND**

---

**SEHR WICHTIG**

DAS BEILIEGENDE SCHRIFTSTÜCK IST RECHTLICHER ART UND KANN IHRE RECHTE UND PFLICHTEN BERÜHREN. DIE "ANGABEN ÜBER DEN WESENTLICHEN INHALT DES ZUZUSTELLENDEN SCHRIFTSTÜCKS" GEBEN IHNEN EINIGE AUSKÜNFTE ÜBER DESSEN NATUR UND GEGENSTAND. ES IST DENNOCH UNERLÄSSLICH, DEN TEXT DES SCHRIFTSTÜCKES SELBER AUFMERKSAM ZU LESEN. ES KANN AUCH NÖTIG SEIN, HIERÜBER EINE RECHTSAUSKUNFT ZU VERLANGEN.

FALLS IHRE FINANZIELLEN MITTEL DAFÜR NICHT AUSREICHEN, ERKUNDIGEN SIE SICH ÜBER DIE MÖGLICHKEITEN DER UNENTGELTLICHEN RECHTSHILFE UND DER UNENTGELTLICHEN RECHTSBERATUNG, UND ZWAR ENTWEDER IN IHREM LAND ODER IM HERKUNFTSLAND DIESES SCHRIFTSTÜCKS.

AUSKUNFTSBEGEHREN ÜBER DIE MÖGLICHKEITEN DER UNENTGELTLICHEN RECHTSHILFE ODER DER UNENTGELTLICHEN RECHTSBERATUNG KÖNNEN IM HERKUNFTSLAND DIESES SCHRIFTSTÜCKS GERICHTET WERDEN AN:

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
**VEREINIGTE STAATEN VON AMERIKA**
Tel. 1.202.682.2720

---

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:
Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
**VEREINIGTE STAATEN VON AMERIKA**
Tel. 1.202.682.2720

---

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.



**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS 66212 712

Telephone (913) 341-3167
Toll Free (800) 755-5775
Telefax (913) 341-3168
www.legallanguage.com



September 12, 2007
*12. September 2007*

Certification:
*Bestätigung:*

This is to certify that the attached translation from English into German is an accurate representation of the document received by this office. This document is designated as:
*Hiermit wird bestätigt, daß die beigefügte Übersetzung aus der englischen in die deutsche Sprache eine genaue Wiedergabe des von diesem Büro erhaltenen Schriftstücks ist. Das Schriftstück ist wie folgt bezeichnet:*

### Request For Service Abroad Of Judicial Or Extrajudicial Documents
*Antrag Auf Zustellung Eines Gerichtlichen Oder Aussergerichtlichen Schriftstücks Im Ausland*

I, Maria Victoria Portuguez, General Manager of this company, hereby certify that Melanie Colman, who translated this document, is fluent in German and standard North American English and qualified to translate. I attest to the following:
*Ich, Maria Victoria Portuguez, Hauptgeschäftsführer/Hauptgeschäftsführerin von dieser Gesellschaft, hiermit bescheinige dass Melanie Colmen, der/die dieses Schriftstück übersetzt hat, ist fließend in den deutschen und englischen Sprachen und qualifiziert für Übersetzungen. Ich attestiere das Folgende:*

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."
*"Nach meinem besten Wissen ist der beiliegende Text eine wahre, vollständige und genaue Übersetzung des angeführten Schriftstücks."*

_____

Signature of Maria Victoria Portuguez
*Unterschrift von Maria Victoria Portuguez*

Subscribed and sworn to before me this September 12, 2007.
*Vor mir unterzeichnet und beeidigt am 12. September 2007.*

_____

Vicki Farron
Notary Public, State of Kansas
Qualified in Johnson County
Commission Expires December 9, 2008

*Vicki Farron*
*Öffentlicher Notar des Staates Kansas*
*Qualifiziert in Bezirk Johnson*
*Ermächtigung läuft am 9.dezember 2008 ab*

Sincerely,
*Hochachtungsvoll,*

Victor J. Hertz
President/*Präsident*

**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone  (913) 341-3167
Toll Free   (800) 755-5775
Telefax    (913) 341-3168
www.legallanguage.com

September 12, 2007
*12. September 2007*

**Certification:**
*Bestätigung:*

**This is to certify that the attached translation from English into German is an accurate representation of the document received by this office. This document is designated as:**
*Hiermit wird bestätigt, daß die beigefügte Übersetzung aus der englischen in die deutsche Sprache eine genaue Wiedergabe des von diesem Büro erhaltenen Schriftstücks ist. Das Schriftstück ist wie folgt bezeichnet:*

**Summons in a Civil Case**
*Vorladung in einem Zivilfall*

**I, Maria Victoria Portuguez, General Manager of this company, hereby certify that Melanie Colman, who translated this document, is fluent in German and standard North American English and qualified to translate. I attest to the following:**
*Ich, Maria Victoria Portuguez, Hauptgeschäftsführer/Hauptgeschäftsführerin von dieser Gesellschaft, hiermit bescheinige dass Melanie Colmen, der/die dieses Schriftstück übersetzt hat, ist fließend in den deutschen und englischen Sprachen und qualifiziert für Übersetzungen. Ich attestiere das Folgende:*

**"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."**
*"Nach meinem besten Wissen ist der beiliegende Text eine wahre, vollständige und genaue Übersetzung des angeführten Schriftstücks."*

_____
**Signature of Maria Victoria Portuguez**
*Unterschrift von Maria Victoria Portuguez*

**Subscribed and sworn to before me this September 12, 2007.**
*Vor mir unterzeichnet und beeidigt am 12. September 2007.*

_____
**Vicki Farron**
**Notary Public, State of Kansas**
**Qualified in Johnson County**
**Commission Expires December 9, 2008**

*Vicki Farron*
*Öffentlicher Notar des Staates Kansas*
*Qualifiziert in Bezirk Johnson*
*Ermächtigung läuft am 9.dezember 2008 ab*

**Sincerely,**
*Hochachtungsvoll,*

**Victor J. Hertz**
**President/***Präsident*

AO 440 (Stand DC-September 2003) Vorladung in einem Zivilverfahren

## BEZIRKSGERICHT DER VEREINIGTEN STAATEN
### District of Columbia

NAWA USA Inc.

**VORLADUNG IN EINEM ZIVILFALL**

GG.

Dr. Hans-Georg Bottler et al.

FALL NUMMER: 1:06CV01150
*RMC*

**AN:** (Name und Anschrift des Beklagten)

HANS-GEORG BOTTLER
Krueckauweg 3
25335 Elmshorn
DEUTSCHALND

**SIE WERDEN HIERMIT VORGELADEN** und haben dem ANWALT DES KLÄGERS (Name und Anschrift)

STEPHEN A. WEITZMAN D.C.-Anwaltskammernr. 15602
Anwalt des Klägers
4950 Reedy Brook Lane
Columbia, Maryland 21045 (301) 596-5564
Saw5198@sarthlink.net

*20 [unleserliche Initialen]*

innerhalb von _____ 60 _____ Tagen nach Zustellung dieser Vorladung an Sie, den Tag der Zustellung nicht eingeschlossen, eine Erwiderung auf diese Klageschrift zuzustellen, die Ihnen zusammen mit dieser Vorladung zugestellt wird. Falls Sie dem nicht nachkommen, ergeht gegen Sie ein Säumnisurteil, in dem dem Antrag des Klägers stattgegeben wird. Jede Erwiderung, die Sie den Parteien dieses Verfahrens zustellen, muss innerhalb einer angemessenen Frist nach der Zustellung auch beim Justizbeamten dieses Gerichts eingereicht werden.

____NANCY M. MAYER-WHITTINGTON____
JUSTIZBEAMTER

____*[unleserliche Unterschrift]*____
(Gez.) STELLV. JUSTIZBEAMTER

[siegel]

____*5.9.2007*____
DATUM

AO 440 (Stand DC-September 2003) Vorladung in einem Zivilverfahren

## ZUSTELLBESCHEINIGUNG

| Die Zustellung der Vorladung und der Klageschrift erfolgte durch mich (¹) | DATUM |
|---|---|
| NAME DES ZUSTELLERS  (IN DRUCKBUCHSTABEN) | TITEL |

*Markieren Sie bitte ein Kästchen unten, um die zutreffende Zustellmethode anzugeben:*

☐ Persönlich dem Beklagten zugestellt. Ort, wo die Zustellung stattfand:_____
_____

☐ Kopien davon am Wohnsitz oder gewöhnlichen Aufenthaltsort des Beklagten bei einer dort anwesenden Person angemessenen Alters und Urteilsvermögens hinterlassen.

Name der Person, bei der die Vorladung und die Klageschrift hinterlassen wurden:_____

☐ Unerledigt zurück:_____
_____
_____

☐ Sonstiges (angeben):_____
_____
_____

## AUFSTELLUNG DER ZUSTELLGEBÜHREN

| REISEKOSTEN | DIENSTLEISTUNGEN | GESAMT |
|---|---|---|

## ERKLÄRUNG DES ZUSTELLERS

Ich erkläre hiermit an Eides statt unter den Gesetzen der Vereinigten Staaten von Amerika, dass die zuvor abgegebene Informationen in dieser Zustellbescheinigung und Aufstellung der Zustellgebühren der Wahrheit entsprechen und korrekt sind.

Ausgefertigt am _____         _____
                          Datum                                              *Unterschrift des Zustellers*

                                                                          _____
                                                                          *Anschrift des Zustellers*

[siegel]

(1) Hinsichtlich der Frage, wer berechtigt ist, die Zustellung einer Vorladung vorzunehmen, siehe Vorschrift 4 der US-Bundeszivilverfahrensordnung [Federal Rules of Civil Procedure].

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NAWA USA Inc.

**SUMMONS IN A CIVIL CASE**

V.

Dr. Hans-Georg Bottler et al.

