# Hague forms for each Central Authority for Each Defendant with Subpoenas in English and German (Attachment B)

REQUEST

FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciares ou extrajudiciares en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | CENTRAL AUTHORITY FOR BAVARIA<br>Präsidentin des Oberlandesgerichts München<br>Prielmayerstrasse 5<br>80097 München<br>GERMANY |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
        (Identity and address)
*Le requérant soussigné a l'honneur de faire parvenir-en double exemplaire-à l'autorité destinataire les documents ci-dessous énumérés,*
*en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
        *(identité et adresse)*    NAWA VERTRIEBS-GMBH (HRB 16775)
                Ziegelhöhe Nr. 8, 92361 Berngau, GERMANY

☐  ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*~~
    ~~*(a) selon les formes légales (article 5, alinéa premier, lettre a).*~~

☒  (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :    Personal service in accordance with your internal
    law for service of documents upon persons or entities in your territory.
    Delivery in accordance with ZPO 177 & 178 requested.

☐  ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*~~
    ~~*(c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes*-with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte-et de ses annexes-avec*
*l'attestation figurant au verso.*

SERVICE IS REQUESTED PURSUANT TO PUBLIC LAW 97-462 OF FEB. 26, 1983 WHICH AMENDED RULE 4(c)2(a) OF THE U.S. FEDERAL RULES OF CIVIL PROCEDURE.

List of documents
*Enumération des pièces*

Executed "Request," in English and German, in duplicate
"Certificate" (unexecuted), in English and German, in duplicate
"Summary" with Attachment "A," in English and German, in duplicate
"Notice," in English and German, in duplicate
Summons in a Civil Case, in English and German, in duplicate
Complaint with Exhibits A-C, in English and German, in duplicate

Done at Leawood, Kansas, U.S.A., the 12 Sept, 2007
Fait à _____, le _____
Signature and/or stamp.
*Signature et/ou cachet.*

*Karina Sh[signature]*

*Delete if inappropriate*
*Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94
(Est. 11/22/77)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *

*1. que la demande a été exécutée*

- the (date)
- *le (date)* _____

- at (place, street, number)
- *à (locatlité, rue numéro)* _____

- in one of the following methods authorised by article 5-
- *-dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method*:
*b) selon la forme particulière suivante :* _____

☐ (c) by delivery to the addressee, who accepted it voluntarily. *
*c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)
*-(identité et qualité de la personne)* _____

-relationship to the addressee (family, business, or other):
*-liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'execution:*
_____
_____

Done at _____ , the _____
*Fait à* _____ *, le* _____

Signature and / or stamp.
*Signature et / ou cachet.*

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2

**ANTRAG**
**AUF ZUSTELLUNG EINES GERICHTLICHEN ODER AUSSERGERICHTLICHEN**
**SCHRIFTSTÜCKS IM AUSLAND**

*REQUEST*
*FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS*

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Übereinkommen über die Zustellung gerichtlicher und aussergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssachen, unterzeichnet in Den Haag am 15. November 1965.
Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Bezeichnung und Anschrift der ersuchenden Stelle<br>Identity and address of the applicant<br>*Identité et adresse du requérant* | Anschrift der Bestimmungsbehörde<br>Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| RA Karina Shreefer<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>VEREINIGTE STAATEN VON AMERIKA<br>Tel. 1.913.341.3167 | ZENTRALBEHÖRDE FÜR BAYERN<br>Präsidentin des Oberlandesgerichts München<br>Prielmayerstrasse 5<br>D-80097 München<br>DEUTSCHLAND |

Die ersuchende Stelle beehrt sich, der Bestimmungsbehörde - in zwei Stücken - die unten angegebenen Schriftstücke mit der Bitte zu übersenden, davon nach Artikel 5 des Übereinkommens ein Stück unverzüglich dem Empfänger zustellen zu lassen, nämlich
    (Name und Anschrift)
The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (Identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -en double exemplaire- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*    NAWA VERTRIEBS-GMBH (HRB 16775)
                    Ziegelhöhe Nr. 8, 92361 Berngau, DEUTSCHLAND

☐  (a) ~~in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a)*~~
    ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*~~
    ~~(a) selon les formes légales (article 5, alinéa premier, lettre a).*~~

☒  (b) in der folgenden besonderen Form (Artikel 5 Absatz 1 Buchstabe b)* :
    (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :*    Persönliche Zustellung in Übereinstimmung mit Ihren internen
    Gesetzen für die Zustellung von Dokumenten an Personen oder Rechtsträger innerhalb Ihres Staatsgebiets.
    Zustellung in Übereinstimmung mit ZPO 177 und 178 beantragt.

