UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 06-CV-1150 (RMC) |
| ) | |
| DR. HANS-GEORG BOTTLER, ) | |
| FERDI EGLI, BERND STERN, ) | |
| PETER KANZLSPERGER, ) | |
| NAWA VERTRIEBS-GMBH, and ) | |
| ALEXANDER GRUTER, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Please take notice that Joseph Semo of the law firm Semo Law Group hereby provides notice of his intent to appear as counsel on behalf of each of the Defendants in the above-styled case.

This 29th day of October, 2007.

By: /s/ Joseph Semo
Joseph Semo, D.C. Bar No. 237461
SEMO LAW GROUP
1800 M Street, N.W., Suite 730S
Washington, DC 20036
Direct Dial: 202 833 7366
Facsimile: 202 478 0919
E-mail: joesemo@joesemo.com

Of Counsel:

Dana M. Richens
Rachel King Powell
SMITH, GAMBRELL & RUSSELL, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
Tel (404) 815-3500
Fax (404) 815-3509
E-mail: drichens@sgrlaw.com
          rpowell@sgrlaw.com

## **CERTIFICATION**

I, Joseph Semo, counsel for Defendants, do hereby certify that I electronically filed with the Clerk of Court the foregoing NOTICE OF APPEARANCE, using the CM/ECF system, which will notify all parties below:

Stephen A. Weitzman, Esq.
4950 Ready Brook Lane
Columbia, MD 21044

This 29th day of October, 2007.

    /s/ Joseph Semo
    Joseph Semo