PETER KANZLSPERGER
Armin-Knab Strasse 13
94474 Vilshofen
Germany

United States District Court
District of Columbia
333 Constitution Av., NW
Washington, DC 20001

USA

Case: 1:06cv01150 - RMC

NAWA USA Inc

./.

DR. HANSGEORG BOTTLER, et. al.

The defendants moves the court as follows:

1. To dismiss the action because the complaint fails to state a claim against defendant upon which relief can be granted.

2. To dismiss the action or in lieu thereof to quash the return of service of summons on the grounds that they were not delivered in complete German translation to all defendants and therefore undermines the possibility of defense.

3. To dismiss the action in respect of the Corporate Defendant, as the plaintiff failed with the court order of 19th July 2007 to give good cause.

4. To dismiss the action on the ground that the court lacks jurisdiction as the jurisdiction of this court is invoked solely on the alleged ground that the action arises under the Constitution and laws of the United States, that the plaintiff uses the registration in Delaware only for formal reasons and is respectively was at the time the actions on which the claims are based happened solely active in Germany under its main address in Ostendstr. 100, 90482 Nürnberg, Germany, and that the

**RECEIVED**

OCT 2 6 2007

CEO of the plaintiff and other earlier or actual officers of the plaintiff are only German nationals, and that all meetings and actions taken were executed in or on behalf of meetings that took place in Germany and that all actions or contracts were executed under German Law and that German Civil oder Civil Procedure Law solely rules the allegations. The defendants are mostly of German, one is of Swiss nationality, so that they do not fall under US jurisdiction.

5. To dismiss the action on the ground of limitation of claim and action.

6. The claim is to be dismissed, as lawsuits took place before German courts in respect to the relationship of the defendants Bottler, Egli, Stern and Nawa Vertriebs GmbH to the plaintiff and the plaintiff from the point of view of the defendants seeks to obtain US jurisdiction by fraud.

7. In case the court feels to have jurisdiction for this case the defendants will claim further defenses.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NAWA USA, INC.
    Plaintiff

Case No. 06CV01150 (RMC)

v.

DR. HANS-GEORG BOTTLER, *et al.*

    Defendants

### CERTIFICATE OF SERVICE

I, Peter Kanzlsperger, HEREBY CERTIFY that on this 17 day of October 2007, I caused a copy of the foregoing Motion, signed by all defendants acting in lieu to be served by e-mail and regular mail to

    Stephan Weizman
    Bar No. 15602
    4950 Reedy Brook Lane
    Columbia, Maryland 21045

    USA

    saw5198@earthlink.net

The defendants

_____
DR. HANSGEORG BOTTLER

_____
FERDY EGLI

_____
BERND STERN

_____
PETER KANZLSPERGER

_____
NAWA VERTRIEBS-GMBH

_____
ALEXANDER GRUTER