UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 06-CV-1150 (RMC) |
| ) | |
| DR. HANS-GEORG BOTTLER, ) | |
| FERDI EGLI, BERND STERN, ) | |
| PETER KANZLSPERGER, ) | |
| NAWA VERTRIEBS-GMBH, and ) | |
| ALEXANDER GRUTER, ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION TO EXTEND TIME
AND ACKNOWLEDGEMENT OF SERVICE UNDER THE HAGUE CONVENTION**

Plaintiff NAWA USA, Inc. and Defendants Hans-Georg Bottler, Ferdy Egli, Bernd Stern, Peter Kanzlsperger, Alexander Grueter and NAWA Vertriebs-GmbH, by and through their respective counsel of record, hereby acknowledge service of the Complaint under the Hague Convention. Plaintiff and all Defendants move the Court for entry of an order extending the time by which NAWA Vertriebs-GmbH must file a responsive pleading and by which Hans-Georg Bottler, Ferdy Egli, Bernd Stern, Peter Kanzlsperger, Alexander Grueter may amend previously served pro se responsive pleadings. The parties have agreed and consented as follows:

1. Hans-Georg Bottler, Ferdy Egli, Bernd Stern, Peter Kanzlsperger, and Alexander Grueter served responsive pleadings to Plaintiff's Complaint on October 17, 2007. Hans-Georg Bottler, Ferdy Egli, Bernd Stern, Peter Kanzlsperger, and Alexander Grueter shall have an extension of time through and including November 26, 2007 to amend their responsive pleadings to Plaintiff's Complaint. The amended pleadings will replace and supersede the original responsive pleadings.

2.  NAWA Vertriebs-GmbH's responsive pleading to Plaintiff's Complaint is due on October 29, 2007. NAWA Vertriebs-GmbH shall have an extension of time through and including November 26, 2007 to file a responsive pleading to Plaintiff's Complaint.

3.  Hans-Georg Bottler, Ferdy Egli, Bernd Stern, Peter Kanzlsperger, Alexander Grueter and NAWA Vertriebs-GmbH waive any defense or objection to the lawsuit or to the jurisdiction of the Court based on any defect in the summons or service of the summons.

The parties respectfully move the Court to enter the attached order reflecting the parties' agreement.

This 29th day of October, 2007.

By: /s/ Stephen A. Weitzman
Stephen A. Weitzman
D.C. Bar No. 15602
4950 Ready Brook Lane
Columbia, MD 21044
Tel (301) 730-5198
E-mail: saw5198@earthlink.net

Attorney for Plaintiff

By: /s/ Joseph Semo
Joseph Semo
D.C. Bar No. 237461
SEMO LAW GROUP
1800 M Street, N.W.
Suite 730S
Washington, DC 20036
Direct Dial: 202 833 7366
Facsimile: 202 478 0919
E-mail: joesemo@joesemo.com

Of Counsel:
Dana M. Richens
Rachel King Powell
SMITH, GAMBRELL & RUSSELL, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
Tel (404) 815-3500
Fax (404) 815-3509
E-mail: drichens@sgrlaw.com
        rpowell@sgrlaw.com

Attorneys for Defendants

## CERTIFICATION

I, Joseph Semo, counsel for Defendants, do hereby certify that I electronically filed with the Clerk of Court the foregoing CONSENT MOTION TO EXTEND TIME AND ACKNOWLEDGEMENT OF SERVICE UNDER THE HAGUE CONVENTION, using the CM/ECF system, which will notify all parties below.

Stephen A. Weitzman, Esq.
4950 Ready Brook Lane
Columbia, MD 21044

This 29th day of October, 2007.

                                                  /s/ Joseph Semo
                                                  Joseph Semo