UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DR. HANS-GEORG BOTTLER, )<br>FERDI EGLI, BERND STERN, )<br>PETER KANZLSPERGER, )<br>NAWA VERTRIEBS-GMBH, and )<br>ALEXANDER GRUTER, )<br>)<br>    Defendants. ) | Civil Action No.:<br>06-CV-1150 (RMC) |

## CONSENT ORDER

The within and foregoing action having come on before the Court on the parties' Consent Motion to Extend Time and Acknowledgement of Service Under the Hague Convention, upon consideration, and good cause shown,

IT IS HEREBY ORDERED that Hans-Georg Bottler, Ferdy Egli, Bernd Stern, Peter Kanzlsperger, and Alexander Grueter shall have an extension of time through and including November 26, 2007 to amend their responsive pleadings to Plaintiff's Complaint. The amended pleadings will replace and supersede the original responsive pleadings.

IT IS FURTHER ORDERED that NAWA Vertriebs-GmbH shall have an extension of time through and including November 26, 2007 to file a responsive pleading to Plaintiff's Complaint.

IT IS FURTHER ORDERED that Hans-Georg Bottler, Ferdy Egli, Bernd Stern, Peter Kanzlsperger, Alexander Grueter and NAWA Vertriebs-GmbH waive any defense or objection to the lawsuit or to the jurisdiction of the Court based on any defect in the summons or service of the summons.

This \_\_\_\_\_ day of October, 2007.

                                                  _____
Rosemary M. Collyer
United States District Judge