UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DR. HANS-GEORG BOTTLER, )<br>FERDI EGLI, BERND STERN, )<br>PETER KANZLSPERGER, )<br>NAWA VERTRIEBS-GMBH, and )<br>ALEXANDER GRUTER, )<br>)<br>Defendants. ) | Civil Action No.:<br>06-CV-1150 (RMC) |

**PROOF OF SERVICE
UNDER THE HAGUE CONVENTIONS**

  Plaintiff NAWA USA, Inc. and Defendants Hans-Georg Bottler, Ferdy Egli, Bernd Stern, Peter Kanzlsperger, Alexander Grueter and NAWA Vertriebs-GmbH, by and through their respective counsel of record, have acknowledged service of the Complaint under the rules of the Hague Convention.

  A copy of all defendants acknowledgement is attached.

  Actual service has been completed by German and Swiss authorities and proof of service is in the process being mailed back to the United States. Defendants' attorney has contacted Plaintiff's attorney and agreed to acknowledge that service of the complaint was made in compliance with the Hague Convention.

  This 29 th day of October, 2007.

  //Stephen A. Weitzman, Esq.//

By: /s/ Stephen A. Weitzman
Stephen A. Weitzman
4950 Ready Brook Lane
Columbia, MD 21044
Tel (301) 730-5198
E-mail: saw5198@earthlink.net

**CERTIFICATION**

I, Stephen A. Weitzman, counsel for Plaintiff, do hereby certify that I electronically filed with the Clerk of Court the foregoing PROOF OF SERVICE, using the CM/ECF system, which will notify all parties below.

Joseph Semo, Esq.

//Stephen A. Weitzman, Esq.//
4950 Ready Brook Lane
Columbia, MD 21044
This 29 th day of October, 2007.