UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DR. HANS-GEORG BOTTLER, ) <br> FERDI EGLI, BERND STERN, ) <br> PETER KANZLSPERGER, ) <br> NAWA VERTRIEBS-GMBH, and ) <br> ALEXANDER GRUTER, ) <br> ) <br> Defendants. ) | Civil Action No.: <br> 06-CV-1150 (RMC) |

**CONSENT MOTION TO EXTEND TIME
AND –ACKNOWLEDGEMENT OF SERVICE
UNDER THE HAGUE CONVENTIONS**

Plaintiff NAWA USA, Inc. and Defendants Hans-Georg Bottler, Ferdy Egli, Bernd Stern, Peter Kanzlsperger, Alexander Grueter and NAWA Vertriebs-GmbH, by and through their respective counsel of record, hereby acknowledge service of the Complaint under the rules of the Hague Convention. Plaintiff and all defendants move the Court for entry of an order extending the time by which NAWA Vertriebs-GmbH must file a responsive pleading and by which Hans-Georg Bottler, Ferdy Egli, Bernd Stern, Peter Kanzlsperger, Alexander Grueter may amend previously served pro se responsive pleadings. The parties have agreed and consented as follows:

1.     Hans-Georg Bottler, Ferdy Egli, Bernd Stern, Peter Kanzlsperger, and Alexander Grueter served responsive pleadings to Plaintiff's Complaint on October 17, 2007. Hans-Georg Bottler, Ferdy Egli, Bernd Stern, Peter Kanzlsperger, and Alexander Grueter shall have an extension of time through and including November 26, 2007 to amend their responsive pleadings

to Plaintiff's Complaint. The amended pleadings will replace and supersede the original responsive pleadings.

    2.    NAWA Vertriebs-GmbH's responsive pleading to Plaintiff's Complaint is due on October 29, 2007. NAWA Vertriebs-GmbH shall have an extension of time through and including November 26, 2007 to file a responsive pleading to Plaintiff's Complaint.

    3.    Hans-Georg Bottler, Ferdy Egli, Bernd Stern, Peter Kanzlsperger, Alexander Grueter and NAWA Vertriebs-GmbH waive any defense or objection to the lawsuit or to the jurisdiction of the Court based on any defect in the summons or service of the summons.

The parties respectfully move the Court to enter the attached order reflecting the parties' agreement.

This 29 day of October, 2007.

By: /s/ Stephen A. Weitzman  
Stephen A. Weitzman  
D.C. Bar No. 15602  
4950 Ready Brook Lane  
Columbia, MD 21044  
Tel (301) 730-5198  
E-mail: saw5198@earthlink.net  

Attorney for Plaintiff

By: /s/ Joseph Semo  
Joseph Semo  
D.C. Bar No. 237461  
SEMO LAW GROUP  
1800 M Street, N.W.  
Suite 730S  
Washington, DC 20036  
Direct Dial: 202 833 7366  
Facsimile: 202 478 0919  
E-mail: joesemo@joesemo.com  

Of Counsel:

Dana M. Richens  
Rachel King Powell  
SMITH, GAMBRELL & RUSSELL, LLP  
Suite 3100, Promenade II  
1230 Peachtree Street, N.E.  
Atlanta, Georgia 30309-3592  
Tel (404) 815-3500  
Fax (404) 815-3509  
E-mail: drichens@sgrlaw.com

                                                                                       rpowell@sgrlaw.com

                                                                             Attorneys for Defendants

**CERTIFICATION**

I, Joseph Semo, counsel for Defendants, do hereby certify that I electronically filed with the Clerk of Court the foregoing CONSENT MOTION TO EXTEND TIME, using the CM/ECF system, which will notify all parties below.

Stephen A. Weitzman, Esq.
4950 Ready Brook Lane
Columbia, MD 21044

This 29th day of October, 2007.

                                               /s/ Joseph Semo
                                             Joseph Semo