UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 06-CV-1150 (RMC) |
| ) | |
| DR. HANS-GEORG BOTTLER, ) | |
| FERDI EGLI, BERND STERN, ) | |
| PETER KANZLSPERGER, ) | |
| NAWA VERTRIEBS-GMBH, and ) | |
| ALEXANDER GRUTER, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b) of the Federal Rules of Civil Procedure and the doctrine of *forum non conveniens*, Defendants Hans-Georg Bottler, Ferdy Egli, Bernd Stern, Peter Kanzlsperger, Alexander Grueter and NAWA Vertriebs-GmbH move to dismiss Plaintiff's Complaint on the following grounds: (1) that the Defendants are not subject to the personal jurisdiction of this Court; (2) that even if the Court has jurisdiction, the forum is inconvenient; and (3) that Plaintiff lacks standing to assert its claims in this Court. Alternatively, pursuant to Rule 9(b) of the Federal Rules of Civil Procedure, the Defendants move to dismiss Plaintiff's fraud claim on the ground that the claim is not pleaded with the requisite particularity.

The grounds supporting this Motion are fully set forth in the Memorandum of Law In Support of Defendants' Motion to Dismiss, filed herewith.

In support of this Motion, Defendants rely upon the entire record in this case, including the following Declarations, attached to Defendants' Memorandum of Law in Support of Their Motion to Dismiss: (1) Declaration of Hans-Georg Bottler; (2) Declaration of Ferdy Egli; (3)

Declaration of Alexander Grueter; (4) Declaration of Peter Kanzlsperger; (5) Declaration of Dr. Ulrich Lohmann; and (6) Declaration of Bernd Stern.

    Defendants respectfully request that this Court inquire into this Motion, hear this Motion, and enter an order granting this Motion.

    This 21st day of November, 2007.

By: /s/ Joseph Semo
Joseph Semo
D.C. Bar No. 237461
SEMO LAW GROUP
1800 M Street, N.W.
Suite 730S
Washington, DC 20036
Direct Dial: 202 833 7366
Facsimile: 202 478 0919
E-mail: joesemo@joesemo.com

Of Counsel:

Dana M. Richens
Rachel King Powell
SMITH, GAMBRELL & RUSSELL, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia  30309-3592
Tel (404) 815-3500
Fax (404) 815-3509
E-mail:  drichens@sgrlaw.com
        rpowell@sgrlaw.com

## **CERTIFICATION**

I, Joseph Semo, counsel for Defendants, do hereby certify that I electronically filed with the Clerk of Court the foregoing Defendants' Motion to Dismiss, using the CM/ECF system, which will notify all parties below.

Stephen A. Weitzman, Esq.
4950 Ready Brook Lane
Columbia, MD 21044

This 21st day of November, 2007.

      /s/ Joseph Semo
      Joseph Semo