UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 06-CV-1150 (RMC) |
| ) | |
| DR. HANS-GEORG BOTTLER, ) | |
| FERDI EGLI, BERND STERN, ) | |
| PETER KANZLSPERGER, ) | |
| NAWA VERTRIEBS-GMBH, and ) | |
| ALEXANDER GRUTER, ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF PETER KANZLSPERGER**

Pursuant to 28 U.S.C. § 1746, I, Peter Kanzlsperger, declare under penalty of perjury that the following Declaration is true, accurate, and correct:

1. I am over the age of eighteen (18) and am competent to issue this Declaration, which I do of my own personal knowledge.

2. I am a citizen of the Federal Republic of Germany and reside in Vilshofen, Germany.

3. I am the sole managing director of NAWA Vertriebs-GmbH.

4. NAWA Vertriebs-GmbH was formed in 1999 and registered in the commercial register in Nuremburg, Germany on December 13, 1999, with its registered office in Berngau, Germany.

5. NAWA Vertriebs-GmbH sells a variety of products in the sports medicine field, including tape, wraps, dietary supplements, ointments and other fitness and training products.

6. NAWA Vertriebs-GmbH sells products within the European Union.

7. NAWA Vertriebs-GmbH does not sell and has not sold any products in the United States, including in the District of Columbia.

8. NAWA Vertriebs-GmbH does not now and has not ever maintained an office in the United States, including in the District of Columbia.

9. NAWA Vertriebs-GmbH is not now and has never been registered to do business in the United States, including in the District of Columbia.

10. NAWA Vertriebs-GmbH does not now and has not ever advertised or solicited business in the United States, including in the District of Columbia.

11. NAWA Vertriebs-GmbH does not now and has not ever had any employees in the United States, including in the District of Columbia.

12. NAWA Vertriebs-GmbH does not now and has not ever had an agent for service of process in the United States, including in the District of Columbia.

13. NAWA Vertriebs-GmbH does not now, and has not ever, maintained any bank account in the United States, including in the District of Columbia.

14. NAWA Vertriebs-GmbH does not now and has not ever had any telephone number in the United States, including in the District of Columbia.

15. NAWA Vertriebs-GmbH does not now and has not ever owned any property in the United States, including in the District of Columbia.

16. NAWA Vertriebs-GmbH's books and business records are generally in the German language.

17. I have not made any trips to the District of Columbia on behalf of NAWA Vertriebs-GmbH.

18. I was the vice president and chief operating office of NAWA USA, Inc. from September 14, 1999 to July 8, 2003.

19. I was a member of the Board of Directors of NAWA USA, Inc. from February 20, 2002 to December 31, 2003.

20. NAWA USA, Inc. was formed in 1999 for research and development of wound healing products with the objective of securing the approval of the U.S. Food and Drug Administration.

21. One meeting of the Board of Directors of NAWA USA, Inc. was held in Washington, D.C. This meeting occurred in February 2002. It was the first annual meeting of the shareholders, and the purpose of this meeting was for the election of the members of the Board of Directors. I attended this meeting, but have not visited the District of Columbia for any reason since this one board meeting. I have not engaged in any other activities related to NAWA USA, Inc. in the District of Columbia since the 2002 board meeting.

22. Other than the February 2002 board meeting, all other board meetings of NAWA USA, Inc. were held in Germany, including the meeting at issue in the Complaint, held on June 21, 2003.

23. In addition to the board meetings, all of the other business of NAWA USA, Inc. was conducted out of its office in Nuernburg, Germany.

24. In 2000, NAWA Vertriebs-GmbH agreed to transfer an eighty percent (80%) interest in the company to NAWA USA, Inc. However, facing financial difficulties, NAWA USA, Inc. failed to make the payments required for the transfer, and, by vote of the NAWA USA, Inc. Board of Directors on June 21, 2003, the ownership interest was transferred back to

NAWA Vertriebs-GmbH.

25. Until approximately November 2003, NAWA USA, Inc. and NAWA Vertriebs-GmbH engaged in negotiations for a licensing agreement for the sale and distribution of NAWA products. When the negotiations proved unsuccessful, NAWA Vertriebs-GmbH sold all of its inventory of NAWA products, exhausting its inventory by March 2005. NAWA Vertriebs-GmnH has not sold any products under the name "NAWA" since March 2005.

26. Although NAWA USA, Inc. states in the Complaint that its "principal place of business and executive offices" are in the District of Columbia, during the time I was an officer or director of NAWA USA, Inc., the company did not have an actual office in the United States. The address claimed to be the principal place of business and executive offices is a "virtual office" or business service address. No business of NAWA USA, Inc. is conducted at that location, and NAWA USA, Inc. has no physical presence there. The business service, which I understand to be Regus Group, forwards any correspondence received at the D.C. address to NAWA USA, Inc. in Germany.

27. During the time I was an officer or director of NAWA USA, Inc., NAWA USA, Inc.'s only officers and directors resided in Germany and Switzerland.

28. NAWA USA, Inc.'s current chief executive officer, Thomas Riesinger, resides in Germany. NAWA USA, Inc.'s current chief financial officer, Mrs. Sylvia Weber, also resides in Germany.

29. During the time I was an officer or director of NAWA USA, Inc., NAWA USA, Inc. had no employees in the United States, including in the District of Columbia.

30. During the time I was an officer or director of NAWA USA, Inc., NAWA USA,

Inc. had no files, documents or other records located in the United States, including in the District of Columbia.

31. During the time I was an officer or director of NAWA USA, Inc., NAWA USA, Inc. did not advertise or solicit business in the United States, including in the District of Columbia.

32. During the time I was an officer or director of NAWA USA, Inc., NAWA USA, Inc. did not have an agent for service of process in the District of Columbia.

33. During the time I was an officer or director of NAWA USA, Inc., none of the shareholders was a resident of the United States, including the District of Columbia.

34. During the time I was an officer or director of NAWA USA, Inc., its books and business records were generally in the German language.

35. The public prosecutor's office for Nuremburg-Fuerth in Germany has commenced an investigation against NAWA USA, Inc. in Germany for fraud and embezzlement in connection with the placement of NAWA USA, Inc. shares. That investigation is ongoing.

36. I have not undertaken any business in the District of Columbia in my personal capacity.

37. I do not reside in the District of Columbia.

38. I do not have an office in the District of Columbia, and I am not employed in the District of Columbia.

39. I do not maintain a bank account or telephone number in the District of Columbia.

40. I do not own any property in the District of Columbia.

41. I did not sign the Employment Agreement attached to the Complaint in this

action. I had no written employment agreement with NAWA USA, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 21, 2007.

                                                    /s/ Peter Kanzlsperger  
                                                   Peter Kanzlsperger

## **CERTIFICATION**

I, Joseph Semo, counsel for Defendants, do hereby certify that I electronically filed with the Clerk of Court the foregoing Declaration of Peter Kanzlsperger, using the CM/ECF system, which will notify all parties below.

    Stephen A. Weitzman, Esq.
    4950 Ready Brook Lane
    Columbia, MD 21044

This 21st day of November, 2007.

      /s/ Joseph Semo
      Joseph Semo