# GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# CERTIFICATE

**THIS IS TO CERTIFY** that a search of record of the Department of Consumer and Regulatory Affairs, Corporations Division, reveals that

**NAWA USA, INC.**

***IS NOT OF RECORD*** as either a domestic entity organized in the District of Columbia or a foreign entity registered to transact business as of the date hereinafter mentioned.

**IN TESTIMONY WHEREOF I** have hereunto set my hand and caused the seal of this office to be affixed this **14th** day of **November, 2007**.

LINDA K. ARGO
Director

Business and Professional Licensing Administration

PATRICIA E. GRAYS
Superintendent of Corporations
Corporations Division

Adrian M. Fenty
Mayor