UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 06-CV-1150 (RMC) |
| ) | |
| DR. HANS-GEORG BOTTLER, ) | |
| FERDI EGLI, BERND STERN, ) | |
| PETER KANZLSPERGER, ) | |
| NAWA VERTRIEBS-GMBH, and ) | |
| ALEXANDER GRUTER, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF HANS-GEORG BOTTLER

Pursuant to 28 U.S.C. § 1746, I, Hans-Georg Bottler, declare under penalty of perjury that the following Declaration is true, accurate, and correct:

1. I am over the age of eighteen (18) and am competent to issue this Declaration, which I do of my own personal knowledge.

2. I am a citizen of the Federal Republic of German and reside in Elmshorn, Germany.

3. I was a member of the Board of Directors of NAWA USA, Inc. from February 20, 2002 to February 29, 2004.

4. I attended one meeting of the Board of Directors of NAWA USA, Inc. in the District of Columbia in February 2002. The purpose of this meeting was for the election of members of the Board of Directors. I have not visited the District of Columbia for any reason since this one board meeting. I have not engaged in any other activities related to NAWA USA, Inc. in the District of Columbia since the 2002 board meeting.

5. I have not undertaken any business in the District of Columbia in my personal capacity.

6. I do not reside in the District of Columbia.

7. I do not have an office in the District of Columbia, and I am not employed in the District of Columbia.

8. I do not maintain a bank account or telephone number in the District of Columbia.

9. I do not own any property in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 15, 2007.

    /s/ Hans-Georg Bottler
Hans-Georg Bottler

## **CERTIFICATION**

I, Joseph Semo, counsel for Defendants, do hereby certify that I electronically filed with the Clerk of Court the foregoing Declaration of Hans-Georg Bottler, using the CM/ECF system, which will notify all parties below.

    Stephen A. Weitzman, Esq.
    4950 Ready Brook Lane
    Columbia, MD 21044

This 21st day of November, 2007.

                                              /s/ Joseph Semo
                                              Joseph Semo