UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 06-CV-1150 (RMC) |
| ) | |
| DR. HANS-GEORG BOTTLER, ) | |
| FERDI EGLI, BERND STERN, ) | |
| PETER KANZLSPERGER, ) | |
| NAWA VERTRIEBS-GMBH, and ) | |
| ALEXANDER GRUTER, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF FERDY EGLI

Pursuant to 28 U.S.C. § 1746, I, Ferdy Egli, declare under penalty of perjury that the following Declaration is true, accurate, and correct:

1. I am over the age of eighteen (18) and am competent to issue this Declaration, which I do of my own personal knowledge.

2. I am a citizen of Switzerland and reside in Wil, Switzerland.

3. I was a member of the Board of Directors of NAWA USA, Inc. from February 20, 2002 to December 31, 2003.

4. I have never visited the United States in connection with NAWA USA, Inc., including the District of Columbia. My last visit to the District of Columbia was in 1987.

5. I have not undertaken any business in the District of Columbia in my personal capacity.

6. I do not reside in the District of Columbia.

7. I do not have an office in the District of Columbia, and I am not employed in the

District of Columbia.

8. I do not maintain a bank account or telephone number in the District of Columbia.

9. I do not own any property in the District of Columbia.

10. I have no contacts with the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 21, 2007.

                                        /s/ Ferdy Egli
                                        Ferdy Egli

## CERTIFICATION

I, Joseph Semo, counsel for Defendants, do hereby certify that I electronically filed with the Clerk of Court the foregoing Declaration of Ferdy Egli, using the CM/ECF system, which will notify all parties below.

Stephen A. Weitzman, Esq.
4950 Ready Brook Lane
Columbia, MD 21044

This 21st day of November, 2007.

    /s/ Joseph Semo
Joseph Semo