**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NAWA USA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: |
| v. | ) | 06-CV-1150 (RMC) |
| | ) | |
| DR. HANS-GEORG BOTTLER, | ) | |
| FERDI EGLI, BERND STERN, | ) | |
| PETER KANZLSPERGER, | ) | |
| NAWA VERTRIEBS-GMBH, and | ) | |
| ALEXANDER GRUTER, | ) | |
| | ) | |
| Defendants. | ) | |

<u>**DECLARATION OF ALEXANDER GRUETER**</u>

Pursuant to 28 U.S.C. § 1746, I, Alexander Grueter, declare under penalty of perjury that the following Declaration is true, accurate, and correct:

1.      I am over the age of eighteen (18) and am competent to issue this Declaration, which I do of my own personal knowledge.

2.      I am a resident of the Federal Republic of Germany and reside in Regensburg, Germany.

3.      I am an attorney, accredited in Germany.

4.      I have never been a director, an officer or a shareholder of NAWA USA, Inc.

5.      I was retained by the Board of Directors of NAWA USA, Inc. in Germany in connection with the execution of a sale of shares of NAWA Vertriebs-GmbH under German law before a German notary.  All of the services I performed for NAWA USA, Inc. were performed in Germany.  Payment for those services was also rendered in Germany.

6.      I have not performed any legal services for NAWA USA, Inc. in the District of

Columbia.

7.      I also represented Bernd Stern, Ferdy Egli and Hans-Georg Bottler against NAWA USA, Inc. in lawsuits before the Local District Court of Nuernberg, Germany. The suit by Mr. Stern was Case Number 35 C 6934/04. The suit by Mr. Egli was Case Number 35 C 6934/04. The suit by Mr. Bottler was Case Number 34 C 1097/04. Each suit involved claims for fees owed to Mr. Stern, Mr. Egli and Mr. Bottler as directors of NAWA USA, Inc. in 2003. The claims related to the first half of 2003 were settled on October 14, 2004. The claims related to the second half of 2003 were settled on February 16, 2006.

8.      NAWA USA, Inc. did not assert any counterclaims against Mr. Stern, Mr. Bottler or Mr. Egli in the law suits in Germany.

9.      NAWA USA, Inc. did not claim that it was not subject to suit in the Local District Court in Nuernberg or that the forum was inconvenient.

10.      I have not undertaken any business in the District of Columbia in my personal capacity.

11.      I do not reside in the District of Columbia.

12.      I do not have an office in the District of Columbia, and I am not employed in the District of Columbia.

13.      I do not maintain a bank account or telephone number in the District of Columbia.

14.      I do not own any property in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 21, 2007.

   /s/ Alexander Grueter
Alexander Grueter

## **CERTIFICATION**

I, Joseph Semo, counsel for Defendants, do hereby certify that I electronically filed with the Clerk of Court the foregoing Declaration of Alexander Grueter using the CM/ECF system, which will notify all parties below.

Stephen A. Weitzman, Esq.
4950 Ready Brook Lane
Columbia, MD 21044

This 21st day of November, 2007.

 /s/ Joseph Semo
Joseph Semo