UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DR. HANS-GEORG BOTTLER, )<br>FERDI EGLI, BERND STERN, )<br>PETER KANZLSPERGER, )<br>NAWA VERTRIEBS-GMBH, and )<br>ALEXANDER GRUTER, )<br>)<br>    Defendants. ) | Civil Action No.:<br>06-CV-1150 (RMC) |

**DEFENDANT NAWA VERTRIEBS-GMBH'S CERTIFICATE
REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for NAWA Vertriebs-GmbH, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of NAWA Vertriebs-GmbH which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

This 21st day of November, 2007.

By: /s/ Joseph Semo
Joseph Semo
D.C. Bar No. 237461
SEMO LAW GROUP
1800 M Street, N.W.
Suite 730S
Washington, DC 20036
Direct Dial: 202 833 7366
Facsimile: 202 478 0919

                                              E-mail: joesemo@joesemo.com

Of Counsel:

Dana M. Richens
Rachel King Powell
SMITH, GAMBRELL & RUSSELL, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia  30309-3592
Tel (404) 815-3500
Fax (404) 815-3509
E-mail:  drichens@sgrlaw.com
         rpowell@sgrlaw.com

## **CERTIFICATION**

I, Joseph Semo, counsel for Defendants, do hereby certify that I electronically filed with the Clerk of Court the foregoing Defendant NAWA Vertriebs-GmbH's Certificate Required By LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, using the CM/ECF system, which will notify all parties below.

Stephen A. Weitzman, Esq.
4950 Ready Brook Lane
Columbia, MD 21044

This 21st day of November, 2007.

   /s/ Joseph Semo
Joseph Semo