**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NAWA USA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: |
| v. | ) | 06-CV-1150 (RMC) |
| | ) | |
| DR. HANS-GEORG BOTTLER, | ) | |
| FERDI EGLI, BERND STERN, | ) | |
| PETER KANZLSPERGER, | ) | |
| NAWA VERTRIEBS-GMBH, and | ) | |
| ALEXANDER GRUTER, | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT MOTION TO EXTEND TIME FOR RESPONSE AND REPLY**

Plaintiff NAWA USA, Inc. and Defendants Hans-Georg Bottler, Ferdy Egli, Bernd Stern, Peter Kanzlsperger, Alexander Grueter and NAWA Vertriebs-GmbH, by and through their respective counsel of record, hereby move the Court for entry of an order extending the time by which NAWA Vertriebs-GmbH must file a response to Defendants' Motion to Dismiss to December 28, 2007 and enlarge the time in which Defendants may reply until January 15, 2008.

Mr. Weitzman, counsel for Plaintiff will be meeting with Plaintiff's representatives this week and will then be on travel through the 20th of December mostly handling probate matters of his deceased son in Los Angeles California.

The parties have agreed and consented to these two extensions and respectfully request that the Court grant the requested enlargement of time for filing the foregoing.

This 28 day of November 2007.

By: /s/ Stephen A. Weitzman/          By: /s/ Joseph Semo
Stephen A. Weitzman                   Joseph Semo
D.C. Bar No. 15602                    D.C. Bar No. 237461
4950 Ready Brook Lane                 SEMO LAW GROUP
Columbia, MD 21044                    1800 M Street, N.W.
Tel (301) 596-5564                    Suite 730S
E-mail: saw5198@earthlink.net         Washington, DC 20036
                                      Direct Dial: 202 833 7366
                                      Facsimile: 202 478 0919
Attorney for Plaintiff                E-mail: joesemo@joesemo.com

                                      Of Counsel:

                                      Dana M. Richens
                                      Rachel King Powell
                                      SMITH, GAMBRELL & RUSSELL, LLP
                                      Suite 3100, Promenade II
                                      1230 Peachtree Street, N.E.
                                      Atlanta, Georgia  30309-3592
                                      Tel (404) 815-3500
                                      Fax (404) 815-3509
                                      E-mail:      drichens@sgrlaw.com
                                                   rpowell@sgrlaw.com

                                      Attorneys for Defendants

## CERTIFICATION

I, Stephen A. Weitzman, counsel for Defendants, do hereby certify that I electronically

filed with the Clerk of Court the foregoing CONSENT MOTION TO EXTEND TIME, using the

CM/ECF system, which will notify all parties below.

Joseph Semo, Esq.
SEMO LAW GROUP
1800 M St. NW, Suite 730 S
Washington, DC 20036

This ___ day of November, 2007.

                                       /s/ Stephen A. Weitzman
                                       Stephen A. Weitzman