## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: |
| v. | ) 06-CV-1150 (RMC) |
| | ) |
| DR. HANS-GEORG BOTTLER, | ) |
| FERDI EGLI, BERND STERN, | ) |
| PETER KANZLSPERGER, | ) |
| NAWA VERTRIEBS-GMBH, and | ) |
| ALEXANDER GRUTER, | ) |
| | ) |
| Defendants. | ) |

## **CONSENT ORDER**

The within and foregoing action having come on before the Court on the parties' Consent Motion to Extend Time, upon consideration, and good cause shown,

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time through and including December 28, 2007 to respond to Defendants' Motion to Dismiss and Defendants shall have until January 15, 2008 to file their reply, if any.

This _____ day of November, 2007.

_____
Rosemary M. Collyer
United States District Judge