**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NAWA USA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: |
| v. | ) | 06-CV-1150 (RMC) |
| | ) | |
| DR. HANS-GEORG BOTTLER, | ) | |
| FERDI EGLI, BERND STERN, | ) | |
| PETER KANZLSPERGER, | ) | |
| NAWA VERTRIEBS-GMBH, and | ) | |
| ALEXANDER GRUTER, | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT MOTION TO EXTEND TIME FOR RESPONSE AND REPLY

Plaintiff NAWA USA, Inc. and Defendants Hans-Georg Bottler, Ferdy Egli, Bernd Stern, Peter Kanzlsperger, Alexander Grueter and NAWA Vertriebs-GmbH, by and through their respective counsel of record, hereby move the Court for entry of an order extending the time by which **NAWA USA** must file a response to Defendants' Motion to Dismiss to December 28, 2007 and enlarge the time in which Defendants may reply until January 15, 2008.

Mr. Weitzman, counsel for Plaintiff will be meeting with Plaintiff's representatives this week and will then be on travel through the 20th of December mostly handling probate matters of his deceased son in Los Angeles California.

The parties have agreed and consented to these two extensions and respectfully request that the Court grant the requested enlargement of time for filing the foregoing.

This 28 day of November 2007.

By: /s/ Stephen A. Weitzman/
Stephen A. Weitzman
D.C. Bar No. 15602
4950 Ready Brook Lane
Columbia, MD 21044
Tel (301) 596-5564
E-mail: saw5198@earthlink.net

Attorney for Plaintiff

By: /s/ Joseph Semo
Joseph Semo
D.C. Bar No. 237461
SEMO LAW GROUP
1800 M Street, N.W.
Suite 730S
Washington, DC 20036
Direct Dial: 202 833 7366
Facsimile: 202 478 0919
E-mail: joesemo@joesemo.com

Of Counsel:

Dana M. Richens
Rachel King Powell
SMITH, GAMBRELL & RUSSELL, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia  30309-3592
Tel (404) 815-3500
Fax (404) 815-3509
E-mail:        drichens@sgrlaw.com
               rpowell@sgrlaw.com

Attorneys for Defendants

**CERTIFICATION**

I, Stephen A. Weitzman, counsel for Defendants, do hereby certify that I electronically filed with the Clerk of Court the foregoing CONSENT MOTION TO EXTEND TIME, using the CM/ECF system, which will notify all parties below.

Joseph Semo, Esq.
SEMO LAW GROUP
1800 M St. NW, Suite 730 S
Washington, DC 20036

This ___ day of November, 2007.

                                    /s/ Stephen A. Weitzman
                                   Stephen A. Weitzman