UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC., ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DR. HANS-GEORG BOTTLER, ) <br> FERDI EGLI, BERND STERN, ) <br> PETER KANZLSPERGER, ) <br> NAWA VERTRIEBS-GMBH, and ) <br> ALEXANDER GRUTER, ) <br> ) <br>     Defendants. ) | Civil Action No.: <br> 06-CV-1150 (RMC) |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to LCvR 83.2(d) of the United States District Court for the District of Columbia, Joseph Semo, a member of the Bar of this Court, hereby moves the Court to admit Dana M. Richens and Rachel King Powell *pro hac vice* to appear and participate as counsel or co-counsel in this case for the Defendants.

In accordance with LCvR 83.2(d), this motion is accompanied by the Declaration of Dana M. Richens and the Declaration of Rachel King Powell.

This 13th day of December, 2007.

By: /s/ Joseph Semo
Joseph Semo
D.C. Bar No. 237461
SEMO LAW GROUP
1800 M Street, N.W.
Suite 730S
Washington, DC 20036
Direct Dial: 202 833 7366
Facsimile: 202 478 0919
E-mail: joesemo@joesemo.com

## CERTIFICATION

I, Joseph Semo, counsel for Defendants, do hereby certify that I electronically filed with the Clerk of Court the foregoing Motion for Admission *Pro Hac Vice* using the CM/ECF system, which will notify all parties below.

Stephen A. Weitzman, Esq.
4950 Ready Brook Lane
Columbia, MD 21044

This 13 day of December, 2007.

/s/ Joseph Semo
Joseph Semo