UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 06-CV-1150 (RMC) |
| ) | |
| DR. HANS-GEORG BOTTLER, ) | |
| FERDI EGLI, BERND STERN, ) | |
| PETER KANZLSPERGER, ) | |
| NAWA VERTRIEBS-GMBH, and ) | |
| ALEXANDER GRUTER, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF DANA M. RICHENS

I, Dana Marie Richens, hereby declare under penalty of perjury:

1. My full name is Dana Marie Richens.

2. I am an attorney at the law firm Smith, Gambrell & Russell, LLP, Promenade II, Suite 3100, 1230 Peachtree Street, N.E., Atlanta, Georgia 30309-3592. My office telephone number is (404) 815-3659.

3. I was admitted to the State Bar of Georgia in 1991 and an currently a member in good standing of that bar. I am also admitted to, and a member in good standing of, the bars of the United States District Court for the Northern District of Georgia, the United States District Court for the Eastern District of Michigan and the Georgia Court of Appeals.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2007.

                                            /s/ Dana M. Richens
                                            Dana M. Richens