UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DR. HANS-GEORG BOTTLER, )<br>FERDI EGLI, BERND STERN, )<br>PETER KANZLSPERGER, )<br>NAWA VERTRIEBS-GMBH, and )<br>ALEXANDER GRUTER, )<br>)<br>Defendants. ) | Civil Action No.:<br>06-CV-1150 (RMC) |

**ORDER GRANTING ADMISSION *PRO HAC VICE***

Pursuant to motion of Joseph Semo, a member of the Bar of this Court, pursuant to LCvR 83.2(d) of the United States District Court for the District of Columbia, to admit Dana M. Richens and Rachel King Powell *pro hac vice* to appear and participate as counsel or co-counsel in this case for the Defendants, it is

ORDERED, that the motion is granted and that Dana M. Richens and the Declaration of Rachel King Powell, both admitted to the State Bar of Georgia, are admitted *pro hac vice* to appear and participate as counsel or co-counsel in this case for the Defendants.

This ____th day of December, 2007.

_____
Rosemary M. Collyer
United States District Judge