**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| NAWA USA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DR. HANS-GEORG BOTTLER, )<br>FERDI EGLI, BERND STERN, )<br>PETER KANZLSPERGER, )<br>NAWA VERTRIEBS-GMBH, and )<br>ALEXANDER GRUTER, )<br>)<br>Defendants. ) | Civil Action No.:<br>06-CV-1150 (RMC) |

## MOTION TO EXTEND TIME FOR RESPONSE AND REPLY

Plaintiff NAWA USA, Inc. by and through its counsel of record, hereby moves the Court for entry of an order extending the time by which **NAWA USA** must file a response to Defendants' Motion to Dismiss to January 4, 2007 and enlarge the time in which Defendants may reply until January 22, 2008.

Mr. Weitzman, counsel for Plaintiff expected to be on travel in California on probate matters of his deceased son in Los Angeles California through December 20 with some time in California to work on the response. Unfortunately he was further delayed and will be working on estate matters through today December 24, 2007, preventing timely completion of the response.

Mr. Weitzman has called your honors chambers but there is no response.

The parties have previously agreed and consented to these two extensions and respectfully request that the Court grant the requested enlargement of time for good cause.

This 24 day of December 2007.

By: /s/ Stephen A. Weitzman/

Stephen A. Weitzman
D.C. Bar No. 15602
4950 Ready Brook Lane
Columbia, MD 21044
Tel (301) 596-5564
E-mail: saw5198@earthlink.net

Attorney for Plaintiff

## **CERTIFICATION**

I, Stephen A. Weitzman, counsel for Defendants, do hereby certify that I electronically filed with the Clerk of Court the foregoing MOTION TO EXTEND TIME, using the CM/ECF system, which will notify all parties below.

Joseph Semo, Esq.
SEMO LAW GROUP
1800 M St. NW, Suite 730 S
Washington, DC 20036

Dana M. Richens
Rachel King Powell
SMITH, GAMBRELL & RUSSELL, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia  30309-3592
Tel (404) 815-3500
Fax (404) 815-3509
E-mail:  drichens@sgrlaw.com
           rpowell@sgrlaw.com


This ___ day of December, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Stephen A. Weitzman
　　　　　　　　　　　　　　　　　　　　　　　　Stephen A. Weitzman