IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NAWA USA, INC., | ) | |
|    a Delaware Corporation | ) | |
| | ) | |
|       Plaintiff | ) | |
| | ) | |
|       v. | ) | Civil No. 06-1150 (RMC) |
| DR. HANS-GEORG | ) | |
|    BOTTLER, et. al. | ) | Judge Collyer |
| | ) | |
|       Defendants | ) | |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO THE MOTIONS TO DISMISS OF DEFENDANTS
DR. HANS-GEORG BOTTLER, FERDY EGLI, BERND STERN, PETER KANZLSPERGER,
ALEXANDER GRUTER, AND NAWA
VERTRIEBS-GMBH TO DISMISS PLAINTIFF'S COMPLAINT**

1     Plaintiff, NAWA USA, INC., by and through its attorney, STEPHEN A. WEITZMAN, hereby submits its Memorandum of Points and Authorities in Opposition to the Motions of Defendants Dr. Hans-Georg Bottler, Ferdy Egli, Bernd Stern, Peter Kanzlsperger, Alexander Gruter, and NAWA VERTRIEBS-GMBH to Dismiss Plaintiff's Complaint on the grounds of lack of in personam jurisdiction, failure to conform with the D.C. long arm statute, *forum non conveniens* and lack of standing to sue in the District of Columbia. In addition Plaintiff disagrees that fraud has not been specifically plead as required under FRCP 9(b), but will seek the Court's permission to further amend the relevant count on fraud and amend the allegation of personal jurisdiction based upon the facts.

### I. BACKGROUND

2     The substantive case involves issues of American Law - i.e.- Construction of