IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NAWA USA, INC., | ) | |
|    a Delaware Corporation | ) | |
| | ) | |
|        Plaintiff | ) | |
| | ) | |
|        v. | ) | Civil No.  06-1150 (RMC) |
| DR. HANS-GEORG | ) | |
|    BOTTLER, et. al. | ) | Judge Collyer |
| | ) | |
|        Defendants | ) | |

**PLAINTIFF'S MOTION FOR ORAL ARGUMENT ON MOTION TO DISMISS UNDER LCvR 7**

Plaintiff, NAWA USA, INC., by and through its attorney, STEPHEN A. WEITZMAN, hereby requests the Court to hear oral argument on defendants' Motion to Dismiss. Plaintiff believes that oral argument will benefit the Court in its decision process. The plaintiffs submit, that the issues raised in its pending motion warrant a full opportunity for the benefit of the Court to hear counsel develop their arguments and to permit counsel to respond to any questions raised by the Court in which factual and legal issues have been raised.

Respectfully Submitted,

January 24, 2008

                                              /s/  STEPHEN A. WEITZMAN/
                                            STEPHEN A. WEITZMAN
                                            D.C. Bar No. 15602
                                            Attorney for Plaintiff
                                            4950 Reedy Brook Lane
                                            Columbia, Maryland 21045
                                            (301) 596-5564

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically sent a copy of the foregoing request regarding the Motions of Defendants Dr. Hans-Georg Bottler, Ferdy Egli, Bernd Stern, Peter Kanzlsperger, Alexander Gruter, and NAWA VERTRIEBS-GMBH to Dismiss Plaintiff's Complaint to Joseph Semo, Esquire, SEMO LAW GROUP, 1800 M Street, N.W., Suite 730S, Washington, D.C. 20036, E-mail: joesemo@joesemo.com, and to Dana M. Richens, Esquire, SMITH, GAMBRELL & RUSSELL, LLP, Suite 3100, Promenade II, 1230 Peachtree Street, N.E., Atlanta, Georgia 30309-3592 E-mail: drichens@sgrlaw.com, and to Rachel King Powell, Esquire, SMITH, GAMBRELL & RUSSELL, LLP, Suite 3100, Promenade II, 1230 Peachtree Street, N.E., Atlanta, Georgia 30309-3592 E-mail: rpowell@sgrlaw.com, this 4th day of January 2008.


/STEPHEN A. WEITZMAN /s/
STEPHEN A. WEITZMAN
 D.C. Bar No. 15602
Attorney for Plaintiff