UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NAWA USA, Inc.,  )<br>  )<br>          Plaintiff,  )<br>  )<br>  v.  )<br>  )<br> HANS-GEORG BOTTLER, et al.,  )<br>  )<br>  )<br>          Defendants.  )<br>  ) | Civil Action No. 06-1150 (RMC) |

### ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendants' motion to dismiss [Dkt. #45] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; and it is

**FURTHER ORDERED** that all other motions are denied as moot. Accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


Date: February 4, 2008                 _____/s/_____
                                                            ROSEMARY M. COLLYER
                                                            United States District Judge