IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAWA USA, INC., <br> a Delaware Corporation <br><br> Plaintiff <br><br> v. <br><br> DR. HANS-GEORG BOTTLER, <u>et. al.</u> <br><br> Defendants | Civil No.  06-1150 (RMC) <br><br> Judge Collyer |

### PLAINTIFF'S NOTICE OF APPEAL

Plaintiff, NAWA USA, INC., by and through its attorney, STEPHEN A. WEITZMAN, hereby notes its appeal to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion and Order of the United States District Court for the District of Columbia, Honorable Rosemary M. Collyer, Judge, dated February 4, 2008, granting the Motion to Dismiss Plaintiff's Complaint with prejudice in its entirety, as filed by all Defendants, on the grounds that the United States District Court for the District of Columbia lacks personal jurisdiction over all of the Defendants.

The name and address of the attorneys for all Defendants who should be served with a copy of Plaintiff's Notice of Appeal are Joseph Semo, Esquire, SEMO LAW GROUP, 1800 M Street, N.W., Suite 730S, Washington, D.C. 20036, E-mail: joesemo@joesemo.com, and Dana M. Richens, Esquire, SMITH, GAMBRELL & RUSSELL, LLP, Suite 3100, Promenade II, 1230 Peachtree Street, N.E., Atlanta, Georgia 30309-3592, E-mail: drichens@sgrlaw.com, and Rachel King Powell, Esquire, SMITH, GAMBRELL & RUSSELL, LLP, Suite 3100, Promenade

II, 1230 Peachtree Street, N.E., Atlanta, Georgia 30309-3592, E-mail: rpowell@sgrlaw.com.

_____
STEPHEN A. WEITZMAN
D.C. Bar No. 15602
Attorney for Plaintiff
4950 Reedybrook Lane
Columbia, Maryland 21045
(301) 596-5564
saw5198@earthlink.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically sent a copy of the foregoing Plaintiff's Notice of Appeal to Joseph Semo, Esquire, SEMO LAW GROUP, 1800 M Street, N.W., Suite 730S, Washington, D.C. 20036, E-mail: joesemo@joesemo.com, and to Dana M. Richens, Esquire, SMITH, GAMBRELL & RUSSELL, LLP, Suite 3100, Promenade II, 1230 Peachtree Street, N.E., Atlanta, Georgia 30309-3592, E-mail: drichens@sgrlaw.com, and to Rachel King Powell, Esquire, SMITH, GAMBRELL & RUSSELL, LLP, Suite 3100, Promenade II, 1230 Peachtree Street, N.E., Atlanta, Georgia 30309-3592 E-mail: rpowell@sgrlaw.com, this __25__ day of __February__, 2008.

_____
STEPHEN A. WEITZMAN
D.C. Bar No. 15602
Attorney for Plaintiff

2