CASE NUMBER:    1:06CV01150

*RMC*

TO: (Name and address of Defendant)

HANS-GEORG BOTTLER
Krueckauweg 3
25335 Elmshom
Germany

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STEPHEN A. WEITZMAN D.C. Bar No. 15602
Attorney for Plaintiff
4950 Reedy Brook Lane
Columbia, Maryland 21045 (301) 596-5564
saw5198@earthlink.net

an answer to the complaint which is served on you with this summons, within ~~60~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    9/5/2007

CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

　　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
　　　　　　　　　　　Date　　　　　　　　　　*Signature of Server*



　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**REQUEST**

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | CENTRAL AUTHORITY FOR BAVARIA<br>Präsidentin des Oberlandesgerichts München<br>Prielmayerstrasse 5<br>80097 München<br>GERMANY |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir-en double exemplaire-à l'autorité destinataire les documents ci-dessous énumérés,*
*en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)     Alexander GRUTER, an individual

Pruefeninger Strasse 35, 93049 Regensburg, GERMANY

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
(a) selon les formes légales (article 5, alinéa premier, lettre a).

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :     Personal service in accordance with your internal
law for service of documents upon persons or entities in your territory.
**Delivery in accordance with ZPO 177 & 178 requested.**

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
(c) le cas échéant, par remise simple (article 5, alinéa 2).

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes*-with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte-et de ses annexes-avec*
*l'attestation figurant au verso.*

**SERVICE IS REQUESTED PURSUANT TO PUBLIC LAW 97-462 OF FEB. 26, 1983 WHICH AMENDED RULE 4(c)2(a) OF THE U.S. FEDERAL RULES OF CIVIL PROCEDURE.**

List of documents
*Enumération des pièces*

| | |
|---|---|
| Executed "Request," in English and German, in duplicate | |
| "Certificate" (unexecuted), in English and German, in duplicate | Done at Leawood, Kansas, U.S.A., the 12 Sept. 2007 |
| "Summary" with Attachment "A," in English and German, in duplicate | *Fait à _____, le _____* |
| "Notice," in English and German, in duplicate | Signature and/or stamp. |
| Summons in a Civil Case, in English and German, in duplicate | *Signature et/ou cachet.* |
| Complaint with Exhibits A-C, in English and German, in duplicate | *Karina Shf* |

*Delete if inappropriate
Rayer les mentions inutiles.

¹ (Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94
(Est. 11/22/77)

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *

*1. que la demande a été exécutée*

- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (locatlité, rue numéro)* _____

- in one of the following methods authorised by article 5-

-*dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

*a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method*:

*b) selon la forme particulière suivante :* _____

☐ (c) by delivery to the addressee, who accepted it voluntarily. *

*c) par remise simple*

The documents referred to in the request have been delivered to:

*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)

-*(identité et qualité de la personne)* _____

-relationship to the addressee (family, business, or other):

-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:

*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes

*Annexes*

Documents returned:

*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:

*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at _____ , the _____

*Fait à* _____ *, le* _____

Signature and / or stamp.

*Signature et / ou cachet.*

## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares
en matière civile ou commerciale, signé à La Haye, le 15 Novembre 1965.*
(article 5, fourth paragraph)
*(article 5, alinéa 4)*

| | |
|---|---|
| Name and address of the requesting authority: | Karina Shreefer, Esq. |
| *Nom et adresse de l'autorité requérante :* | LEGAL LANGUAGE SERVICES |
| | 8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A. |
| | Tel. 1.913.341.3167 |

Particulars of the parties*:
*Identité des parties :*    NAWA USA, INC., *Plaintiff*

DR. HANS-GEORG BOTTLER; FERDY EGLI; BERND STERN; PETER KANZLSPERGER;

NAWA VERTRIEBS-GMBH and ALEXANDER GRUTER, *Defendants*

### JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*    To give notice to the Defendant of the commencement of a civil claim against him,
and to summon him to answer or otherwise respond.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige :*    See Attachment "A."

Date and place for entering appearance**:
*Date et lieu de la comparution :*    Defendant is summoned and required to serve on Plaintiff's Attorney (Stephen A. Weitzman, Esq.) an Answer
to the Complaint within twenty (20) days after service of the Summons, exclusive of the day of service.  Any Answer the Defendant serves on
the parties to this action must be filed within a reasonable period of time after service with the Clerk of the United States District Court,
District of Columbia located at: E. Barrett Prettyman U.S. Courthouse, 333 Connecticut Avenue, N.W., Washington, District of Columbia
20001, U.S.A.
Court which has given judgment**:
*Juridiction qui a rendu la décision :*    N/A

Date of judgment**:
*Date de la décision :*    N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*    Defendant is summoned and required to serve on Plaintiff's Attorney (Stephen A. Weitzman, Esq.) an
Answer to the Complaint within twenty (20) days after service of the Summons, exclusive of the day of service.  If Defendant fails to do so,
judgment by default will be taken against him for the relief demanded in the Complaint.  Any Answer the Defendant serves on the parties to
this action must be filed with the Clerk of the Court within a reasonable period of time after service.

### EXTRAJUDICIAL DOCUMENT**
### *ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*    N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*    N/A

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
*Rayer les mentions inutiles.*

*\*U.S. Government Printing Office: 1990-262-211/15302*

3

**Attachment "A"**
**to "Summary of the Document to be Served"**

Plaintiff NAWA USA, Inc. ("NAWA"), brings this action for breach of employment contract, fraud and deceit, theft and conversion, unfair competition and breach of fiduciary duty against the named Defendants, who are its former directors, a former officer, the German corporation which was the unlawful beneficiary of the allegedly unlawful actions of the individual Defendants, and the attorney who counseled the individual Defendants in their unlawful actions.

On January 1, 2000, Plaintiff NAWA hired Defendant Peter Kanzlsperger as Vice President and Chief Operating Officer of Plaintiff NAWA, USA. The employment contract included restrictions on the disclosure or use by said Defendant of the proprietary information of NAWA. Between January 1, 2000 and May 23, 2003, Defendant NAWA Vertriebs-GmbH was 80% owned by the Plaintiff, and acted as the manufacturing arm for the products of Plaintiff. Plaintiff alleges that prior to May 23, 2003, the individual Defendants planned a deliberate conspiracy to improperly use the funds, property and assets of Plaintiff in order to allow Defendant NAWA Vertriebs-GmbH to improperly utilize these assets for its own benefit. Although Defendants Dr. Hans-Geog Bottler, Ferdy Egli, Bernd Stern, and Peter Kanzlsperger were removed as members of the Plaintiff's Board of Directors in May 2003, and Defendant Kanzlsperger was dismissed from his office in June 2003, the Defendants continued to meet and to pass resolutions as members of the Board, allowing themselves to continue the operation of Defendant NAWA Vertriebs-GmbH to fraudulently manufacture, market, sell and profit from products that rightfully belong to Plaintiff, all to the detriment of Plaintiff and its stockholders.

Plaintiff demands judgment, jointly and severally, against the Defendants for the following relief: compensatory damages; punitive damages; interest at the legal rate from date of judgment; costs, disbursements and expenses of suit; attorneys' fees; equitable, declaratory and injunctive relief; and such other relief as the Court may order.

**NOTICE**
*(recommended by the Fourteenth Session of*
*Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

---

Alexander GRUTER, *an individual*
Pruefeninger Strasse 35
93049 Regensburg
GERMANY

---

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
U.S.A.
Tel. 1.202.682.2720

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
U.S.A.
Tel. 1.202.682.2720

ANTRAG

AUF ZUSTELLUNG EINES GERICHTLICHEN ODER AUSSERGERICHTLICHEN
SCHRIFTSTÜCKS IM AUSLAND

REQUEST

FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

DEMANDE

AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE

Übereinkommen über die Zustellung gerichtlicher und aussergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssa-
chen, unterzeichnet in Den Haag am 15. November 1965.

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matierè civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.

| | |
|---|---|
| Bezeichnung und Anschrift der ersuchenden Stelle<br>Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>RA Karima Shreefer<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>VEREINIGTE STAATEN VON AMERIKA<br>Tel. 1.913.341.3167 | Anschrift der Bestimmungsbehörde<br>Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>ZENTRALBEHÖRDE FÜR BAYERN<br>Präsidentin des Oberlandesgerichts München<br>Prielmayerstrasse 5<br>D-80097 München<br>DEUTSCHLAND |

Die ersuchende Stelle beehrt sich, der Bestimmungsbehörde – in zwei Stücken – die unten angegebenen Schriftstücke mit der Bitte zu übersenden, davon nach
Artikel 5 des Übereinkommens ein Stück unverzüglich dem Empfänger zustellen zu lassen, nämlich

(Name und Anschrift)

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,

(Identity and address)

*Le requérant soussigné a l'honneur de faire parvenir en double exemplaire à l'autorité destinataire les documents ci-dessous énumérés,
en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)    Alexander GRUTER, eine Einzelperson

Pruefeninger Strasse 35, 93049 Regensburg, DEUTSCHLAND

☐  (a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a)*
    (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    (a) selon les formes légales (article 5, alinda premier, lettre a).*

☒  (b) in der folgenden besonderen Form (Artikel 5 Absatz 1 Buchstabe b)* :
    (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    (b) selon la forme particulière suivante (article 5, alinda premier, lettre b)* :   Persönliche Zustellung in Übereinstimmung mit Ihren internen
    Gesetzen für die Zustellung von Dokumenten an Personen oder Rechtsträger innerhalb Ihres Staatsgebiets.
    Zustellung in Übereinstimmung mit ZPO 177 und 178 beantragt.

☐  (c) gegebenenfalls durch einfache Übergabe (Artikel 5 Absatz 2)*.
    (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    (c) le cas échéant, par remise simple (article 5, alinda 2)*.

Die Behörde wird gebeten, der ersuchenden Stelle ein Stück des Schriftstücks – und seiner Anlagen* - mit dem Zustellungszeugnis auf der Rückseite
zurückzusenden oder zurücksenden zu lassen.

The authority is requested to return or to have returned to the applicant a copy of the documents -and of the annexes*- with a certificate
as provided on the reverse side.

*Cette autorité est prié de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte – et de ses annexes -avec l'attestation
figurant au verso.*

ZUSTELLUNG BEANTRAGT GEMÄSS GESETZ 97-462 VOM 26. FEB. 1983, WELCHES REGEL 4(c)2(a) DER U.S.
BUNDESZIVILPROZESSORDNUNG ERGÄNZT.