☐  (c) ~~gegebenenfalls durch einfache Übergabe (Artikel 5 Absatz 2)*.~~
    ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.~~
    ~~(c) le cas échéant, par remise simple (article 5, alinéa 2)*.~~

Die Behörde wird gebeten, der ersuchenden Stelle ein Stück des Schriftstücks - und seiner Anlagen* - mit dem Zustellungszeugnis auf der Rückseite zurückzusenden oder zurücksenden zu lassen.
The authority is requested to return or to have returned to the applicant a copy of the documents -and of the annexes*- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes -avec l'attestation figurant au verso.*

ZUSTELLUNG BEANTRAGT GEMÄSS GESETZ 97-462 VOM 26. FEB. 1983, WELCHES REGEL 4(c)2(a) DER U.S. BUNDESZIVILPROZESSORDNUNG ERGÄNZT.

Verzeichnis der Schriftstücke
List of documents
*Enumération des pièces*

 Ausgefüllter „Zustellungsantrag", in Englisch und Deutsch, in doppelter Ausführung

 „Bescheinigung" (nicht ausgefüllt), in Englisch und Deutsch, in doppelter    Ausgefertigt in _____, am _____

# ZUSTELLUNGSZEUGNIS
# CERTIFICATE
## *ATTESTATION*

Die unterzeichnete Behörde beehrt sich, nach Artikel les Übereinkommens zu bescheinigen,
**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1. dass der Antrag erledigt worden ist*
**1) that the document has been served ***
*1. que la demande a été exécutée**

    - am (Datum)
    - **the (date)**
    - *le (date)* _____

    - in (Ort, Strasse, Nummer)
    - **at (place, street, number)**
    - *à (locatlité, rue numéro)* _____

    - in einer der folgenden Formen nach Artikel 5:
    - **in one of the following methods authorised by article 5:**
    - *dans une des formes suivantes prévues à l'article 5:*

        ☐ a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a).*
        **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
        *a) selon les formes légales (article 5, alinéa premier, lettre a).**

        ☐ b) in der folgenden besonderen Form:*
        **(b) in accordance with the following particular method*:**
        *b) selon la forme particulière suivante :** _____

        ☐ c) durch einfache Übergabe.*
        **(c) by delivery to the addressee, who accepted it voluntarily. ***
        *c) par remise simple.**

Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*

    -(name und Stellung der Person)
    -**(identity and description of person)**
    -*(identité et qualité de la personne)* _____

    -Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:
    -**relationship to the addressee (family, business, or other):**
    -*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

2. dass der Antrag aus folgenden Gründen nicht erledigt werden konnte:*
**2) that the document has not been served, by reason of the following facts*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:**

_____
_____
_____

Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten*.
**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

Anlagen
**Annexes**
*Annexes*

Zurückgesandte Schriftstücke:
**Documents returned:**

ANGABEN ÜBER DEN WESENTLICHEN INHALT DES ZUZUSTELLENDEN SCHRIFTSTÜCKS
SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Übereinkommen über die Zustellung gerichtlicher und aussergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssachen, unterzeichnet in Den Haag am 15 November 1965
Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(Artikel 5, Absatz 4)
(article 5, fourth paragraph)
*(article 5, alinéa 4)*

Bezeichnung und Anschrift der ersuchenden Stelle:
Name and address of the requesting authority:
*Nom et adresse de l'autorité requérante:*   RA Karina Shreefer
LEGAL LANGUAGE SERVICES
8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.
Tel. 1.913.341.3167

Bezeichnung der Parteien*:
Particulars of the parties*:
*Identité des parties*:*   NAWA USA, INC., *Klägerin*
DR. HANS-GEORG BOTTLER; FERDY EGLI; BERND STERN; PETER KANZLSPERGER; NAWA VERTRIEBS-GMBH and ALEXANDER GRUTER, *Beklagte*

GERICHTLICHES SCHRIFTSTÜCK**
JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE***

Art und Gegenstand des Schriftstücks:
Nature and purpose of the document:
*Nature et objet de l'acte:*   Benachrichtigung der Beklagten, dass eine Zivilklage gegen sie erhoben wurde und Ladung derselben zur Einreichung einer Klageerwiderung oder anderweitigen Stellungnahme.