Verzeichnis der Schriftstücke
List of documents
*Enumération des pièces*

Ausgefüllter „Zustellungsantrag", in Englisch und Deutsch, in doppelter Ausführung

„Bescheinigung" (nicht ausgefüllt), in Englisch und Deutsch, in doppelter          Ausgefertigt in _____, am _____

ZUSTELLUNGSZEUGNIS
**CERTIFICATE**
*ATTESTATION*

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
**The underlined authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention.*

1. dass der Antrag erledigt worden ist*

**1) that the document has been served ***

*1. que la demande a été exécutée**

- am (Datum)
- **the (date)**
- *le (date)*  _____

- in (Ort, Strasse, Nummer)
- **at (place, street, number)**
- *à (localité, rue numéro)*  _____

- in einer der folgenden Formen nach Artikel 5:
- **in one of the following methods authorised by article 5:**
- *dans une des formes suivantes prévues à l'article 5:*

   ☐ a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a).*

    **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**

    *a) selon les formes légales (article 5, alinéa premier, lettre a).**

   ☐ b) in der folgenden besonderen Form:*

    **(b) in accordance with the following particular method*:**

    *b) selon la forme particulière suivante :*  _____

   ☐ c) durch einfache Übergabe.*

    **(c) by delivery to the addressee, who accepted it voluntarily. ***

    *c) par remise simple.**

Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:

**The documents referred to in the request have been delivered to:**

*Les documents mentionnés dans la demande ont été remis à:*

   -(name und Stellung der Person)

   **-(identity and description of person)**

   *-(identité et qualité de la personne)*  _____

   -Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:

   **-relationship to the addressee (family, business, or other):**

   *-liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*  _____

2. dass der Antrag aus folgenden Gründen nicht erledigt werden konnte:*

**2) that the document has not been served, by reason of the following facts*:**

*2. que la demande n'a pas été exécutée, en raison des faits suivants:**

_____

_____

_____

Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten*.

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

Anlagen
**Annexes**
*Annexes*
Zurückgesandte Schriftstücke:
**Documents returned:**
*Pièces renvoyées:*

ANGABEN ÜBER DEN WESENTLICHEN INHALT DES ZUZUSTELLENDEN SCHRIFTSTÜCKS
SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Übereinkommen über die Zustellung gerichtlicher und aussergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssa-
chen, unterzeichnet in Den Haag am 15 November 1965.
Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciaires
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(Artikel 5, Absatz 4)
(article 5, fourth paragraph)
*(article 5, alinéa 4)*

Bezeichnung und Anschrift der ersuchenden Stelle :
Name and address of the requesting authority :    RA Karina Shreefer
*Nom et adresse de l'autorité requérante :*    LEGAL LANGUAGE SERVICES

8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.

Tel. 1.913.341.3167

Bezeichnung der Parteien*:
Particulars of the parties*:
*Identité des parties*:*    NAWA USA, INC., *Klägerin*

DR. HANS-GEORG BOTTLER; FERDY EGLI; BERND STERN; PETER KANZLSPERGER;

NAWA VERTRIEBS-GMBH and ALEXANDER GRUTER, *Beklagte*

## GERICHTLICHES SCHRIFTSTÜCK**
## JUDICIAL DOCUMENT**
## *ACTE JUDICIAIRE***

Art und Gegenstand des Schriftstücks:
Nature and purpose of the document:
*Nature et objet de l'acte :*    Benachrichtigung des Beklagten, dass eine Zivilklage gegen ihn angestrengt wurde

und Ladung desselben zur Einreichung einer Klageerwiderung oder anderweitigen Stellungnahme.

Art und Gegenstand des Verfahrens, gegebenenfalls Betrag der geltend gemachten Forderung:
Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige :*    Siehe Anhang „B"

Termin und Ort für die Einlassung auf das Verfahren**:
Date and place for entering appearance**:
*Date et lieu de la comparution** :*    Der Beklagte wird vorgeladen und hat dem Anwalt des Klägers (RA Stephen A. Weitzman) innerhalb von
zwanzig (20) Tagen nach Zustellung der Vorladung, den Tag der Zustellung nicht gerechnet, eine Erwiderung auf die Klageschrift
zuzustellen. Jede Erwiderung, die der Kläger den Parteien in diesem Verfahren zustellt, muss innerhalb einer angemessenen Frist nach der
Zustellung auch beim Justizbeamten des Bezirksgerichts der Vereinigten Staaten, District of Columbia, unter der Anschrift E. Barrett
Prettyman U.S. Courthouse, 333 Connecticut Avenue, N.W., Washington, District of Columbia 20001, USA eingereicht werden.
Gericht, das die Entscheidung erlassen hat**:
Court which has given judgement**:
*Juridiction qui a rendu la decision** :*    Nicht zutreffend

Datum der Entscheidung**:
Date of judgement**:
*Date de la decision**:*    Nicht zutreffend

Im Schriftstück vermerkte Fristen**:
Time limits stated in the document**:
*Indication des délais figurant dans l'acte**:*    Der Beklagte wird vorgeladen und hat dem Anwalt des Klägers (RA Stephen A. Weitzman) innerhalb
von zwanzig (20) Tagen nach Zustellung der Vorladung, den Tag der Zustellung nicht gerechnet, eine Erwiderung auf die Klageschrift
zuzustellen. Falls der Beklagte dem nicht nachkommt, ergeht gegen ihn ein Säumnisurteil, in dem dem Klageantrag stattgegeben wird. Jede
Erwiderung, die der Kläger den Parteien in diesem Verfahren zustellt, muss innerhalb einer angemessenen Frist nach der Zustellung auch beim
Justizbeamten des Gerichts eingereicht werden.

## AUSSERGERICHTLICHES SCHRIFTSTÜCK**
## EXTRAJUDICIAL DOCUMENT**
## *ACTE EXTRAJUDICIAIRE***

Art und Gegenstand des Schriftstücks :
Nature and purpose of the document:
*Nature et objet de l'acte :*    Nicht zutreffend

**Anhang „A"**
## zu „Zusammenfassung der zuzustellenden Unterlagen"

Der Kläger NAWA USA, Ir    „NAWA") reicht diese Klage wegen des    chs eines Anstellungsvertrags, Betrug und Täuschung, Diebstahl und Unterschlagung, unlauterem Wettbewerb und Verstoß gegen Treuepflichten gegen die benannten Beklagten ein, die seine ehemaligen Direktoren waren, gegen einen ehemaligen leitenden Angestellten, gegen ein deutsches Unternehmen, das der wiederrechtliche Begünstigte der behauptungsgemäß widerrechtlichen Handlungen der Einzelpersonenbeklagten war, sowie gegen den Anwalt ein, der die Einzelpersonenbeklagen bei ihren widerrechtlichen Handlungen beriet.

Am 1. Januar 2000 stellte der Kläger NAWA den Beklagten Peter Kanzlsperger als Vizepräsident und Chief Operating Officer [A.d.Ü.: etwa: Geschäftsführer für das operative Geschäft] des Klägers NAWA, USA ein. Der Anstellungsvertrag enthielt Beschränkungen hinsichtlich der Weitergabe bzw. Nutzung der unternehmenseigenen Informationen von NAWA seitens des besagten Beklagten. Zwischen dem 1. Januar 2000 und dem 23. Mai 2003 war der Kläger Eigentümer von 80% der Geschäftsanteile des Beklagten NAWA Vertriebs-GmbH und NAWA Vertriebs-GmbH handelte als Fertiger der Produkte des Klägers. Der Kläger behauptet, dass die Einzelpersonen-Beklagten vor dem 23. Mai 2003 eine wohlüberlegte Verschwörung planten, um die Gelder, das Eigentum und Vermögen des Klägers unzulässig zu nutzen, um dem Beklagten NAWA Vertriebs-GmbH zu erlauben, dieses Vermögen unzulässig zu seinem eigenen Vorteil zu nutzen. Obwohl die Beklagten Dr. Hand-Georg Bottler, Ferdy Egli, Bernd Stern und Peter Kanzlsperger im Mai 2003 aus dem Verwaltungsrat des Klägers abberufen wurden und der Beklagte Kanzlsperger im Juni 2006 aus seinem Amt entlassen wurde, trafen sich die Beklagten weiterhin und trafen weiterhin Entscheidungen als Mitglieder des Verwaltungsrats, wodurch sie es sich ermöglichten die Geschäftstätigkeit des Beklagten NAWA Vertriebs-GmbH fortzusetzen, um Produkte betrügerisch herzustellen, zu vermarkten, zu verkaufen und von ihnen zu profitieren, die rechtmäßig dem Kläger gehören, alles zum Nachteil des Klägers und seiner Gesellschafter.

Der Kläger beantragt ein einzel- und gesamtschuldnerisches Urteil gegen die Beklagten auf die folgenden Abhilfen: ausgleichender Schadensersatz; Strafschadensersatz; gesetzlich zulässige Zinsen ab dem Tag der Urteilsverkündung; Kosten, Auslagen und Aufwendungen des Verfahrens; Anwaltshonorare; billigkeitsrechtliche, feststellende und Unterlassungsabhilfen sowie solche anderen Abhilfen, die das Gericht **anordnen kann.**

NOTICE
*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

Name und Anschrift des Empfängers
**identity and address of the addressee**
*identité et adresse du destinataire*

Alexander GRUTER, *eine Einzelperson*
Pruefeninger Strasse 35
93049 Regensburg
DEUTSCHLAND

**SEHR WICHTIG**

DAS BEILIEGENDE SCHRIFTSTÜCK IST RECHTLICHER ART UND KANN IHRE RECHTE UND PFLICHTEN BERÜHREN.  DIE "ANGABEN ÜBER DEN WESENTLICHEN INHALT DES ZUZUSTELLENDEN SCHRIFTSTÜCKS" GEBEN IHNEN EINIGE AUSKÜNFTE ÜBER DESSEN NATUR UND GEGENSTAND.  ES IST DENNOCH UNERLÄSSLICH, DEN TEXT DES SCHRIFTSTÜCKES SELBER AUFMERKSAM ZU LESEN.  ES KANN AUCH NÖTIG SEIN, HIERÜBER EINE RECHTSAUSKUNFT ZU VERLANGEN.

FALLS IHRE FINANZIELLEN MITTEL DAFÜR NICHT AUSREICHEN, ERKUNDIGEN SIE SICH ÜBER DIE MÖGLICHKEITEN DER UNTENTGELTLICHEN RECHTSHILFE UND DER UNENTGELTLICHEN RECHTSBERATUNG, UND ZWAR ENTWEDER IN IHREM LAND ODER IM HERKUNFTSLAND DIESES SCHRIFTSTÜCKS.