Art und Gegenstand des Verfahrens, gegebenenfalls Betrag der geltend gemachten Forderung:
Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige:*   Siehe Anhang „B"

Termin und Ort für die Einlassung auf das Verfahren**:
Date and place for entering appearance**:
*Date et lieu de la comparution**:*   Der Beklagte wird vorgeladen und hat dem Anwalt des Klägers (RA Stephen A. Weitzman) innerhalb von zwanzig (20) Tagen nach Zustellung der Vorladung, den Tag der Zustellung nicht gerechnet, eine Erwiderung auf die Klageschrift zuzustellen. Jede Erwiderung, die der Kläger den Parteien in diesem Verfahren zustellt, muss innerhalb einer angemessenen Frist nach der Zustellung auch beim Justizbeamten des Bezirksgerichts der Vereinigten Staaten, District of Columbia, unter der Anschrift E. Barrett Prettyman U.S. Courthouse, 333 Connecticut Avenue, N.W., Washington, District of Columbia 20001, USA eingereicht werden.

Gericht, das die Entscheidung erlassen hat**:
Court which has given judgement**:
*Juridiction qui a rendu la decision**:*   Nicht zutreffend

Datum der Entscheidung**:
Date of judgement**:
*Date de la decision**:*   Nicht zutreffend

Im Schriftstück vermerkte Fristen**:
Time limits stated in the document**:
*Indication des délais figurant dans l'acte**:*   Der Beklagte wird vorgeladen und hat dem Anwalt des Klägers (RA Stephen A. Weitzman) innerhalb von zwanzig (20) Tagen nach Zustellung der Vorladung, den Tag der Zustellung nicht gerechnet, eine Erwiderung auf die Klageschrift zuzustellen. Falls der Beklagte dem nicht nachkommt, ergeht gegen ihn ein Säumnisurteil, in dem dem Klageantrag stattgegeben wird. Jede Erwiderung, die der Kläger den Parteien in diesem Verfahren zustellt, muss innerhalb einer angemessenen Frist nach der Zustellung auch beim Justizbeamten des Gerichts eingereicht werden.

AUSSERGERICHTLICHES SCHRIFTSTÜCK**
EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE***

Art und Gegenstand des Schriftstücks:
Nature and purpose of the document:
*Nature et objet de l'acte:*   Nicht zutreffend

Anhang „A"
zu „Zusammenfassung der zuzustellenden Unterlagen"

Der Kläger NAWA USA, Inc. („NAWA") reicht diese Klage wegen des Bruchs eines Anstellungsvertrags, Betrug und Täuschung, Diebstahl und Unterschlagung, unlauterem Wettbewerb und Verstoß gegen Treuepflichten gegen die benannten Beklagten ein, die seine ehemaligen Direktoren waren, gegen einen ehemaligen leitenden Angestellten, gegen ein deutsches Unternehmen, das der widerrechtliche Begünstigte der behauptungsgemäß widerrechtlichen Handlungen der Einzelpersonenbeklagten war, sowie gegen den Anwalt ein, der die Einzelpersonenbeklagen bei ihren widerrechtlichen Handlungen beriet.