AUSKUNFTSBEGEHREN ÜBER DIE MÖGLICHKEITEN DER UNENTGELTLICHEN RECHTSHILFE ODER DER UNTENTGELTLICHEN RECHTSBERATUNG KÖNNEN IM HERKUNFTSLAND DIESES SCHRIFTSTÜCKS GERICHTET WERDEN AN:

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
VEREINIGTE STAATEN VON AMERIKA
Tel. 1.202.682.2720

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS.  THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE.  YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY.  IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
VEREINIGTE STAATEN VON AMERIKA
Tel. 1.202.682.2720

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS.  LES "ÉLÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET.  IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT.  IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS  66208-3712

Telephone  (913) 341-3167
Toll Free   (800) 755-5775
Telefax    (913) 341-3168
www.legallanguage.com

September 12, 2007
*12. September 2007*

**Certification:**
*Bestätigung:*

**This is to certify that the attached translation from English into German is an accurate representation of the document received by this office.  This document is designated as:**
*Hiermit wird bestätigt, daß die beigefügte Übersetzung aus der englischen in die deutsche Sprache eine genaue Wiedergabe des von diesem Büro erhaltenen Schriftstücks ist. Das Schriftstück ist wie folgt bezeichnet:*

**Request For Service Abroad Of Judicial Or Extrajudicial Documents**
*Antrag Auf Zustellung Eines Gerichtlichen Oder Aussergerichtlichen Schriftstücks Im Ausland*

**I, Maria Victoria Portuguez, General Manager of this company, hereby certify that Melanie Colman, who translated this document, is fluent in German and standard North American English and qualified to translate. I attest to the following:**
*Ich, Maria Victoria Portuguez, Hauptgeschäftsführer/Hauptgeschäftsführerin von dieser Gesellschaft, hiermit bescheinige dass Melanie Colmen, der/die dieses Schriftstück übersetzt hat, ist fließend in den deutschen und englischen Sprachen und qualifiziert für Übersetzungen. Ich attestiere das Folgende:*

**"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."**
*"Nach meinem besten Wissen ist der beiliegende Text eine wahre, vollständige und genaue Übersetzung des angeführten Schriftstücks."*

**Signature of Maria Victoria Portuguez**
*Unterschrift von Maria Victoria Portuguez*

**Subscribed and sworn to before me this September 12, 2007.**
*Vor mir unterzeichnet und beeidigt am 12. September 2007.*

**Vicki Farron**
**Notary Public, State of Kansas**
**Qualified in Johnson County**
**Commission Expires December 9, 2008**

*Vicki Farron*
*Öffentlicher Notar des Staates Kansas*
*Qualifiziert in Bezirk Johnson*
*Ermächtigung läuft am 9.dezember 2008 ab*

**Sincerely,**
*Hochachtungsvoll,*

**Victor J. Hertz**
**President/*Präsident***



**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone (913) 341-3167
Toll Free (800) 755-5775
Telefax (913) 341-3168
www.legallanguage.com

**September 12, 2007**
*12. September 2007*

**Certification:**
*Bestätigung:*

**This is to certify that the attached translation from English into German is an accurate representation of the document received by this office. This document is designated as:**
*Hiermit wird bestätigt, daß die beigefügte Übersetzung aus der englischen in die deutsche Sprache eine genaue Wiedergabe des von diesem Büro erhaltenen Schriftstücks ist. Das Schriftstück ist wie folgt bezeichnet:*

**Summons in a Civil Case**
*Vorladung in einem Zivilfall*

**I, Maria Victoria Portuguez, General Manager of this company, hereby certify that Melanie Colman, who translated this document, is fluent in German and standard North American English and qualified to translate. I attest to the following:**
*Ich, Maria Victoria Portuguez, Hauptgeschäftsführer/Hauptgeschäftsführerin von dieser Gesellschaft, hiermit bescheinige dass Melanie Colmen, der/die dieses Schriftstück übersetzt hat, ist fließend in den deutschen und englischen Sprachen und qualifiziert für Übersetzungen. Ich attestiere das Folgende:*

**"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."**
*"Nach meinem besten Wissen ist der beiliegende Text eine wahre, vollständige und genaue Übersetzung des angeführten Schriftstücks."*

**Signature of Maria Victoria Portuguez**
*Unterschrift von Maria Victoria Portuguez*

**Subscribed and sworn to before me this September 12, 2007.**
*Vor mir unterzeichnet und beeidigt am 12. September 2007.*

**Vicki Farron**
**Notary Public, State of Kansas**
**Qualified in Johnson County**
**Commission Expires December 9, 2008**

*Vicki Farron*
*Öffentlicher Notar des Staates Kansas*
*Qualifiziert in Bezirk Johnson*
*Ermächtigung läuft am 9.dezember 2008 ab*

**Sincerely,**
*Hochachtungsvoll,*

**Victor J. Hertz**
**President/***Präsident*

AO 440 (Stand DC-September 2003) Vorladung in einem Zivilverfahren

## BEZIRKSGERICHT DER VEREINIGTEN STAATEN
### District of Columbia

NAWA USA Inc.

**VORLADUNG IN EINEM ZIVILFALL**

GG.

Dr. Hans-Georg Bottler et al.

FALL NUMMER: 1:06CV01150
*RMC*

**AN:** (Name und Anschrift des Beklagten)

ALEXANDER GRUTER
Pruefeninger Strasse 35
93049 Regensburg
DEUTSCHALND

**SIE WERDEN HIERMIT VORGELADEN** und haben dem ANWALT DES KLÄGERS (Name und Anschrift)

STEPHEN A. WEITZMAN D.C.-Anwaltskammernr. 15602
Anwalt des Klägers
4950 Reedy Brook Lane
Columbia, Maryland 21045 (301) 596-5564
Saw5198@sarthlink.net

*20 [unleserliche Initialen]*

innerhalb von _____ 60 _____ Tagen nach Zustellung dieser Vorladung an Sie, den Tag der Zustellung nicht eingeschlossen, eine Erwiderung auf diese Klageschrift zuzustellen, die Ihnen zusammen mit dieser Vorladung zugestellt wird. Falls Sie dem nicht nachkommen, ergeht gegen Sie ein Säumnisurteil, in dem dem Antrag des Klägers stattgegeben wird. Jede Erwiderung, die Sie den Parteien dieses Verfahrens zustellen, muss innerhalb einer angemessenen Frist nach der Zustellung auch beim Justizbeamten dieses Gerichts eingereicht werden.

___NANCY M. MAYER-WHITTINGTON___

JUSTIZBEAMTER

_____ *5.9.2007* _____
DATUM

[siegel]

___*[unleserliche Unterschrift]*___
(Gez.) STELLV. JUSTIZBEAMTER

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NAWA USA Inc.

SUMMONS IN A CIVIL CASE

V.

Dr. Hans-Georg Bottler et al.

CASE NUMBER:    1:06CV01150

*RMC*

TO: (Name and address of Defendant)

ALEXANDER GRUTER
Pruefeninger Strasse 35
93049 Regensburg
Germany

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STEPHEN A. WEITZMAN D.C. Bar No. 15602
Attorney for Plaintiff
4950 Reedy Brook Lane
Columbia, Maryland 21045 (301) 596-5564
saw5198@earthlink.net

*20 Sw*

an answer to the complaint which is served on you with this summons, within ~~60~~ _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                              9/5/2007

CLERK                                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)* | |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                         *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | CENTRAL AUTHORITY FOR BAVARIA<br>Präsidentin des Oberlandesgerichts München<br>Prielmayerstrasse 5<br>80097 München<br>GERMANY |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (Identity and address)
*Le requérant soussigné a l'honneur de faire parvenir-en double exemplaire-à l'autorité destinataire les documents ci-dessous énumérés,*
*en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*    Bernd STERN, an individual

Muelhamer Strasse 20, 94486 Osterhofen, GERMANY

☐    (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *(a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒    (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*    Personal service in accordance with your internal
law for service of documents upon persons or entities in your territory.
    **Delivery in accordance with ZPO 177 & 178 requested.**

☐    (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *(c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes*-with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte-et de ses annexes-avec*
*l'attestation figurant au verso.*

SERVICE IS REQUESTED PURSUANT TO PUBLIC LAW 97-462 OF FEB. 26, 1983 WHICH AMENDED RULE 4(c)2(a) OF THE U.S. FEDERAL RULES OF CIVIL PROCEDURE.

List of documents
*Enumération des pièces*

| |
|---|
| Executed "Request," in English and German, in duplicate |
| "Certificate" (unexecuted), in English and German, in duplicate |
| "Summary" with Attachment "A," in English and German, in duplicate |
| "Notice," in English and German, in duplicate |
| Summons in a Civil Case, in English and German, in duplicate |
| Complaint with Exhibits A-C, in English and German, in duplicate |

Done at Leawood, Kansas, U.S.A., the 12 Sept. 2007

*Fait à* _____, *le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

Karina Shf

---

*Delete if inappropriate*
*Rayer les mentions inutiles.*

[1] (Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94
(Est. 11/22/77)

**CERTIFICATE**
*ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1) that the document has been served ***
*1. que la demande a été exécutée*

    **- the (date)**
    *- le (date)* _____
    **- at (place, street, number)**
    *- à (locatlité, rue numéro)* _____

_____

    **- in one of the following methods authorised by article 5-**
    *-dans une des formes suivantes prévues à l'article 5:*
      ☐ **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
        *a) selon les formes légales (article 5, alinéa premier, lettre a).*
      ☐ **(b) in accordance with the following particular method*:**
        *b) selon la forme particulière suivante :* _____

_____

      ☐ **(c) by delivery to the addressee, who accepted it voluntarily. ***
        *c) par remise simple*
    **The documents referred to in the request have been delivered to:**
    *Les documents mentionnés dans la demande ont été remis à:*
      **-(identity and description of person)**
      *-(identité et qualité de la personne)* _____

_____

      **-relationship to the addressee (family, business, or other):**
      *-liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

**2) that the document has not been served, by reason of the following facts*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

_____

**Done at** _____ **, the** _____
*Fait à* _____ *, le* _____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'execution:*

**Signature and / or stamp.**
*Signature et / ou cachet.*

_____

_____

## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares*
*en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
**(article 5, fourth paragraph)**
*(article 5, alinéa 4)*

| | |
|---|---|
| Name and address of the requesting authority: | Karina Shreefer, Esq. |
| *Nom et adresse de l'autorité requérante :* | LEGAL LANGUAGE SERVICES |
| | 8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A. |
| | Tel. 1.913.341.3167 |

Particulars of the parties*:
*Identité des parties :*    NAWA USA, INC., *Plaintiff*

DR. HANS-GEORG BOTTLER; FERDY EGLI; **BERND STERN**; PETER KANZLSPERGER;

NAWA VERTRIEBS-GMBH and ALEXANDER GRUTER, *Defendants*

### JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*    To give notice to the Defendant of the commencement of a civil claim against him,
and to summon him to answer or otherwise respond.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige :*    See Attachment "A."