Am 1. Januar 2000 stellte der Kläger NAWA den Beklagten Peter Kanzlsperger als Vizepräsident und Chief Operating Officer [A.d.Ü.: etwa: Geschäftsführer für das operative Geschäft] des Klägers NAWA, USA ein. Der Anstellungsvertrag enthielt Beschränkungen hinsichtlich der Weitergabe bzw. Nutzung der unternehmenseigenen Informationen von NAWA seitens des besagten Beklagten. Zwischen dem 1. Januar 2000 und dem 23. Mai 2003 war der Kläger Eigentümer von 80% der Geschäftsanteile des Beklagten NAWA Vertriebs-GmbH und NAWA Vertriebs-GmbH handelte als Fertiger der Produkte des Klägers. Der Kläger behauptet, dass die Einzelpersonen-Beklagten vor dem 23. Mai 2003 eine wohlüberlegte Verschwörung planten, um die Gelder, das Eigentum und Vermögen des Klägers unzulässig zu nutzen, um dem Beklagten NAWA Vertriebs-GmbH zu erlauben, dieses Vermögen unzulässig zu seinem eigenen Vorteil zu nutzen. Obwohl die Beklagten Dr. Hand-Georg Bottler, Ferdy Egli, Bernd Stern und Peter Kanzlsperger im Mai 2003 aus dem Verwaltungsrat des Klägers abberufen wurden und der Beklagte Kanzlsperger im Juni 2006 aus seinem Amt entlassen wurde, trafen sich die Beklagten weiterhin und trafen weiterhin Entscheidungen als Mitglieder des Verwaltungsrats, wodurch sie es sich ermöglichten die Geschäftstätigkeit des Beklagten NAWA Vertriebs-GmbH fortzusetzen, um Produkte betrügerisch herzustellen, zu vermarkten, zu verkaufen und von ihnen zu profitieren, die rechtmäßig dem Kläger gehören, alles zum Nachteil des Klägers und seiner Gesellschafter.

Der Kläger beantragt ein einzel- und gesamtschuldnerisches Urteil gegen die Beklagten auf die folgenden Abhilfen: ausgleichender Schadensersatz; Strafschadensersatz; gesetzlich zulässige Zinsen ab dem Tag der Urteilsverkündung; Kosten, Auslagen und Aufwendungen des Verfahrens; Anwaltshonorare; billigkeitsrechtliche, feststellende und Unterlassungsabhilfen sowie solche anderen Abhilfen, die das Gericht anordnen kann.

## NOTICE
*(recommended by the Fourteenth Session of Hague Conference of October, 1980)*

Name und Anschrift des Empfängers
**identity and address of the addressee**
*identité et adresse du destinataire*

---

NAWA VERTRIEBS-GMBH
(HRB 16775)
Ziegelhöhe Nr. 8
92361 Berngau
DEUTSCHLAND

---

### SEHR WICHTIG

DAS BEILIEGENDE SCHRIFTSTÜCK IST RECHTLICHER ART UND KANN IHRE RECHTE UND PFLICHTEN BERÜHREN. DIE "ANGABEN ÜBER DEN WESENTLICHEN INHALT DES ZUZUSTELLENDEN SCHRIFTSTÜCKS" GEBEN IHNEN EINIGE AUSKÜNFTE ÜBER DESSEN NATUR UND GEGENSTAND. ES IST DENNOCH UNERLÄSSLICH, DEN TEXT DES SCHRIFTSTÜCKES SELBER AUFMERKSAM ZU LESEN. ES KANN AUCH NÖTIG SEIN, HIERÜBER EINE RECHTSAUSKUNFT ZU VERLANGEN.

FALLS IHRE FINANZIELLEN MITTEL DAFÜR NICHT AUSREICHEN, ERKUNDIGEN SIE SICH ÜBER DIE MÖGLICHKEITEN DER UNENTGELTLICHEN RECHTSHILFE UND DER UNENTGELTLICHEN RECHTSBERATUNG, UND ZWAR ENTWEDER IN IHREM LAND ODER IM HERKUNFTSLAND DIESES SCHRIFTSTÜCKS.

AUSKUNFTSBEGEHREN ÜBER DIE MÖGLICHKEITEN DER UNENTGELTLICHEN RECHTSHILFE ODER DER UNENTGELTLICHEN RECHTSBERATUNG KÖNNEN IM HERKUNFTSLAND DIESES SCHRIFTSTÜCKS GERICHTET WERDEN AN:

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
VEREINIGTE STAATEN VON AMERIKA
Tel. 1.202.682.2720

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
VEREINIGTE STAATEN VON AMERIKA
Tel. 1.202.682.2720

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

Name and address of the requesting authority: Karina Shreefer, Esq.
*Nom et adresse de l'autorité requérante :* LEGAL LANGUAGE SERVICES
8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.
Tel. 1.913.341.3167

**Particulars of the parties\*:**
*Identité des parties :* NAWA USA, INC., *Plaintiff*
DR. HANS-GEORG BOTTLER; FERDY EGLI; BERND STERN; PETER KANZLSPERGER;
NAWA VERTRIEBS-GMBH and ALEXANDER GRUTER, *Defendants*

### JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :* To give notice to the Defendant of the commencement of a civil claim against it, and to summon it to answer or otherwise respond.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige :* See Attachment "A."