Date and place for entering appearance**:
*Date et lieu de la comparution :*    Defendant is summoned and required to serve on Plaintiff's Attorney (Stephen A. Weitzman, Esq.) an Answer
to the Complaint within twenty (20) days after service of the Summons, exclusive of the day of service.  Any Answer the Defendant serves on
the parties to this action must be filed within a reasonable period of time after service with the Clerk of the United States District Court,
District of Colombia located at: E. Barrett Prettyman U.S. Courthouse, 333 Connecticut Avenue, N.W., Washington, District of Columbia
20001, U.S.A.
Court which has given judgment**:
*Juridiction qui a rendu la décision :*    N/A

Date of judgment**:
*Date de la décision :*    N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*    Defendant is summoned and required to serve on Plaintiff's Attorney (Stephen A. Weitzman, Esq.) an
Answer to the Complaint within twenty (20) days after service of the Summons, exclusive of the day of service.  If Defendant fails to do so,
judgment by default will be taken against him for the relief demanded in the Complaint.  Any Answer the Defendant serves on the parties to
this action must be filed with the Clerk of the Court within a reasonable period of time after service.

### EXTRAJUDICIAL DOCUMENT**
### *ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*    N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*    N/A

---

* If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
** Delete if inappropriate.
  *Rayer les mentions inutiles.*

*U.S. Government Printing Office: 1990-262-211/15302

3

**Attachment "A"**
**to "Summary of the Document to be Served"**

Plaintiff NAWA USA, Inc. ("NAWA"), brings this action for breach of employment contract, fraud and deceit, theft and conversion, unfair competition and breach of fiduciary duty against the named Defendants, who are its former directors, a former officer, the German corporation which was the unlawful beneficiary of the allegedly unlawful actions of the individual Defendants, and the attorney who counseled the individual Defendants in their unlawful actions.

On January 1, 2000, Plaintiff NAWA hired Defendant Peter Kanzlsperger as Vice President and Chief Operating Officer of Plaintiff NAWA, USA. The employment contract included restrictions on the disclosure or use by said Defendant of the proprietary information of NAWA. Between January 1, 2000 and May 23, 2003, Defendant NAWA Vertriebs-GmbH was 80% owned by the Plaintiff, and acted as the manufacturing arm for the products of Plaintiff. Plaintiff alleges that prior to May 23, 2003, the individual Defendants planned a deliberate conspiracy to improperly use the funds, property and assets of Plaintiff in order to allow Defendant NAWA Vertriebs-GmbH to improperly utilize these assets for its own benefit. Although Defendants Dr. Hans-Geog Bottler, Ferdy Egli, Bernd Stern, and Peter Kanzlsperger were removed as members of the Plaintiff's Board of Directors in May 2003, and Defendant Kanzlsperger was dismissed from his office in June 2003, the Defendants continued to meet and to pass resolutions as members of the Board, allowing themselves to continue the operation of Defendant NAWA Vertriebs-GmbH to fraudulently manufacture, market, sell and profit from products that rightfully belong to Plaintiff, all to the detriment of Plaintiff and its stockholders.

Plaintiff demands judgment, jointly and severally, against the Defendants for the following relief: compensatory damages; punitive damages; interest at the legal rate from date of judgment; costs, disbursements and expenses of suit; attorneys' fees; equitable, declaratory and injunctive relief; and such other relief as the Court may order.

**NOTICE**
*(recommended by the Fourteenth Session of*
*Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

---

Bernd STERN, *an individual*
Muelhamer Strasse 20
94486 Osterhofen
**GERMANY**

---

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
U.S.A.
Tel. 1.202.682.2720

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
U.S.A.
Tel. 1.202.682.2720



**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS 66209-1712

Telephone  (913) 341-3167
Toll Free   (800) 755-5775
Telefax    (913) 341-3168
www.legallanguage.com

September 12, 2007
*12. September 2007*

Certification:
*Bestätigung:*

This is to certify that the attached translation from English into German is an accurate representation of the document received by this office. This document is designated as:
*Hiermit wird bestätigt, daß die beigefügte Übersetzung aus der englischen in die deutsche Sprache eine genaue Wiedergabe des von diesem Büro erhaltenen Schriftstücks ist. Das Schriftstück ist wie folgt bezeichnet:*

**Request For Service Abroad Of Judicial Or Extrajudicial Documents**
*Antrag Auf Zustellung Eines Gerichtlichen Oder Aussergerichtlichen Schriftstücks Im Ausland*

I, Maria Victoria Portuguez, General Manager of this company, hereby certify that Melanie Colman, who translated this document, is fluent in German and standard North American English and qualified to translate. I attest to the following:
*Ich, Maria Victoria Portuguez, Hauptgeschäftsführer/Hauptgeschäftsführerin von dieser Gesellschaft, hiermit bescheinige dass Melanie Colmen, der/die dieses Schriftstück übersetzt hat, ist fließend in den deutschen und englischen Sprachen und qualifiziert für Übersetzungen. Ich attestiere das Folgende:*

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."
*"Nach meinem besten Wissen ist der beiliegende Text eine wahre, vollständige und genaue Übersetzung des angeführten Schriftstücks."*


Signature of Maria Victoria Portuguez
*Unterschrift von Maria Victoria Portuguez*

Subscribed and sworn to before me this September 12, 2007.
*Vor mir unterzeichnet und beeidigt am 12. September 2007.*


Vicki Farron
**Notary Public, State of Kansas**
**Qualified in Johnson County**
**Commission Expires December 9, 2008**

*Vicki Farron*
*Öffentlicher Notar des Staates Kansas*
*Qualifiziert in Bezirk Johnson*
*Ermächtigung läuft am 9.dezember 2008 ab*

Sincerely,
*Hochachtungsvoll,*

**Victor J. Hertz**
**President/***Präsident*

## ANTRAG
### AUF ZUSTELLUNG EINES GERICHTLICHEN ODER AUSSERGERICHTLICHEN SCHRIFTSTÜCKS IM AUSLAND

### REQUEST
### FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE

Übereinkommen über die Zustellung gerichtlicher und aussergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssachen, unterzeichnet in Den Haag am 15. November 1965.

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.

| | |
|---|---|
| Bezeichnung und Anschrift der ersuchenden Stelle<br>**Identity and address of the applicant**<br>*Identité et adresse du requérant*<br><br>RA Karina Shreefer<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>VEREINIGTE STAATEN VON AMERIKA<br>Tel. 1.913.341.3167 | Anschrift der Bestimmungsbehörde<br>**Address of receiving authority**<br>*Adresse de l'autorité destinataire*<br><br>ZENTRALBEHÖRDE FÜR BAYERN<br>Präsidentin des Oberlandesgerichts München<br>Prielmayerstrasse 5<br>D-80097 München<br>DEUTSCHLAND |

Die ersuchende Stelle beehrt sich, der Bestimmungsbehörde – in zwei Stücken – die unten angegebenen Schriftstücke mit der Bitte zu übersenden, davon nach Artikel 5 des Übereinkommens ein Stück unverzüglich dem Empfänger zustellen zu lassen, nämlich
   (Name und Anschrift)

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (Identity and address)

Le requérant soussigné a l'honneur de faire parvenir -en double exemplaire- a l'autorité destinataire les documents ci-dessous énumérés, en le priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:
   (identité et adresse)    Bernd STERN, eine Einzelperson

   Muelhamer Strasse 20, 94486 Osterhofen, DEUTSCHLAND

☐ (a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a)*
   (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   (a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ (b) in der folgenden besonderen Form (Artikel 5 Absatz 1 Buchstabe b)* :
   (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   (b) selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :    Persönliche Zustellung in Übereinstimmung mit Ihren internen
   Gesetzen für die Zustellung von Dokumenten an Personen oder Rechtsträger innerhalb Ihres Staatsgebiets.
   Zustellung in Übereinstimmung mit ZPO 177 und 178 beantragt.

☐ (c) gegebenenfalls durch einfache Übergabe (Artikel 5 Absatz 2)*
   (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*
   (c) le cas échéant, par remise simple (article 5, alinéa 2)*.

Die Behörde wird gebeten, der ersuchenden Stelle ein Stück des Schriftstücks – und seiner Anlagen* - mit dem Zustellungszeugnis auf der Rückseite zurückzusenden oder zurücksenden zu lassen.

The authority is requested to return or to have returned to the applicant a copy of the documents -and of the annexes*- with a certificate as provided on the reverse side.

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes -avec l'attestation figurant au verso.