Date and place for entering appearance\*\*:
*Date et lieu de la comparution :* Defendant is summoned and required to serve on Plaintiff's Attorney (Stephen A. Weitzman, Esq.) an Answer to the Complaint within twenty (20) days after service of the Summons, exclusive of the day of service. Any Answer the Defendant serves on the parties to this action must be filed within a reasonable period of time after service with the Clerk of the United States District Court, District of Colombia located at: E. Barrett Prettyman U.S. Courthouse, 333 Connecticut Avenue, N.W., Washington, District of Columbia 20001, U.S.A.

Court which has given judgment\*\*:
*Juridiction qui a rendu la décision :* N/A

Date of judgment\*\*:
*Date de la décision :* N/A

Time limits stated in the document\*\*:
*Indication des délais figurant dans l'acte :* Defendant is summoned and required to serve on Plaintiff's Attorney (Stephen A. Weitzman, Esq.) an Answer to the Complaint within twenty (20) days after service of the Summons, exclusive of the day of service. If Defendant fails to do so, judgment by default will be taken against it for the relief demanded in the Complaint. Any Answer the Defendant serves on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

### EXTRAJUDICIAL DOCUMENT\*\*
*ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :* N/A

Time limits stated in the document\*\*:
*Indication des délais figurant dans l'acte :* N/A

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
*Rayer les mentions inutiles.*

\*U.S. Government Printing Office: 1990-262-211/15302

3

**Attachment "A"**
**to "Summary of the Document to be Served"**

Plaintiff NAWA USA, Inc. ("NAWA"), brings this action for breach of employment contract, fraud and deceit, theft and conversion, unfair competition and breach of fiduciary duty against the named Defendants, who are its former directors, a former officer, the German corporation which was the unlawful beneficiary of the allegedly unlawful actions of the individual Defendants, and the attorney who counseled the individual Defendants in their unlawful actions.

On January 1, 2000, Plaintiff NAWA hired Defendant Peter Kanzlsperger as Vice President and Chief Operating Officer of Plaintiff NAWA, USA. The employment contract included restrictions on the disclosure or use by said Defendant of the proprietary information of NAWA. Between January 1, 2000 and May 23, 2003, Defendant NAWA Vertriebs-GmbH was 80% owned by the Plaintiff, and acted as the manufacturing arm for the products of Plaintiff. Plaintiff alleges that prior to May 23, 2003, the individual Defendants planned a deliberate conspiracy to improperly use the funds, property and assets of Plaintiff in order to allow Defendant NAWA Vertriebs-GmbH to improperly utilize these assets for its own benefit. Although Defendants Dr. Hans-Geog Bottler, Ferdy Egli, Bernd Stern, and Peter Kanzlsperger were removed as members of the Plaintiff's Board of Directors in May 2003, and Defendant Kanzlsperger was dismissed from his office in June 2003, the Defendants continued to meet and to pass resolutions as members of the Board, allowing themselves to continue the operation of Defendant NAWA Vertriebs-GmbH to fraudulently manufacture, market, sell and profit from products that rightfully belong to Plaintiff, all to the detriment of Plaintiff and its stockholders.

Plaintiff demands judgment, jointly and severally, against the Defendants for the following relief: compensatory damages; punitive damages; interest at the legal rate from date of judgment; costs, disbursements and expenses of suit; attorneys' fees; equitable, declaratory and injunctive relief; and such other relief as the Court may order.

NOTICE
*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

> NAWA VERTRIEBS-GMBH
> (HRB 16775)
> Ziegelhöhe Nr. 8
> 92361 Berngau
> GERMANY

TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
U.S.A.
Tel. 1.202.682.2720


IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Neighborhood Legal Services Program of the District of Columbia
701 Fourth Street, N.W.
Washington, District of Columbia 20001
U.S.A.
Tel. 1.202.682.2720


**LEGAL LANGUAGE SERVICES**
A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS 66 12

Telephone (913) 341-3167
Toll Free (800) 755-5775
Telefax (913) 341-3168
www.legallanguage.com