**ZUSTELLUNG BEANTRAGT GEMÄSS GESETZ 97-462 VOM 26. FEB. 1983, WELCHES REGEL 4(c)2(a) DER U.S. BUNDESZIVILPROZESSORDNUNG ERGÄNZT.**

Verzeichnis der Schriftstücke
List of documents
*Enumération des pièces*

   Ausgefüllter „Zustellungsantrag", in Englisch und Deutsch, in doppelter Ausführung    Ausgefertigt in _____, am

   „Bescheinigung" (nicht ausgefüllt), in Englisch und Deutsch, in doppelter

ZUSTELLUNGSZEUGNIS
**CERTIFICATE**
*ATTESTATION*

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
**The undersigned authority has the honour to**  *r, in conformity with article 6 of the Convention,*
*L'autorité soussignée a l'honneur d'attester confo.mément à l'article 6 de ladite Convention,*

1. dass der Antrag erledigt worden ist*
**1) that the document has been served ***
*1. que la demande a été exécutée*

   - am (Datum)
   **- the (date)**
   *- le (date)*     _____

   - in (Ort, Strasse, Nummer)
   **- at (place, street, number)**
   *- à (locatlité, rue numéro)*     _____

   _____

   - in einer der folgenden Formen nach Artikel 5:
   **- in one of the following methods authorised by article 5:**
   *-dans une des formes suivantes prévues à l'article 5:*

     ☐ a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a).*
      **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
      *a) selon les formes légales (article 5, alinéa premier, lettre a).*

     ☐ b) in der folgenden besonderen Form:*
      **(b) in accordance with the following particular method*:**
      *b) selon la forme particulière suivante :*     _____

     _____

     ☐ c) durch einfache Übergabe.*
      **(c) by delivery to the addressee, who accepted it voluntarily. ***
      *c) par remise simple.*

Die in dem Antrag erwähnten Schriftst:ucke sind übergeben worden an:
**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*

   -(name und Stellung der Person)
   **-(identity and description of person)**
   *-(identité et qualité de la personne)*     _____

   _____

   -Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:
   **-relationship to the addressee (family, business, or other):**
   *-liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*     _____

   _____

2. dass der Antrag aus folgenden Gründen nicht erledigt werden konnte:*
**2) that the document has not been served, by reason of the following facts*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

_____
_____
_____

Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten*.
**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

Anlagen
**Annexes**
*Annexes*
Zurückgesandte Schriftstücke:
**Documents returned:**

ANGABEN ÜBER DEN W... NTLICHEN INHALT DES ZUZUSTELL... DEN SCHRIFTSTÜCKS
## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Übereinkommen über die Zustellung gerichtlicher und aussergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssa-
chen, unterzeichnet in Den Haag am 15 November 1965.
**Convention on th. .rvice abroad of judicial and extrajudicial documents in .vil or commercial**
**matters, signed at The Hague, November 15, 1965.**
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares*
*en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(Artikel 5, Absatz 4)
**(article 5, fourth paragraph)**
*(article 5, alinéa 4)*

Bezeichnung und Anschrift der ersuchenden Stelle :
Name and address of the requesting authority:       RA Karima Shreefer
*Nom et adresse de l'autorité requérante :*       LEGAL LANGUAGE SERVICES
8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.
Tel. 1.913.341.3167

Bezeichnung der Parteien*:
Particulars of the parties*:
*Identité des parties*:*       NAWA USA, INC., *Klägerin*
DR. HANS-GEORG BOTTLER; FERDY EGLI; BERND STERN; PETER KANZLSPERGER;
NAWA VERTRIEBS-GMBH and ALEXANDER GRUTER, *Beklagte*

## GERICHTLICHES SCHRIFTSTÜCK**
## JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE***

Art und Gegenstand des Schriftstücks:
Nature and purpose of the document:
*Nature et objet de l'acte :*       Benachrichtigung des Beklagten, dass eine Zivilklage gegen ihn angestrengt wurde
und Ladung desselben zur Einreichung einer Klageerwiderung oder anderweitigen Stellungnahme.

Art und Gegenstand des Verfahrens, gegebenenfalls Betrag der geltend gemachten Forderung:
Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige :*       Siehe Anhang „B"

Termin und Ort für die Einlassung auf das Verfahren**:
Date and place for entering appearance**:
*Date et lieu de la comparution** :*       Der Beklagte wird vorgeladen und hat dem Anwalt des Klägers (RA Stephen A. Weitzman) innerhalb von
zwanzig (20) Tagen nach Zustellung der Vorladung, den Tag der Zustellung nicht gerechnet, eine Erwiderung auf die Klageschrift
zuzustellen. Jede Erwiderung, die der Kläger den Parteien in diesem Verfahren zustellt, muss innerhalb einer angemessenen Frist nach der
Zustellung auch beim Justizbeamten des Bezirksgerichts der Vereinigten Staaten, District of Columbia, unter der Anschrift E. Barrett
Prettyman U.S. Courthouse, 333 Connecticut Avenue, N.W., Washington, District of Columbia 20001, USA eingereicht werden.
Gericht, das die Entscheidung erlassen hat**:
Court which has given judgement**:
*Juridiction qui a rendu la decision** :*       Nicht zutreffend

Datum der Entscheidung**:
Date of judgement**:
*Date de la decision** :*       Nicht zutreffend

Im Schriftstück vermerkte Fristen**:
Time limits stated in the document**:
*Indication des délais figurant dans l'acte**:*       Der Beklagte wird vorgeladen und hat dem Anwalt des Klägers (RA Stephen A. Weitzman) innerhalb
von zwanzig (20) Tagen nach Zustellung der Vorladung, den Tag der Zustellung nicht gerechnet, eine Erwiderung auf die Klageschrift
zuzustellen. Falls der Beklagte dies nicht nachkommt, ergeht gegen ihn ein Säumnisurteil, in dem dem Klageantrag stattgegeben wird. Jede
Erwiderung, die der Kläger den Parteien in diesem Verfahren zustellt, muss innerhalb einer angemessenen Frist nach der Zustellung auch beim
Justizbeamten des Gerichts eingereicht werden.

## AUSSERGERICHTLICHES SCHRIFTSTÜCK**
## EXTRAJUDICIAL DOCUMENT**
### *ACTE EXTRAJUDICIAIRE***

Art und Gegenstand des Schriftstücks :
Nature and purpose of the document:
*Nature et objet de l'acte :*       Nicht zutreffend

## Anhang „A"
### zu „Zusammenfassung der zuzustellenden Unterlagen"

Der Kläger NAWA USA, Inc. („NAWA") reicht diese Klage wegen des Bruchs eines Anstellungsvertrags, Betrug und Täuschung, Diebstahl und Unterschlagung, unlauterem Wettbewerb und Verstoß gegen Treuepflichten gegen die benannten Beklagten ein, die seine ehemaligen Direktoren waren, gegen einen ehemaligen leitenden Angestellten, gegen ein deutsches Unternehmen, das der wiederrechtliche Begünstigte der behauptungsgemäß widerrechtlichen Handlungen der Einzelpersonenbeklagten war, sowie gegen den Anwalt ein, der die Einzelpersonenbeklagen bei ihren widerrechtlichen Handlungen beriet.

Am 1. Januar 2000 stellte der Kläger NAWA den Beklagten Peter Kanzlsperger als Vizepräsident und Chief Operating Officer [A.d.Ü.: etwa: Geschäftsführer für das operative Geschäft] des Klägers NAWA, USA ein. Der Anstellungsvertrag enthielt Beschränkungen hinsichtlich der Weitergabe bzw. Nutzung der unternehmenseigenen Informationen von NAWA seitens des besagten Beklagten. Zwischen dem 1. Januar 2000 und dem 23. Mai 2003 war der Kläger Eigentümer von 80% der Geschäftsanteile des Beklagten NAWA Vertriebs-GmbH und NAWA Vertriebs-GmbH handelte als Fertiger der Produkte des Klägers. Der Kläger behauptet, dass die Einzelpersonen-Beklagten vor dem 23. Mai 2003 eine wohlüberlegte Verschwörung planten, um die Gelder, das Eigentum und Vermögen des Klägers unzulässig zu nutzen, um dem Beklagten NAWA Vertriebs-GmbH zu erlauben, dieses Vermögen unzulässig zu seinem eigenen Vorteil zu nutzen. Obwohl die Beklagten Dr. Hand-Georg Bottler, Ferdy Egli, Bernd Stern und Peter Kanzlsperger im Mai 2003 aus dem Verwaltungsrat des Klägers abberufen wurden und der Beklagte Kanzlsperger im Juni 2006 aus seinem Amt entlassen wurde, trafen sich die Beklagten weiterhin und trafen weiterhin Entscheidungen als Mitglieder des Verwaltungsrats, wodurch sie es sich ermöglichten die Geschäftstätigkeit des Beklagten NAWA Vertriebs-GmbH fortzusetzen, um Produkte betrügerisch herzustellen, zu vermarkten, zu verkaufen und von ihnen zu profitieren, die rechtmäßig dem Kläger gehören, alles zum Nachteil des Klägers und seiner Gesellschafter.

Der Kläger beantragt ein einzel- und gesamtschuldnerisches Urteil gegen die Beklagten auf die folgenden Abhilfen: ausgleichender Schadensersatz; Strafschadensersatz; gesetzlich zulässige Zinsen ab dem Tag der Urteilsverkündung; Kosten, Auslagen und Aufwendungen des Verfahrens; Anwaltshonorare; billigkeitsrechtliche, feststellende und Unterlassungsabhilfen sowie solche anderen Abhilfen, die das Gericht anordnen kann.

**NOTICE**

*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*



Name und Anschrift des Empfängers
**identity and address of the addressee**
*identité et adresse du destinataire*

---

Bernd STERN, *eine Einzelperson*
Muelhamer Strasse 20
94486 Osterhofen
**DEUTSCHLAND**

---

**SEHR WICHTIG**

DAS BEILIEGENDE SCHRIFTSTÜCK IST RECHTLICHER ART UND KANN IHRE RECHTE UND PFLICHTEN BERÜHREN. DIE "ANGABEN ÜBER DEN WESENTLICHEN INHALT DES ZUZUSTELLENDEN SCHRIFTSTÜCKS" GEBEN IHNEN EINIGE AUSKÜNFTE ÜBER DESSEN NATUR UND GEGENSTAND. ES IST DENNOCH UNERLÄSSLICH, DEN TEXT DES SCHRIFTSTÜCKES SELBER AUFMERKSAM ZU LESEN. ES KANN AUCH NÖTIG SEIN, HIERÜBER EINE RECHTSAUSKUNFT ZU VERLANGEN.

FALLS IHRE FINANZIELLEN MITTEL DAFÜR NICHT AUSREICHEN, ERKUNDIGEN SIE SICH ÜBER DIE MÖGLICHKEITEN DER UNENTGELTLICHEN RECHTSHILFE UND DER UNENTGELTLICHEN RECHTSBERATUNG, UND ZWAR ENTWEDER IN IHREM LAND ODER IM HERKUNFTSLAND DIESES SCHRIFTSTÜCKS.