**September 12, 2007**
*12. September 2007*

**Certification:**
*Bestätigung:*

This is to certify that the attached translation from English into German is an accurate representation of the document received by this office. This document is designated as:
*Hiermit wird bestätigt, daß die beigefügte Übersetzung aus der englischen in die deutsche Sprache eine genaue Wiedergabe des von diesem Büro erhaltenen Schriftstücks ist. Das Schriftstück ist wie folgt bezeichnet:*

**Request For Service Abroad Of Judicial Or Extrajudicial Documents**
*Antrag Auf Zustellung Eines Gerichtlichen Oder Aussergerichtlichen Schriftstücks Im Ausland*

**I, Maria Victoria Portuguez, General Manager of this company, hereby certify that Melanie Colman, who translated this document, is fluent in German and standard North American English and qualified to translate. I attest to the following:**
*Ich, Maria Victoria Portuguez, Hauptgeschäftsführer/Hauptgeschäftsführerin von dieser Gesellschaft, hiermit bescheinige dass Melanie Colmen, der/die dieses Schriftstück übersetzt hat, ist fließend in den deutschen und englischen Sprachen und qualifiziert für Übersetzungen. Ich attestiere das Folgende:*

"**To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document.**"
*"Nach meinem besten Wissen ist der beiliegende Text eine wahre, vollständige und genaue Übersetzung des angeführten Schriftstücks."*

_____
**Signature of Maria Victoria Portuguez**
*Unterschrift von Maria Victoria Portuguez*

**Subscribed and sworn to before me this September 12, 2007.**
*Vor mir unterzeichnet und beeidigt am 12. September 2007.*

_____
**Vicki Farron**
**Notary Public, State of Kansas**
**Qualified in Johnson County**
**Commission Expires December 9, 2008**

*Vicki Farron*
*Öffentlicher Notar des Staates Kansas*
*Qualifiziert in Bezirk Johnson*
*Ermächtigung läuft am 9.dezember 2008 ab*

**Sincerely,**
*Hochachtungsvoll,*

**Victor J. Hertz**
**President**/*Präsident*


**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone (913) 341-3167
Toll Free  (800) 755-5775
Telefax    (913) 341-3168
www.legallanguage.com

September 12, 2007
*12. September 2007*

**Certification:**
*Bestätigung:*

This is to certify that the attached translation from English into German is an accurate representation of the document received by this office. This document is designated as:
*Hiermit wird bestätigt, daß die beigefügte Übersetzung aus der englischen in die deutsche Sprache eine genaue Wiedergabe des von diesem Büro erhaltenen Schriftstücks ist. Das Schriftstück ist wie folgt bezeichnet:*

Summons in a Civil Case
*Vorladung in einem Zivilfall*

I, Maria Victoria Portuguez, General Manager of this company, hereby certify that Melanie Colman, who translated this document, is fluent in German and standard North American English and qualified to translate. I attest to the following:
*Ich, Maria Victoria Portuguez, Hauptgeschäftsführer/Hauptgeschäftsführerin von dieser Gesellschaft, hiermit bescheinige dass Melanie Colmen, der/die dieses Schriftstück übersetzt hat, ist fließend in den deutschen und englischen Sprachen und qualifiziert für Übersetzungen. Ich attestiere das Folgende:*

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."
*"Nach meinem besten Wissen ist der beiliegende Text eine wahre, vollständige und genaue Übersetzung des angeführten Schriftstücks."*

_____
**Signature of Maria Victoria Portuguez**
*Unterschrift von Maria Victoria Portuguez*

Subscribed and sworn to before me this September 12, 2007.
*Vor mir unterzeichnet und beeidigt am 12. September 2007.*

_____
Vicki Farron
**Notary Public, State of Kansas**
**Qualified in Johnson County**
**Commission Expires December 9, 2008**

*Vicki Farron*
*Öffentlicher Notar des Staates Kansas*
*Qualifiziert in Bezirk Johnson*
*Ermächtigung läuft am 9.dezember 2008 ab*

Sincerely,
*Hochachtungsvoll,*

**Victor J. Hertz**
**President/***Präsident*

AO 440 (Stand DC-September 2003) Vorladung in einem Zivilverfahren

BEZIRKSGERICHT DER VEREINIGTEN STAATEN<br>District of Columbia

NAWA USA Inc.

              GG.    **VORLADUNG IN EINEM ZIVILFALL**

Dr. Hans-Georg Bottler et al.