AUSKUNFTSBEGEHREN ÜBER DIE MÖGLICHKEITEN DER UNENTGELTLICHEN RECHTSHILFE ODER DER UNTENTGELTLICHEN RECHTSBERATUNG KÖNNEN IM HERKUNFTSLAND DIESES SCHRIFTSTÜCKS GERICHTET WERDEN AN:

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
**VEREINIGTE STAATEN VON AMERIKA**
Tel. 1.202.682.2720

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:
Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
VEREINIGTE STAATEN VON AMERIKA
Tel. 1.202.682.2720

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.



**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone  (913) 341-3167
Toll Free  (800) 755-5775
Telefax  (913) 341-3168
www.legallanguage.com

September 12, 2007
*12. September 2007*

**Certification:**
*Bestätigung:*

**This is to certify that the attached translation from English into German is an accurate representation of the document received by this office. This document is designated as:**
*Hiermit wird bestätigt, daß die beigefügte Übersetzung aus der englischen in die deutsche Sprache eine genaue Wiedergabe des von diesem Büro erhaltenen Schriftstücks ist. Das Schriftstück ist wie folgt bezeichnet:*

**Summons in a Civil Case**
*Vorladung in einem Zivilfall*

**I, Maria Victoria Portuguez, General Manager of this company, hereby certify that Melanie Colman, who translated this document, is fluent in German and standard North American English and qualified to translate. I attest to the following:**
*Ich, Maria Victoria Portuguez, Hauptgeschäftsführer/Hauptgeschäftsführerin von dieser Gesellschaft, hiermit bescheinige dass Melanie Colmen, der/die dieses Schriftstück übersetzt hat, ist fließend in den deutschen und englischen Sprachen und qualifiziert für Übersetzungen. Ich attestiere das Folgende:*

**"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."**
*"Nach meinem besten Wissen ist der beiliegende Text eine wahre, vollständige und genaue Übersetzung des angeführten Schriftstücks."*

_____

**Signature of Maria Victoria Portuguez**
*Unterschrift von Maria Victoria Portuguez*

**Subscribed and sworn to before me this September 12, 2007.**
*Vor mir unterzeichnet und beeidigt am 12. September 2007.*

_____

**Vicki Farron**
**Notary Public, State of Kansas**
**Qualified in Johnson County**
**Commission Expires December 9, 2008**

*Vicki Farron*
*Öffentlicher Notar des Staates Kansas*
*Qualifiziert in Bezirk Johnson*
*Ermächtigung läuft am 9.dezember 2008 ab*

**Sincerely,**
*Hochachtungsvoll,*

**Victor J. Hertz**
**President/*Präsident***

AO 440 (Stand DC-September 2003) Vorladung in einem Zivilverfahren

# BEZIRKSGERICHT DER VEREINIGTEN STAATEN
## District of Columbia

NAWA USA Inc.

### VORLADUNG IN EINEM ZIVILFALL

GG.

Dr. Hans-Georg Bottler et al.

FALL NUMMER: 1:06CV01150
*RMC*

**AN:** (Name und Anschrift des Beklagten)

BERND STERN
Muelhamer Strasse 20
94486 Osterhofen
DEUTSCHALND

**SIE WERDEN HIERMIT VORGELADEN** und haben dem ANWALT DES KLÄGERS (Name
und Anschrift)

STEPHEN A. WEITZMAN D.C.-Anwaltskammernr. 15602
Anwalt des Klägers
4950 Reedy Brook Lane
Columbia, Maryland 21045 (301) 596-5564
Saw5198@sarthlink.net

*20 [unleserliche Initialen]*
innerhalb von _____ 60 _____ Tagen nach Zustellung dieser Vorladung an Sie, den Tag der Zustellung
nicht eingeschlossen, eine Erwiderung auf diese Klageschrift zuzustellen, die Ihnen zusammen mit dieser
Vorladung zugestellt wird. Falls Sie dem nicht nachkommen, ergeht gegen Sie ein Säumnisurteil, in dem
dem Antrag des Klägers stattgegeben wird. Jede Erwiderung, die Sie den Parteien dieses Verfahrens
zustellen, muss innerhalb einer angemessenen Frist nach der Zustellung auch beim Justizbeamten dieses
Gerichts eingereicht werden.

___NANCY M. MAYER-WHITTINGTON___              ___5.9.2007___
JUSTIZBEAMTER                                 DATUM

[siegel]

___[unleserliche Unterschrift]___
(Gez.) STELLV. JUSTIZBEAMTER

AO 440 (Stand DC-September 2003) Vorladung in einem Zivilverfahren

## ZUSTELLBESCHEINIGUNG

| Die Zustellung der Vorladung und der Klageschrift erfolgte durch mich (¹) | DATUM |
|---|---|
| NAME DES ZUSTELLERS  (IN DRUCKBUCHSTABEN) | TITEL |

*Markieren Sie bitte ein Kästchen unten, um die zutreffende Zustellmethode anzugeben:*

☐  Persönlich dem Beklagten zugestellt. Ort, wo die Zustellung stattfand:_____
_____

☐  Kopien davon am Wohnsitz oder gewöhnlichen Aufenthaltsort des Beklagten bei einer dort anwesenden Person angemessenen Alters und Urteilsvermögens hinterlassen.

Name der Person, bei der die Vorladung und die Klageschrift hinterlassen wurden:_____

☐  Unerledigt zurück:_____
_____
_____

☐  Sonstiges (angeben):_____
_____
_____

## AUFSTELLUNG DER ZUSTELLGEBÜHREN

| REISEKOSTEN | DIENSTLEISTUNGEN | GESAMT |
|---|---|---|

## ERKLÄRUNG DES ZUSTELLERS

Ich erkläre hiermit an Eides statt unter den Gesetzen der Vereinigten Staaten von Amerika, dass die zuvor abgegebene Informationen in dieser Zustellbescheinigung und Aufstellung der Zustellgebühren der Wahrheit entsprechen und korrekt sind.

Ausgefertigt am  _____      _____
                        Datum                              *Unterschrift des Zustellers*

                                                 _____
                                                 *Anschrift des Zustellers*

[siegel]

(1)  Hinsichtlich der Frage, wer berechtigt ist, die Zustellung einer Vorladung vorzunehmen, siehe Vorschrift 4 der US-Bundeszivilverfahrensordnung [Federal Rules of Civil Procedure].

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NAWA USA Inc.

### SUMMONS IN A CIVIL CASE

V.

Dr. Hans-Georg Bottler et al.

CASE NUMBER:    1:06CV01150

*RMC*

TO: (Name and address of Defendant)

BERND STERN
Muelhamer Strasse 20
94486 Osterhofen
Germany

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STEPHEN A. WEITZMAN D.C. Bar No. 15602
Attorney for Plaintiff
4950 Reedy Brook Lane
Columbia, Maryland 21045 (301) 596-5564
saw5198@earthlink.net

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    9/5/2007

CLERK

_____
(By) DEPUTY CLERK                                  DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                    *Signature of Server*


                              _____
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | CENTRAL AUTHORITY FOR THE CANTON OF ST. GALLEN<br>Kantonsgericht St. Gallen<br>Klosterhof 1<br>9001 St. Gallen<br>SWITZERLAND |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir-en double exemplaire-à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)     Ferdy EGLI, an individual

Freudenbergweg 5, 9240 Uzil, SWITZERLAND

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*(a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*     Personal service in accordance with your internal

law for service of documents upon persons or entities in your territory.

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*(c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes*--with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte-et de ses annexes-avec l'attestation figurant au verso.*

SERVICE IS REQUESTED PURSUANT TO PUBLIC LAW 97-462 OF FEB. 26, 1983 WHICH AMENDED RULE 4(c)2(a) OF THE U.S. FEDERAL RULES OF CIVIL PROCEDURE.

List of documents
*Enumération des pièces*

| | |
|---|---|
| Executed "Request," in duplicate | |
| "Certificate" (unexecuted), in duplicate | Done at  Leawood, Kansas, USA,  the  12 Sept. 2007 |
| "Summary" with Attachment "A," in duplicate | *Fait à* _____, *le* _____ |
| "Notice," in duplicate | Signature and/or stamp. |
| Summons in a Civil Case, in English and German, in duplicate | *Signature et/ou cachet.* |
| Complaint with Exhibits A-C, in English and German, in duplicate | |

*Delete if inappropriate
*Rayer les mentions inutiles.*

1 (Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94
(Est. 11/22/77)

## CERTIFICATE
### ATTESTATION

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1) that the document has been served \***
*1. que la demande a été exécutée*

- **the (date)**
  - *le (date)* _____
- **at (place, street, number)**
  - *à (localtité, rue numéro)* _____

- **in one of the following methods authorised by article 5-**
  - *dans une des formes suivantes prévues à l'article 5:*
    - ☐ **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
      - *a) selon les formes légales (article 5, alinéa premier, lettre a).*
    - ☐ **(b) in accordance with the following particular method\*:**
      - *b) selon la forme particulière suivante :* _____

    - ☐ **(c) by delivery to the addressee, who accepted it voluntarily. \***
      - *c) par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*

- **-(identity and description of person)**
  - *-(identité et qualité de la personne)* _____

- **-relationship to the addressee (family, business, or other):**
  - *-liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

**2) that the document has not been served, by reason of the following facts\*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____
_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**

*Conformment à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

**Done at** _____ **, the** _____
*Fait à* _____ *, le* _____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

**Signature and / or stamp.**
*Signature et / ou cachet.*

_____
_____

_____
_____

## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'tranger des actes judiciaires et extrajudiciares
en matière civile ou commerciale, signé à La Haye, le 15 Novembre 1965.*
(article 5, fourth paragraph)
*(article 5, alinéa 4)*

| | |
|---|---|
| Name and address of the requesting authority: | Karina Shreefer, Esq. |
| *Nom et adresse de l'autorité requérante :* | LEGAL LANGUAGE SERVICES |
| | 8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A. |
| | Tel. 1.913.341.3167 |

Particulars of the parties*:
*Identité des parties :*    NAWA USA, INC., *Plaintiff*
DR. HANS-GEORG BOTTLER; **FERDY EGLI**; BERND STERN; PETER KANZLSPERGER;
NAWA VERTRIEBS-GMBH and ALEXANDER GRUTER, *Defendants*

### JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*    To give notice to the Defendant of the commencement of a civil claim against him,
and to summon him to answer or otherwise respond.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige :*    See Attachment "A."