                                      FALL NUMMER: 1:06CV01150
                                                  RMC

              **AN:** (Name und Anschrift des Beklagten)

NAWA VERTRIEBS-GMBH
Ziegelhöhe Nr. 8
92361 Berngau
DEUTSCHALND

     **SIE WERDEN HIERMIT VORGELADEN** und haben dem ANWALT DES KLÄGERS (Name und Anschrift)

     STEPHEN A. WEITZMAN D.C.-Anwaltskammernr. 15602
     Anwalt des Klägers
     4950 Reedy Brook Lane
     Columbia, Maryland 21045 (301) 596-5564
     Saw5198@sarthlink.net

                    *20 [unleserliche Initialen]*
innerhalb von _____~~60~~_____ Tagen nach Zustellung dieser Vorladung an Sie, den Tag der Zustellung nicht eingeschlossen, eine Erwiderung auf diese Klageschrift zuzustellen, die Ihnen zusammen mit dieser Vorladung zugestellt wird. Falls Sie dem nicht nachkommen, ergeht gegen Sie ein Säumnisurteil, in dem dem Antrag des Klägers stattgegeben wird. Jede Erwiderung, die Sie den Parteien dieses Verfahrens zustellen, muss innerhalb einer angemessenen Frist nach der Zustellung auch beim Justizbeamten dieses Gerichts eingereicht werden.

 __NANCY M. MAYER-WHITTINGTON__                       __5.9.2007__
JUSTIZBEAMTER                                                       DATUM

                                      [siegel]

  __*[unleserliche Unterschrift]*__
(Gez.) STELLV. JUSTIZBEAMTER

AO 440 (Stand DC-September 2003) Vorladung in einem Zivilverfahren

| ZUSTELLBESCHEINIGUNG ||
|---|---|
| Die Zustellung der Vorladung und der Klageschrift erfolgte durch mich (¹) | DATUM |
| NAME DES ZUSTELLERS (IN DRUCKBUCHSTABEN) | TITEL |

*Markieren Sie bitte ein Kästchen unten, um die zutreffende Zustellmethode anzugeben:*

☐ Persönlich dem Beklagten zugestellt. Ort, wo die Zustellung stattfand:_____

☐ Kopien davon am Wohnsitz oder gewöhnlichen Aufenthaltsort des Beklagten bei einer dort anwesenden Person angemessenen Alters und Urteilsvermögens hinterlassen.

Name der Person, bei der die Vorladung und die Klageschrift hinterlassen wurden:_____

☐ Unerledigt zurück:_____

☐ Sonstiges (angeben):_____

| AUFSTELLUNG DER ZUSTELLGEBÜHREN |||
|---|---|---|
| **REISEKOSTEN** | **DIENSTLEISTUNGEN** | **GESAMT** |

| ERKLÄRUNG DES ZUSTELLERS |
|---|
| Ich erkläre hiermit an Eides statt unter den Gesetzen der Vereinigten Staaten von Amerika, dass die zuvor abgegebene Informationen in dieser Zustellbescheinigung und Aufstellung der Zustellgebühren der Wahrheit entsprechen und korrekt sind.<br><br>Ausgefertigt am _____     _____<br>                    Datum                *Unterschrift des Zustellers*<br><br>                                       _____<br>                                         *Anschrift des Zustellers* |

[siegel]

(1) Hinsichtlich der Frage, wer berechtigt ist, die Zustellung einer Vorladung vorzunehmen, siehe Vorschrift 4 der US-Bundeszivilverfahrensordnung [Federal Rules of Civil Procedure].

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NAWA USA Inc.

**SUMMONS IN A CIVIL CASE**

V.

Dr. Hans-Georg Bottler et al.

CASE NUMBER:  1:06CV01150

RMC

TO: (Name and address of Defendant)

NAWA VERTRIEBS-GMBH
Ziegelhohe 8
92361 Berngau
Germany

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STEPHEN A. WEITZMAN D.C. Bar No. 15602
Attorney for Plaintiff
4950 Reedy Brook Lane
Columbia, Maryland 21045 (301) 596-5564
saw5198@earthlink.net

an answer to the complaint which is served on you with this summons, within  _____20 SW_____  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                              9/5/2007

CLERK                                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                          *Signature of Server*

                                      _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.