Date and place for entering appearance**:
*Date et lieu de la comparution :*    Defendant is summoned and required to serve on Plaintiff's Attorney (Stephen A. Weitzman, Esq.) an **Answer**
to the Complaint within twenty (20) days after service of the Summons, exclusive of the day of service.  Any Answer the Defendant **serves on**
the parties to this action must be filed within a reasonable period of time after service with the Clerk of the United States District Court,
District of Colombia located at: E. Barrett Prettyman U.S. Courthouse, 333 Connecticut Avenue, N.W., Washington, District of Columbia
20001, U.S.A.
Court which has given judgment**:
*Juridiction qui a rendu la décision :*    N/A

Date of judgment**:
*Date de la décision :*    N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*    Defendant is summoned and required to serve on Plaintiff's Attorney (Stephen A. Weitzman, Esq.) an
Answer to the Complaint within twenty (20) days after service of the Summons, exclusive of the day of service.  If Defendant fails to do so,
judgment by default will be taken against him for the relief demanded in the Complaint.  Any Answer the Defendant serves on the parties to
this action must be filed with the Clerk of the Court within a reasonable period of time after service.

### EXTRAJUDICIAL DOCUMENT**
### *ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*    N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*    N/A

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*    *U.S. Government Printing Office: 1990-262-211/15302
\*\* Delete if inappropriate.
  *Rayer les mentions inutiles.*

3

**Attachment "A"**
**to "Summary of the Document to be Served"**

Plaintiff NAWA USA, Inc. ("NAWA"), brings this action for breach of employment contract, fraud and deceit, theft and conversion, unfair competition and breach of fiduciary duty against the named Defendants, who are its former directors, a former officer, the German corporation which was the unlawful beneficiary of the allegedly unlawful actions of the individual Defendants, and the attorney who counseled the individual Defendants in their unlawful actions.

On January 1, 2000, Plaintiff NAWA hired Defendant Peter Kanzlsperger as Vice President and Chief Operating Officer of Plaintiff NAWA, USA. The employment contract included restrictions on the disclosure or use by said Defendant of the proprietary information of NAWA. Between January 1, 2000 and May 23, 2003, Defendant NAWA Vertriebs-GmbH was 80% owned by the Plaintiff, and acted as the manufacturing arm for the products of Plaintiff. Plaintiff alleges that prior to May 23, 2003, the individual Defendants planned a deliberate conspiracy to improperly use the funds, property and assets of Plaintiff in order to allow Defendant NAWA Vertriebs-GmbH to improperly utilize these assets for its own benefit. Although Defendants Dr. Hans-Geog Bottler, Ferdy Egli, Bernd Stern, and Peter Kanzlsperger were removed as members of the Plaintiff's Board of Directors in May 2003, and Defendant Kanzlsperger was dismissed from his office in June 2003, the Defendants continued to meet and to pass resolutions as members of the Board, allowing themselves to continue the operation of Defendant NAWA Vertriebs-GmbH to fraudulently manufacture, market, sell and profit from products that rightfully belong to Plaintiff, all to the detriment of Plaintiff and its stockholders.

Plaintiff demands judgment, jointly and severally, against the Defendants for the following relief: compensatory damages; punitive damages; interest at the legal rate from date of judgment; costs, disbursements and expenses of suit; attorneys' fees; equitable, declaratory and injunctive relief; and such other relief as the Court may order.

NOTICE
*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

Ferdy EGLI, *an individual*
Freudenbergweg 5
9240 Uzil
SWITZERLAND

TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS.  LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET.  IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT.  IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
U.S.A.
Tel. 1.202.682.2720

IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS.  THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE.  YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY.  IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
U.S.A.
Tel. 1.202.682.2720

**LEGAL LANGUAGE SERV**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS  66208-3712

Telephone   (913) 341-3167
Toll Free   (800) 755-5775
Telefax   (913) 341-3168
www.legallanguage.com

September 12, 2007
*12. September 2007*

**Certification:**
*Bestätigung:*

**This is to certify that the attached translation from English into German is an accurate representation of the document received by this office.  This document is designated as:**
*Hiermit wird bestätigt, daß die beigefügte Übersetzung aus der englischen in die deutsche Sprache eine genaue Wiedergabe des von diesem Büro erhaltenen Schriftstücks ist. Das Schriftstück ist wie folgt bezeichnet:*

**Summons in a Civil Case**
*Vorladung in einem Zivilfall*

**I, Maria Victoria Portuguez, General Manager of this company, hereby certify that Melanie Colman, who translated this document, is fluent in German and standard North American English and qualified to translate. I attest to the following:**
*Ich, Maria Victoria Portuguez, Hauptgeschäftsführer/Hauptgeschäftsführerin von dieser Gesellschaft, hiermit bescheinige dass Melanie Colmen, der/die dieses Schriftstück übersetzt hat, ist fließend in den deutschen und englischen Sprachen und qualifiziert für Übersetzungen. Ich attestiere das Folgende:*

**"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."**
*"Nach meinem besten Wissen ist der beiliegende Text eine wahre, vollständige und genaue Übersetzung des angeführten Schriftstücks."*

Signature of Maria Victoria Portuguez
*Unterschrift von Maria Victoria Portuguez*

**Subscribed and sworn to before me this September 12, 2007.**
*Vor mir unterzeichnet und beeidigt am 12. September 2007.*

**Vicki Farron**
**Notary Public, State of Kansas**
**Qualified in Johnson County**
**Commission Expires December 9, 2008**

*Vicki Farron*
*Öffentlicher Notar des Staates Kansas*
*Qualifiziert in Bezirk Johnson*
*Ermächtigung läuft am 9.dezember 2008 ab*

**Sincerely,**
*Hochachtungsvoll,*

**Victor J. Hertz**
**President/***Präsident*

AO 440 (Stand DC-September 2003) Vorladung in einem Zivilverfahren

## BEZIRKSGERICHT DER VEREINIGTEN STAATEN
### District of Columbia

NAWA USA Inc.

**VORLADUNG IN EINEM ZIVILFALL**

GG.

Dr. Hans-Georg Bottler et al.

FALL NUMMER: 1:06CV01150
*RMC*

**AN:** (Name und Anschrift des Beklagten)

FERDY EGLI
Freudenbergweg 5
9240 Uzil
Schweiz

**SIE WERDEN HIERMIT VORGELADEN** und haben dem ANWALT DES KLÄGERS (Name und Anschrift)

STEPHEN A. WEITZMAN D.C.-Anwaltskammernr. 15602
Anwalt des Klägers
4950 Reedy Brook Lane
Columbia, Maryland 21045 (301) 596-5564
Saw5198@sarthlink.net

*20 [unleserliche Initialen]*

innerhalb von _____**60**_____ Tagen nach Zustellung dieser Vorladung an Sie, den Tag der Zustellung nicht eingeschlossen, eine Erwiderung auf diese Klageschrift zuzustellen, die Ihnen zusammen mit dieser Vorladung zugestellt wird. Falls Sie dem nicht nachkommen, ergeht gegen Sie ein Säumnisurteil, in dem dem Antrag des Klägers stattgegeben wird. Jede Erwiderung, die Sie den Parteien dieses Verfahrens zustellen, muss innerhalb einer angemessenen Frist nach der Zustellung auch beim Justizbeamten dieses Gerichts eingereicht werden.

_NANCY M. MAYER-WHITTINGTON_          _5.9.2007_
JUSTIZBEAMTER                          DATUM

[siegel]

_[unleserliche Unterschrift]_
(Gez.) STELLV. JUSTIZBEAMTER

AO 440 (Stand DC-September 2003) Vorladung in einem Zivilverfahren

| ZUSTELLBESCHEINIGUNG | |
|---|---|
| Die Zustellung der Vorladung und der Klageschrift erfolgte durch mich (¹) | DATUM |
| NAME DES ZUSTELLERS  (IN DRUCKBUCHSTABEN) | TITEL |

*Markieren Sie bitte ein Kästchen unten, um die zutreffende Zustellmethode anzugeben:*

☐  Persönlich dem Beklagten zugestellt. Ort, wo die Zustellung stattfand:_____
_____

☐  Kopien davon am Wohnsitz oder gewöhnlichen Aufenthaltsort des Beklagten bei einer dort anwesenden Person angemessenen Alters und Urteilsvermögens hinterlassen.

Name der Person, bei der die Vorladung und die Klageschrift hinterlassen wurden:_____

☐  Unerledigt zurück:_____
_____
_____

☐  Sonstiges (angeben):_____
_____
_____

| AUFSTELLUNG DER ZUSTELLGEBÜHREN | | |
|---|---|---|
| REISEKOSTEN | DIENSTLEISTUNGEN | GESAMT |

**ERKLÄRUNG DES ZUSTELLERS**

Ich erkläre hiermit an Eides statt unter den Gesetzen der Vereinigten Staaten von Amerika, dass die zuvor abgegebene Informationen in dieser Zustellbescheinigung und Aufstellung der Zustellgebühren der Wahrheit entsprechen und korrekt sind.

Ausgefertigt am _____          _____
                          Datum                              *Unterschrift des Zustellers*

                                                            _____
                                                             *Anschrift des Zustellers*

[siegel]

(1)  Hinsichtlich der Frage, wer berechtigt ist, die Zustellung einer Vorladung vorzunehmen, siehe Vorschrift 4 der US-Bundeszivilverfahrensordnung [Federal Rules of Civil Procedure].

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NAWA USA Inc.

**SUMMONS IN A CIVIL CASE**

V.

Dr. Hans-Georg Bottler et al.

CASE NUMBER:    1:06CV01150

*RMC*

TO: (Name and address of Defendant)

FERDY EGLI
Freudenbergweg 5
9240 Uzil
Switzerland

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STEPHEN A. WEITZMAN D.C. Bar No. 15602
Attorney for Plaintiff
4950 Reedy Brook Lane
Columbia, Maryland 21045 (301) 596-5564
saw5198@earthlink.net

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                                       9/5/2007

CLERK                                                                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                              *Signature of Server*


                                  _____
                                      *Address of Server*


(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.